UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05 10354 DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| Plaintiff, | ) |
| vs. | ) |
| THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO EXTEND TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT – ASSENTED TO

The defendants hereby move for leave to extend the time within which they must file an Answer or otherwise respond to plaintiff's Verified Complaint by an additional fourteen (14) days, up to and including **April 20, 2005**. As grounds therefor, the defendants state that plaintiff's Verified Complaint contains twelve (12) Counts for relief against nine (9) named defendants. Thus, the defendants require the additional two-week time period in order to prepare their response to plaintiff's pleading. Further, this enlargement of time will not unduly delay the

proceedings in this matter nor cause prejudice to the plaintiff. Finally, this Motion is ASSENTED TO by the plaintiff.

                                                    The Defendants,
THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
John J. Davis, BBO No. 115890
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

**ASSENTED TO**:

The Plaintiff,
KIMBERLY STOYLE,

By her attorney,

_Lynn A. Leonard_ (JJD)
Lynn A. Leonard, BBO No. 561662
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on 4/6/05