UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05 10354 DPW

| | |
|---|---|
| KIMBERLY STOYLE,<br>　　　　　Plaintiff<br><br>vs.<br><br>THE MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN<br>D'AGOSTINO, TOWN OF MANSFIELD<br>BOARD OF LIGHT COMMISSIONERS,<br>LOUIS AMORUSO, MICHAEL McCUE,<br>DAVID McCARTER, DANIEL<br>DONOVAN, ROGER ACHILLE and<br>STEVEN MacCAFFRIE,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record for the defendants, the Mansfield Municipal Electric Department, John D'Agostino, Town of Mansfield Board of Light Commissioners, Louis Amoruso, Michael McCue, David McCarter, Daniel, Donovan, Roger Achille and Steven MacCaffrie, in the above-captioned matter.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 4/6/05.

Defendants,
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis, Esquire　　　BBO# 115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950