# UNITED STATES DISTRICT COURT

District of  Massachusetts

Kimberly Stoyle
v.

Mansfield Municipal
Electric Dept., et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05 - 10354 DPW

FILED
CLERKS OFFICE
2005 APR 15  P 12: 22
US DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Town of Mansfield Board of Light Commissioners
c/o John D'Agostino, Town Manager/CEO
6 Park Row
Mansfield, MA 02048

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lynn A. Leonard
527 Main St., Ste. 8
Melrose, MA 02176

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>March 17, 2005 at 3:00 PM |
| NAME OF SERVER (PRINT)<br>James A. Carey | TITLE<br>Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 6 Park Row, Mansfield, MA 02048 to John D'Agostino

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$50.00 | TOTAL<br>$50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 17, 2005
         Date

Signature of Server

1004 Pheasant Lane, Middleboro, MA 02346
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.