# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Kimberly Stoyle

v.

Mansfield Municipal Electric Dept., et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10354 DPW

TO: (Name and address of Defendant)

Steven MacCaffrie
236 Mill St.
Mansfield, MA 02048

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lynn A. Leonard
527 Main St., Ste. 8
Melrose, MA 02176

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

FEB 23 2005
DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | March 17, 2005 at 4:00 PM |
| NAME OF SERVER (PRINT) James A. Carey | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein~~. 236 Mill St, Mansfield, MA 02048. Also mailed a copy to Steven MacCaffrie on March 17, 2005

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 17, 2005            *[signature]* Jas M Carey, Constable
            Date                       Signature of Server

                                       1004 Pheasant Lane, Middleboro, MA 02346
                                       Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.