# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Kimberly Stoyle

v.

Mansfield Municipal
Electric Dept., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05  10354 DPW**

TO: (Name and address of Defendant)

Daniel Donovan
97 Court St.
Mansfield, MA  02048

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lynn A. Leonard
527 Main St., Ste. 8
Melrose, MA  02176

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 2 3 2005

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** March 17, 2005 at 3:25 PM |
| **NAME OF SERVER** *(PRINT)* James A. Carey | **TITLE** Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____
_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: Phyllis Donovan, wife of Daniel
Donovan at 97 Court St., Mansfield, MA 02048

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 17, 2005    _____
              Date            *Signature of Server*

1004 Pheasant Lane, Middleboro, MA 02346
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.