# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Kimberly Stoyle
v.
Mansfield Municipal Electric Dept., et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05c 10354 DPW**

TO: (Name and address of Defendant)

Michael McCue
475 Williams St.
Mansfield, MA  02048

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lynn A. Leonard
527 Main St., Ste. 8
Melrose, MA  02176

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 2 3 2005

CLERK

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>March 17, 2005 at 4:10 PM |
| NAME OF SERVER *(PRINT)*<br>James A. Carey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Amy McCue wife of Michael McCue at 475 Williams St., Mansfield, MA 02048

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 17, 2005
              *Date*                *Signature of Server*

1004 Pheasant Lane, Middleboro, MA 02346
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.