UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05 10354 DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE MANSFIELD MUNICIPAL | ) |
| ELECTRIC DEPARTMENT, JOHN | ) |
| D'AGOSTINO, TOWN OF MANSFIELD | ) |
| BOARD OF LIGHT COMMISSIONERS, | ) |
| LOUIS AMORUSO, MICHAEL McCUE, | ) |
| DAVID McCARTER, DANIEL | ) |
| DONOVAN, ROGER ACHILLE and | ) |
| STEVEN MacCAFFRIE, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO CONTINUE INITIAL
SCHEDULING CONFERENCE – ASSENTED TO**

The defendants hereby move to continue the initial Scheduling Conference to be held in the above-captioned matter from July 12, 2005 at 3:00 p.m. to **Thursday, August 4, 2005, at 3:00 p.m.** As grounds therefor, the defendants state that undersigned trial counsel, John J. Davis, will be out-of-state on a pre-planned family vacation and, therefore, unavailable to attend the Conference as currently scheduled for July 12, 2005. Defendants and their attorneys fully acknowledge the importance that senior counsel ultimately responsible for the case should attend the initial Scheduling Conference. Temporary postponement of said Conference will, therefore, allow for Attorney Davis to attend. Further, this Motion is ASSENTED TO by plaintiff's counsel.

The Defendants,
THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
John J. Davis, BBO No. 115890
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

**ASSENTED TO**:

The Plaintiff,
KIMBERLY STOYLE,

By her attorney,

_____
Lynn A. Leonard, BBO No. 561662
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and the attorney of record for each (other party) by mail (by hand) on Electronic Mail_____.

5/19/05