UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 0510354DPW

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
KIMBERLY STOYLE,                                    *
                Plaintiff                           *
                                                    *
Vs.                                                 *
                                                    *
THE MANSFIELD MUNICIPAL ELECTRIC                    *
DEPARTMENT, JOHN D'AGOSTINO,                        *
THE TOWN OF MANSFIELD BOARD OF                      *
LIGHT COMMISSIONERS, LOUIS AMORUSO,                 *
MICHAEL McCUE, DAVID McCARTER,                      *
DANIEL DONOVAN, ROGER ACHILLE                       *
and STEVEN MacCAFFRIE,                              *
                                                    *
                Defendants                          *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ASSENTED TO MOTION TO AMEND
SIGNATURE PAGE OF VERIFIED COMPLAINT**

Now comes Plaintiff and respectfully requests that the signature page of the original Verified Complaint filed in this matter be amended to include her personal signature. The amended signature page is attached hereto.

Respectfully requested,
Kimberly Stoyle
By her Attorney

*Lynn A. Leonard*

Lynn A. Leonard
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161
B.B.O. No. 561662

Assented to by: *John Davis*
John Davis, Esquire

1

## AMENDED SIGNATURE PAGE

Signed under the pains and penalties of perjury this 22nd day of February 2005.

*Kimberly Stoyle*
Kimberly Stoyle

2

## AMENDED SIGNATURE PAGE

Signed under the pains and penalties of perjury this 22nd day of February 2005.

*Kimberly Stoyle*
Kimberly Stoyle