UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05 10354 DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATEMENT WITH PROPOSED PRETRIAL SCHEDULE
PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above-named parties have conferred and state as follows:

I.  **Joint Discovery Plan and Motion Schedule:**

The parties propose the following pre-trial schedule:

(a) Automatic Disclosures shall be completed by August 31, 2005;

(b) All fact discovery to be completed by February 28, 2006;

(c) Plaintiff's expert witnesses shall be designated by April 18, 2006, and defendants' expert witnesses shall be designated within thirty days after plaintiff's

designation; designation of experts shall include disclosure of information required by the Federal Rules of Civil Procedure and /or the Local Rules of the United States District Court for the District of Massachusetts; any expert depositions shall be completed within thirty days of defendants' designation;

(d) All dispositive motions to be filed by June 20, 2006, and responses thereto to be filed within thirty days thereafter pursuant to Local Rule 7.1;

(e) A final pre-trial conference will be held per order of the Court.

## II. Depositions

Defendants intend to conduct approximately eight to ten depositions during the discovery period. Plaintiff also intends to conduct approximately eight to ten depositions during the discovery period.

## III. Certifications

Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

IV.     **Magistrate**

The parties do not consent to a trial by Magistrate at this time.

>Respectfully submitted,
>The Plaintiff,
>KIMBERLY STOYLE,
>
>By her attorney,
>
>*Lynn A. Leonard* (JD)
>Lynn A. Leonard, BBO No. 561662
>Attorney-At-Law
>527 Main Street, Suite 8
>Melrose, MA 02176
>(781) 662-6161
>
>The Defendants,
>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE,
>
>By their attorneys,
>
>PIERCE, DAVIS & PERRITANO, LLP
>
>John K. Davis, BBO No. 115890
>10 Winthrop Square
>Boston, MA 02110
>(617) 350-0950

Date:   July 28, 2005