UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*******************************
KIMBERLY STOYLE,                *
                Plaintiff       *
                                *
Vs.                             *
                                *    C.A. No. 05-103354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC*
DEPARTMENT, JOHN D'AGOSTINO,    *
THE TOWN OF MANSFIELD BOARD OF  *
LIGHT COMMISSIONERS, LOUIS AMORUSO,*
MICHAEL McCUE, DAVID McCARTER,  *
DANIEL DONOVAN, ROGER ACHILLE   *
and STEVEN MacCAFFRIE,          *
                                *
                Defendants      *
                                *
*******************************
```

## CERTIFICATION

Plaintiff Kimberly Stoyle and Attorney Lynn A. Leonard hereby affirm that we have conferred with a view toward establishing a budget for the costs of conducting litigation and to consider the resolution of the litigation through the use of alternative dispute resolution, as required by Fed. R. Civ. P. 16 (b) and Local Rule 16.1.

PLAINTIFF
By her Attorney,

*/s/ Lynn A. Leonard*                */s/ Kimberly Stoyle*
Lynn A. Leonard                      Kimberly Stoyle
Attorney-At-Law                      Plaintiff
527 Main Street, Suite 8
Melrose, MA  02176
(781) 662-6161
B.B.O. No. 561662

Dated: July 27, 2005