UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05 10354 DPW

KIMBERLY STOYLE,
    Plaintiff

vs.

THE MANSFIELD MUNICIPAL
ELECTRIC DEPARTMENT, JOHN
D'AGOSTINO, TOWN OF MANSFIELD
BOARD OF LIGHT COMMISSIONERS,
LOUIS AMORUSO, MICHAEL McCUE,
DAVID McCARTER, DANIEL
DONOVAN, ROGER ACHILLE and
STEVEN MacCAFFRIE,
    Defendants

**LOCAL RULE 16.1 CERTIFICATION**

    Pursuant to Local Rule 16.1(D)(3), the defendant, the Mansfield Board of Light Commissioners, and counsel for the defendants, John J. Davis, Esq., hereby certify that they have conferred:

I.    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

II.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Bernard J. Dolan, Chairman
Mansfield Board of Light Commissioners
6 Park Row
Mansfield, MA 02048

John J. Davis, Esq., BBO No. 115890
PIERCE, DAVIS & PERRITANO, LLP
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by ~~mail~~ electronic ~~(by hand)~~ on 8/4/05