UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05 10354 DPW

| | |
|---|---|
| KIMBERLY STOYLE,<br>         Plaintiff<br><br>vs.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE,<br>         Defendants | **LOCAL RULE 16.1**<br>**CERTIFICATION** |

Pursuant to Local Rule 16.1(D)(3), the defendants, John D'Agostino and the Mansfield Municipal Electric Department, and counsel for the defendants, John J. Davis, Esq., hereby certify that they have conferred:

    I.    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    II.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
John D'Agostino
Town Manager and Director of the
Mansfield Municipal Electric Dep't
6 Park Row
Mansfield, MA 02048

_____
John J. Davis, Esq., BBO No. 115890
PIERCE, DAVIS & PERRITANO, LLP
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 8/4/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05 10354 DPW

| | |
|---|---|
| KIMBERLY STOYLE,<br>　　　　Plaintiff<br><br>vs.<br><br>THE MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN<br>D'AGOSTINO, TOWN OF MANSFIELD<br>BOARD OF LIGHT COMMISSIONERS,<br>LOUIS AMORUSO, MICHAEL McCUE,<br>DAVID McCARTER, DANIEL<br>DONOVAN, ROGER ACHILLE and<br>STEVEN MacCAFFRIE,<br>　　　　Defendants | **LOCAL RULE 16.1**<br>**CERTIFICATION** |

　　　　Pursuant to Local Rule 16.1(D)(3), the defendant, David McCarter, and counsel for the defendants, John J. Davis, Esq., hereby certify that they have conferred:

　　I.　　with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

　　II.　　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
David McCarter, Esq.
15 Seaver Street
Stoughton, MA 02072

_____
John J. Davis, Esq., BBO No. 115890
PIERCE, DAVIS & PERRITANO, LLP
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 8/4/05