UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE,<br>　　　　　Plaintiff<br><br>vs.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE,<br>　　　　　Defendants | C.A. NO. 05 10354 DPW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendants in the above-captioned matter.

Respectfully submitted,

The Defendants,
THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

　/s/ Daniel G. Skrip
John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

*CERTIFICATE OF SERVICE*
I hereby certify that a true copy of the above document was served upon all counsel of record by electronic mail on this 10th day of January, 2006.

　　　/s/ Daniel G. Skrip
　　　Daniel G. Skrip, Esquire