UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE,<br>        Plaintiff<br><br>vs.<br><br>THE MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT, JOHN<br>D'AGOSTINO, TOWN OF MANSFIELD<br>BOARD OF LIGHT COMMISSIONERS,<br>LOUIS AMORUSO, MICHAEL McCUE,<br>DAVID McCARTER, DANIEL<br>DONOVAN, ROGER ACHILLE and<br>STEVEN MacCAFFRIE,<br>        Defendants | C.A. NO. 05 10354 DPW |

**DEFENDANTS' MOTION TO EXTEND THE**
**SCHEDULING ORDER BY 90 DAYS - ASSENTED TO**

Defendants move to extend the deadlines in the Scheduling Order by 90 days. As grounds therefor, the parties state the following:

1. This action stems from Plaintiff's former employment relationship with the Town of Mansfield. In her Amended Complaint, she seeks recovery for sexual harassment, gender discrimination, civil rights violations, wrongful termination and several other legal theories, including the Massachusetts Whistleblower Statute (M.G.L. c. 149, § 185).

2. The parties have made progressing in this litigation as they have exchanged written discovery requests and Plaintiff has noticed five depositions. Discovery, however, has proven cumbersome given that the relevant fact pattern spans many years, involves hundreds of documents and numerous witnesses.

3. The parties are cooperating to meet discovery demands and remain hopeful that the remaining discovery will be completed within the extra time sought. If the Court allows this Motion, the new dates would be:

    Divulgence of Plaintiff's Trial experts - July 17, 2006

    Divulgence of Defendants' Trial experts - August 17, 2006

  Conclusion of Expert Depositions - September 14, 2006

  Conclusion of Fact Discovery - May 30, 2006

  Motions for Summary Judgement Filed - September 28, 2006

  Further Scheduling/Status Conference - October 25, 2006 (with status reports due by October 18, 2006)

4. Plaintiff assents to this Motion.

5. No parties have sought such an extension before now.

**WHEREFORE**, Defendants request that this Motion be allowed and that the deadlines in the Scheduling Order be extended by 90 days.

        The Defendants,
        THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE,

        By their attorneys,

        **PIERCE, DAVIS & PERRITANO, LLP**

        /s/ Daniel G. Skrip
        John J. Davis, BBO No. 115890
        Daniel G. Skrip, BBO No. 629784
        10 Winthrop Square
        Boston, MA 02110
        (617) 350-0950

**ASSENTED TO**:
The Plaintiff,
KIMBERLY STOYLE,

By her attorney,


  /s/ Lynn A. Leonard
Lynn A. Leonard, BBO No. 561662
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161

Dated: January 13, 2006