UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10354DPW

KIMBERLY STOYLE,       )
                       )
        Plaintiff      )
VS.                    )
                       )
THE MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT, JOHN )
D'AGOSTINO, TOWN OF MANSFIELD )
BOARD OF LIGHT COMMISSIONERS, )
LOUIS AMORUSO, MICHAEL McCUE, )
DAVID McCARTER, DANIEL )
DONOVAN, ROGER ACHILLE and )
STEVEN MacCAFFRIE,     )
                       )
        Defendants    )

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants, in the above-captioned matter.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Deborah I. Ecker
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: April 4, 2006

1