UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10354DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| | ) |
| Plaintiff | ) |
| VS. | ) |
| | ) |
| THE MANSFIELD MUNICIPAL | ) |
| ELECTRIC DEPARTMENT, JOHN | ) |
| D'AGOSTINO, TOWN OF MANSFIELD | ) |
| BOARD OF LIGHT COMMISSIONERS, | ) |
| LOUIS AMORUSO, MICHAEL McCUE, | ) |
| DAVID McCARTER, DANIEL | ) |
| DONOVAN, ROGER ACHILLE and | ) |
| STEVEN MacCAFFRIE, | ) |
| | ) |
| Defendants | ) |

**NOTICE OF WITHDRAWAL**

Please withdraw my appearance on behalf of the Defendants, in the above-captioned matter.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Daniel G. Skrip
Daniel G. Skrip
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257
(617) 350-0950

DATED: April 5, 2006

1