UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
KIMBERLY STOYLE,                            *
                Plaintiff                   *
                                            *
Vs.                                         *
                                            *   Civil Action No. 0510354DPW
THE MANSFIELD MUNICIPAL ELECTRIC            *
DEPARTMENT, JOHN D'AGOSTINO,                *
THE TOWN OF MANSFIELD BOARD OF              *
LIGHT COMMISSIONERS, LOUIS AMORUSO,         *
MICHAEL McCUE, DAVID McCARTER,              *
DANIEL DONOVAN, ROGER ACHILLE               *
and STEVEN MacCAFFRIE,                      *
                                            *
                Defendants                  *
                                            *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Plaintiff, Kimberly Stoyle, in the above-captioned matter.

        Respectfully submitted,
        Plaintiff
        By her attorneys,


        /s/ Anita B. Sullivan
        _____
        Anita B. Sullivan
        Attorney At Law
        458 Main Street
        Wakefield, MA  01880
        (781) 224-0701
        B.B.O. No. 628873

Dated:  April 17, 2006