UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DR. JOHN BELIVEAU,
    Plaintiff

                                     CIVIL ACTION
                                     NO. 04-11329-DPW

v.

TOWN OF MANSFIELD MUNICIPAL
ELECTRONIC DEPARTMENT, ET AL.,
    Defendants


KIMBERLY STOYLE,
    Plaintiff,

    v.                                     CIVIL ACTION
                                     NO.05-10354-DPW

THE MANSFIELD MUNICIPAL
ELECTRIC DEPARTMENT ET AL,
    Defendant


## **REVISED SCHEDULING ORDER**

WOODLOCK, D.J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

1.     Fact discovery to be completed by **JANUARY 26, 2007;**

2.     All expert disclosures in both the STOYLE and the BELIVEAU matters be made by **FEBRUARY 2, 2007;**

3.     Dispositive motions to be filed by **FEBRUARY 28, 2007**;

4.   Expert discovery to be completed by **MARCH 15, 2007**

5.   Oppositions to dispositive motions to be filed by **MARCH 30, 2007**;

6.   Hearing on dispositive motions is set for **APRIL 18, 2007 AT 2:30 P.M.** in Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J.

7.   Trial set for **JUNE 18, 2007 at 9:00 A.M.** in Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Michelle Rynne
DATED:   May 10, 2006              Deputy Clerk