**United States District Court**
**District of Massachusetts**

Civil Action No 05-10354DPW

_____

Kimberly Stoyle,

        Plaintiff

vs.

The Mansfield Municipal
Electric Department, John D'Agostino,
Town of Mansfield, Board of Light
Commissioners, Louis Amoruso, Michael
McCue, David McCarter, Daniel Donovan,
Roger Achille and Steven MacCaffrie

        Defendants
_____

## Notice to Withdraw

Please withdraw my appearance as co-counsel on behalf of the Plaintiff, Kimberly Stoyle, in the above captioned mater.

August 7, 2006

Respectfully submitted,
The Plaintiff,
By co - counsel,

Anita B. Sullivan
BBO # 628873
458 Main Street
Wakefield, Ma. 01880
781-245-6661