**United States District Court**
**District of Massachusetts**

Civil Action No 05-10354DPW

_____

Kimberly Stoyle,

       Plaintiff

vs.

The Mansfield Municipal
Electric Department, John D'Agostino,
Town of Mansfield, Board of Light
Commissioners, Louis Amoruso, Michael
McCue, David McCarter, Daniel Donovan,
Roger Achille and Steven MacCaffrie

       Defendants
_____

**Notice to Withdraw**

    Please withdraw my appearance as co-counsel on behalf of the Plaintiff, Kimberly Stoyle, in the above captioned mater.

August 7, 2006                                Respectfully submitted,
                                                           The Plaintiff,
                                                           By co - counsel,

                                                           Anita B. Sullivan
                                                           BBO # 628873
                                                           458 Main Street
                                                           Wakefield, Ma. 01880
                                                           781-245-6661