UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY STOYLE,<br>      Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE AND STEVEN MacCAFFRIE,<br><br>      Defendants | **C.A. No. 05-10354-DPW** |

**CONSOLIDATED WITH**
**C.A. No. 04-11329-DPW**

|  |  |
|---|---|
| DR. JOHN BELIVEAU,<br>      Plaintiff<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br>      Defendants |  |

### PLAINTIFF KIMBERLY STOYLE'S MOTION
### TO MODIFY THE TRIAL SCHEDULE

  Now comes the plaintiff Kimberly Stoyle, by and through counsel, and respectfully requests that the Court suspend the trial in the above-referenced matter for two days on July 5th and 6th, 2007. As grounds for this Motion, counsel states the following:

1. This matter is scheduled for trial from June 18, 2007 through July 13, 2007.  Counsel requests that the Court adjourn the trial from Wednesday, July 4, 2007 through Friday, July 6, 2007, so that she may attend a family wedding in Aspen, Colorado.  Counsel requests that the trial reconvene on Monday, July 9, 2007.

2. This minor scheduling adjustment may also assist the Court in identifying available jurors for the duration of the trial, given the proximity of the Fourth of July holiday.

3. This short delay causes no prejudice to the parties.

                                                      Respectfully requested,

                                                      PLAINTIFF
                                                      Kimberly Stoyle
                                                      By her Attorney,

                                                      /s/ Lynn A. Leonard
                                                      _____
                                                      Lynn A. Leonard
                                                      Attorney At Law
                                                      527 Main Street, Suite 8
                                                      Melrose, MA  02176
                                                      (781) 662-6161
                                                      B.B.O. No. 561662

Assented to by:


/s/ Christine M. Griffin
_____
Christine M. Griffin, Esquire
For Dr. Beliveau
Wolf, Block, Schorr and Solis-Cohen, LLP
One Boston Place
Boston, MA  02108

**CERTIFICATE OF SERVICE**

    I, Lynn A. Leonard, hereby certify that I have served the foregoing Motion to Modify the Trial Schedule upon all counsel of record by electronic filing service on January 12, 2007.

_____
Lynn A. Leonard