UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY STOYLE,<br><br>     Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE AND STEVEN MacCAFFRIE,<br><br>     Defendants | **C.A. No. 05-10354-DPW** |

**CONSOLIDATED WITH**
**C.A No. 04-11329-DPW**

|  |  |
|---|---|
| DR. JOHN BELIVEAU,<br><br>     Plaintiff<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br><br>     Defendants |  |

## RULE 7.1 CERTIFICATION

  Pursuant to Local Rule 7.1, I hereby certify that I conferred with Leonard H. Kesten on January 11, 2006. Attorney Kesten indicated that he takes no position on Plaintiff's Motion to Modify the Trial Schedule. I also conferred with Susan Jacobs via e-mail on January 12, 2006. Attorney Jacobs indicated that she, too, takes no position with respect to Plaintiff's Motion.

/s/ Lynn A. Leonard
_____

Lynn A. Leonard
Attorney At Law
527 Main Street, Suite 8
Melrose, MA  02176
(781) 662-6161
B.B.O. No. 561662

Dated:  January 12, 2007

## CERTIFICATE OF SERVICE

I, Lynn A. Leonard, hereby certify that I have served the foregoing Certification upon all counsel of record by electronic filing service on January 12, 2007.

_____

Lynn A. Leonard