UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329-DPW

DR. JOHN J. BELIVEAU,                )
                                     )
                  Plaintiff          )
VS.                                  )
                                     )
TOWN OF MANSFIELD MUNICIPAL          )
ELECTRIC DEPARTMENT AND              )
JOHN D'AGOSTINO,                     )
                                     )
                  Defendants         )

**CONSOLIDATED WITH**

Civil Action No.: 05-10354-DPW

KIMBERLY STOYLE,                     )
                  Plaintiff          )
                                     )
VS.                                  )
                                     )
THE MANSFIELD MUNICIPAL              )
ELECTRIC DEPARTMENT , JOHN           )
D'AGOSTINO, TOWN OF MANSFIELD)
BOARD OF LIGHT COMMISSIONERS, )
LOUIS AMORUSO, MICHAEL MCCUE)
DAVID MCCARTER, DANIEL               )
DONOVAN, ROGER ACHILLE, AND          )
STEVEN MACCAFFRIE,                   )
                  Defendants    )

## DEFENDANTS' EXPERT DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(2), the Defendants make

the following disclosures regarding anticipated expert testimony.

1.    John J. Sullivan, CPA
      Melanson, Heath & Company

Mr. Sullivan's Curriculum Vitae is attached hereto as Exhibit 1.  Mr.

Sullivan is expected to testify consistent with his report attached hereto as

Exhibit 2.

1

2.     Robert Guaraldi
       President and Co-founder @llmarin
       Londonderry, New Hampshire

Mr. Guaraldi is a fact witness who will be asked to testify about the

computer files he recovered and how he went about discovering the information

contained on the computers.  In addition to his knowledge of certain facts, Mr.

Guaraldi will be asked to testify as an expert witness pursuant to Rules 7022, 703,

and 705 of the Federal Rules of Civil Procedure about when certain files found on

the computers were created and modified.  A copy of Mr. Guaraldi's Curriculum

Vitae is attached hereto as Exhibit 3. A copy of Mr. Guaraldi's report is attached

hereto as Exhibit 4.

                        Respectfully submitted,
                        The Defendants,
                        By their attorneys,


                        /s/ Leonard H. Kesten
                        Leonard H. Kesten, BBO# 542042
                        Deborah I. Ecker, BBO# 554623
                        BRODY, HARDOON, PERKINS & KESTEN, LLP
                        One Exeter Plaza
                        Boston, MA 02116
                        (6176) 8807100


                        /s/ Susan Jacobs
                        Susan Jacobs, Esq.
                        Volterra, Goldberg & Jacobs
                        Three Mill Street
                        Attleboro, MA 02703
                        (508) 222-1463

DATED: February 2, 2007

# EXHIBIT 1

# JOHN J. SULLIVAN

Mr. Sullivan is the officer in charge of the Firm's Municipal services. He has over thirty years experience providing a wide range of services to Governmental clients. He joined Melanson, Heath & Company in 1986 and was admitted as a shareholder in 1989. Prior to that Mr. Sullivan was the founding partner in a CPA firm located in Montpelier, Vermont. His responsibility was municipal and non-profit client services primarily in federally funded programs.

Mr. Sullivan has a bachelors degree in Business Management from the University of New Hampshire, has taken numerous post-graduate courses and has taught for several colleges including teaching, <u>Problems in Budgeting</u>, at the Masters of Public Administration program at American International College, a UMAS training course for Western New England College as well as courses sponsored by the American Institute for Certified Public Accountants, New England GFOA, Massachusetts Association of School Business Officials and Massachusetts Municipal Auditors' and Accountants' Association.

He has also participated in fraud detection and prevention seminars sponsored by various municipal organizations. He is a member of the American Association of Certified Fraud Examiners.

Mr. Sullivan has been active in numerous fraud and forensic examinations throughout Massachusetts, New Hampshire and Vermont. The activity has included:

- Investigation to determination existence of fraud.
- Documentation of amount of loss.
- Assistance to prosecutors in case preparation.
- Provide expert testimony.
- Assistance to Municipality's labor attorneys in employment actions.

He also performs consulting related to overall organizational systems and human resource management. This experience includes:

- Evaluation of organizational structures and restructuring, recommended organization charts, development of job descriptions, duties, and responsibilities.
- Evaluating efficiency and setting standards for achievement.
- Providing recommendations on the flow and processing of documents through the organizational structure.
- Seminar and lectures on motivational and professional development topics.
- Evaluation of resumes, assistance in interviewing and hiring recommendations.
- Cash and Receivable Reconciliations
- Management Audits

## Background

Melanson, Heath & Company is a full service regional Certified Public Accounting firm licensed in Massachusetts, New Hampshire, Maine, and Vermont. The firm currently has nine officers, five managers and 50 staff. The firm specializes in government audit and consulting services, fraud investigation and litigation support services, and commercial audit and tax services. Offices are located in Andover and Greenfield, Massachusetts, Nashua, New Hampshire, and Ellsworth, Maine.

## Quality Control

The Firm has established very high standards of quality control. This can be best demonstrated by the high level of partner participation in all engagements. Audit partners are always key members of the audit team assigned to a municipality. They are present throughout fieldwork, and play major roles in the review and evaluation of client internal controls, and overall audit management. This results in quality management letter comments, timely resolution of audit issues, and smoothly run audits.

We also participate in outside organizations which perform external quality control evaluations of our Firm. As a demonstration of our commitment to quality control, we joined the Private Company Practice Section (PCPS) of the Division for CPA Firms of the American Institute of CPA's in 1984 and the New England Quality Review Division in 1993. These organizations are concerned primarily with quality control in accounting and auditing services.

Our membership requires that we undergo a review of our accounting and auditing practice by an independent reviewer every three years. The results of all our peer reviews found our systems and procedures meet or exceed the requirements of the American Institute of Certified Public Accountants. In all peer reviews, samples of our governmental audit engagements were selected for review.

We have also established a very demanding continuing professional education program. At Melanson, Heath & Company our professional staff typically spends far more time than required in continuing professional education, constantly improving and updating the skills necessary to service our clients.

## Fraud Investigations

Our firm has performed numerous fraud and forensic investigations. In addition to being members of the American Association of Certified Fraud Examiners and the related Massachusetts and New Hampshire Chapters, we are members of the American College of Forensic Examiners. Our examinations include loss documentation, testimony at trial, arbitration and discipline hearings, litigation support and loss prevention.

## Summary of Recent Forensic Audit Experience:

- **Southern Worcester County Vocational School (Bay Path)**
  Investigation into approximately $ 6 million embezzlement including working with federal and state investigative organizations. Provided assistance in design and implementation of plan to insure continued operation of school.

  Provided assistance to Worcester County District Attorney, Massachusetts Department of Revenue Criminal Investigation Bureau, Commonwealth of Massachusetts Special Audits Division, Department of Treasury IRS Criminal Investigation Division, and US Department of Justice US Attorney.

- **Ashburnham-Westminster Regional School District**
  Documentation of $ 1.4 million embezzlement including loss recovery and establishing new systems of internal controls to prevent future loss.

- **City of Worcester**
  Investigation into $ 100,000 embezzlement by employee in Treasurer's Office. Prepared report documenting loss for insurance and criminal prosecution purposes, and providing recommendations for improved internal controls.

- **Codem Systems**
  Investigation into unauthorized expense reimbursements to employee. Provided information used in resolving dispute over employee termination and determining amount of restitution that was sought and awarded.

**Harris Pond Condominium Association**

Investigation into unauthorized expense reimbursements paid to realty management company. Prepared report for use in ongoing court case seeking restitution.

- **Town of Lunenburg**

  Investigation of inappropriate activity by School Superintendent including payments to fictitious vendor and questionable expense reimbursements. Prepared report used in criminal proceedings.

- **Southeastern Regional School District**

  Examination of specific transactions to determine propriety. Provided assistance to state agencies in resolution of disputed issues. Provided testimony in related labor action. Provided assistance to Bristol County District Attorney's Office investigation and expert testimony in resulting criminal case for misappropriation of petty cash monies.

- **Reading Municipal Light Department**

  Investigation into expense reimbursements and other questioned transactions authorized by the General Manager. Investigation was the result of concerns raised by the Inspector General's Office. Prepared report used in resolution of employment status.

- **Berlin Boylston Regional School District**

  Investigation into embezzlement by bookkeeper and temporary employee. Prepared report used in resolution of criminal case.

- **Town of Dedham**

  Investigation of unsupported payments credited to taxpayers accounts. Provided assistance to Norfolk County Prosecutor and State Ethics Commission investigation of actions by former Collector.

- **Stoneham Public Schools**
  Investigation of specific transactions approved by SPED Director. Engagement included litigation support in labor action and support to state and federal agencies, including US Department of Education Office of Inspector General and Middlesex County District Attorney, in criminal and ethical violation investigations.

- **City of Holyoke**
  Investigation into issuance of unauthorized checks prepared by Treasurer's Office employee and documentation of loss to assist in resolution of criminal case and insurance claim.

- **Town of Wales**
  Investigation of embezzlement by Town Treasurer. Provided documentation of loss to State law enforcement officials.

- **Winchendon Public Schools**
  Investigation of credit card and expense reimbursement activity of former superintendent.

- **North Andover Public Schools**
  Investigation of Support our Seniors account activity. Provided assistance and documentation of loss to local law enforcement authorities.

- **SAU 56, Somersworth, NH**
  Investigation of inappropriate wage payments to three employees. Prepared report used in resolution of employee status action.

- **Greater Lawrence Technical School**
  Investigation of cafeteria revenues and custodial timecard issues. Provided assistance with resolution of personnel issues.

- **Stoughton Public Schools**
  Investigation of Student Activity Fund account and questionable practices of Yearbook Advisor.

4

- **Town of Westford**
  Investigation of questionable activity in former Town Clerk's departmental checking account. Resulted in resignation and restitution.

- **Steven's Estate Banquet Facility**
  Investigation of questionable activity by facility manager in management of bar receipts and payroll. Prepared report for use by law enforcement in resolution of criminal case.

- **Nashoba Regional School District**
  Investigation of expenditures paid with loan proceeds for High School renovation project and evaluation of general fund budget preparation assumptions.

- **Town of Easton**
  Investigation of expenditures related to closure of Town landfill. Procedures included analysis of budget assumptions used to justify use of Town employees, identification of safety issues related to procedures and materials used, determining compliance with procurement statutes, and evaluating the effectiveness of project management.

## Governmental Experience

We have one of the largest municipal service departments in all of New England, and currently perform auditing and consulting services to over 100 municipalities in New England. We are well respected and recognized as leaders in the municipal auditing and consulting field, and are often called upon by bond rating agencies to discuss changes in municipal finance laws and governmental accounting principals, and their impact on municipal financial statements.

## Summary of Recent Audit Experience

We have been engaged to perform, or are currently performing auditing or other professional services for the following Massachusetts local governments:

| **Cities:** | Years Audited |
|---|---|
| Town of Amesbury (City Government) | 1999 - 2005 |
| City of Everett | 2004 - 2005 |
| City of Fitchburg | 1993 - 2005 |
| Town of Greenfield (City Government) | 1985 - 2005 |
| City of Holyoke | 1989 - 2005 |
| City of Lawrence | 2000 - 2005 |
| City of Leominster | 1993 - 2005 |
| City of Medford | 1988 - 2005 |
| Town of Methuen (City Government) (CAFR) | 1989 - 2005 |
| City of Newburyport | 2004 - 2005 |
| City of Pittsfield | 1991 - 2000 |
| City of Quincy | 2002 - 2005 |
| City of Revere | 1999 - 2005 |
| City of Springfield | 1995 - 2004 |
| Town of Watertown (City Government) | 1993 - 2005 |

| **Towns:** | Years Audited |
|---|---|
| Town of Amherst | 1994 - 1996, 1998 - 2005 |
| Town of Ashby | 2001 - 2005 |
| Town of Athol | 1989 - 2005 |
| Town of Barre | 2000 - 2005 |
| Town of Boxford | 2001 - 2005 |
| Town of Blandford | 1996 - 1997, 1999 - 2003 |
| Town of Bourne | 1994 - 2005 |
| Town of Boylston | 2002 - 2005 |
| Town of Concord | 1998 - 2005 |
| Town of Cheshire | 1999 - 2002 |
| Town of Chester | 2003 |
| Town of Danvers (CAFR) | 1995 - 2005 |
| Town of Dedham | 1996 - 2001 |
| Town of Dover | 1993 - 2005 |
| Town of Dracut | 1987 - 2005 |
| Town of Dunstable | 2001 |
| Town of Easton | 2000 - 2005 |
| Town of Essex | 1992, 1995 - 1996, 1999 |
| Town of Framingham | 1992 - 2005 |
| Town of Great Barrington | 1993 - 2005 |
| Town of Holbrook | 1995 - 2005 |
| Town of Hudson | 1989 - 1991, 1995 - 2005 |
| Town of Ipswich | 1991 - 2005 |
| Town of Kingston | 1995 - 2005 |
| Town of Lee | 1989 - 2005 |
| Town of Lexington | 1999 - 2005 |
| Town of Ludlow | 1993 - 1996, 1998 - 2005 |
| Town of Lunenburg | 1985 - 2005 |
| Town of Lynnfield | 1997 - 2005 |
| Town of Medfield | 2001 - 2005 |

|                               | Years Audited            |
|-------------------------------|--------------------------|
| Town of Medway                | 1994 - 2005              |
| Town of Middleborough         | 2005                     |
| Town of Montague              | 1986 - 2005              |
| Town of Needham               | 1994 - 2005              |
| Town of North Andover         | 1996 - 2002              |
| Town of Norwood               | 2004 - 2005              |
| Town of Reading               | 2003 - 2005              |
| Town of Rutland               | 1998 - 2005              |
| Town of Sharon                | 2001 - 2005              |
| Town of Saugus                | 2003 - 2005              |
| Town of Sheffield             | 2001                     |
| Town of Sherborn              | 2002 - 2005              |
| Town of Shelburne             | 2001 - 2005              |
| Town of Somerset              | 2001 - 2003              |
| Town of Southampton           | 1998 - 2000              |
| Town of Stoneham              | 1997 - 2005              |
| Town of Sutton                | 2000 - 2005              |
| Town of Swansea               | 2001 - 2003              |
| Town of Templeton             | 2002 - 2005              |
| Town of Ware                  | 2002                     |
| Town of Webster               | 2000 - 2003              |
| Town of West Boylston         | 2000 - 2005              |
| Town of West Bridgewater      | 1989 - 2002              |
| Town of Westford              | 1988 - 2005              |
| Town of Westminster           | 1993 - 1995, 1998 - 2000 |
| Town of West Springfield      | 1989 - 2005              |
| Town of Wilbraham             | 1994 - 2005              |
| Town of Winchendon            | 1987 - 2005              |

**Contributory Retirement Systems:**                    <u>Years Audited</u>

| | |
|---|---|
| Town of Athol | 1989 - 2005 |
| Town of Concord | 1997 - 2005 |
| Town of Danvers | 1995 - 2005 |
| City of Everett | 2004 - 2005 |
| City of Fitchburg | 1993 - 2005 |
| Town of Framingham | 1992 - 2005 |
| Town of Greenfield | 1984 - 2005 |
| City of Holyoke | 1988 - 2005 |
| City of Leominster | 1993 - 2005 |
| Town of Lexington | 1998 - 2005 |
| City of Medford | 1988 - 2005 |
| Town of Methuen | 1988 - 2005 |
| Town of Montague | 1985 - 2005 |
| Town of Needham | 1995 - 2005 |
| Town of Norwood | 2004 - 2005 |
| City of Revere | 1999 - 2005 |
| Town of Saugus | 2002 - 2005 |
| City of Springfield | 1994 - 2004 |
| Town of Watertown | 1993 - 2005 |
| Town of West Springfield | 1989 - 2005 |

**Electric Enterprise Divisions:**

| | |
|---|---|
| Danvers Electric Division | 1995 - 2005 |
| Littleton Electric Department | 2005 |
| Norwood Electric Department | 2004 - 2005 |
| Peabody Municipal Light Plant | 1994 - 2005 |
| Reading Municipal Light Plant | 2003 - 2005 |
| Wakefield Gas and Electric Department | 2000 - 2005 |

**School Districts:**                                                    <u>Years Audited</u>

| | |
|---|---|
| Ashburnham-Westminster Regional School District | 1992 - 2005 |
| Athol-Royalston Regional School District | 1986 - 2005 |
| Concord-Carlisle Regional School District | 1998 - 2005 |
| Erving Regional School District | 1995 - 2005 |
| Franklin County Technical School District | 1986 - 2005 |
| Gill-Montague Regional School District | 1987 - 2005 |
| Greater Lawrence Regional School District | 1992 - 2005 |
| Greater Lowell Regional Technical School District | 1994 - 2005 |
| Groton-Dunstable Regional School District | 1997 - 2005 |
| Hamilton-Wenham Regional School District | 1987 - 2005 |
| Hawlemont Regional School District | 1999 - 2005 |
| Mohawk Trail Regional School District | 1999 - 2005 |
| Montachusett Regional School District | 1997 - 2005 |
| North Middlesex Regional School District | 1988 - 1993, 2000 - 2005 |
| Pathfinder Regional School District | 1989 - 2005 |
| Southeastern Regional Vocational School District | 2000 - 2002 |
| Southern Worcester County Vocational Technical Regional School District | 1997 - 2003 |
| Wachusett Regional School District | 1989 - 1996, 2002 - 2005 |

**Other Municipal Organizations:**

| | |
|---|---|
| Berkshire Athenaeum | 1992 - 2003 |
| Berkshire Training and Employment Program | 1992 - 1999 |
| Bondsville Fire and Water District | 1993 - 2005 |
| Bourne, MA Landfill | 1999 - 2005 |
| CASE Collaborative | 2002 - 2003 |
| Coastal Collaborative | 1994 - 2005 |
| Franklin-Hampshire Employment and Training Consortium | 1986 - 2005 |
| Franklin Regional Council of Governments | 1998 - 2005 |

|  | Years Audited |
|---|---|
| Greater Newburyport Educational Collaborative | 1994 – 2001 |
| Hampshire Council of Governments | 2000 - 2005 |
| Martha's Vineyard Municipal Airport | 2001 - 2002 |
| Massachusetts Career Development Institute, Inc. | 2002 |
| Middlesex County | 1991 - 1996 |
| Pioneer Valley Planning Commission | 1990 - 2005 |
| Salem-Beverly Water Supply Board | 2000 - 2005 |
| Turners Falls Fire and Water District | 1988 - 1992, 1994 - 2005 |

# EXHIBIT 2



MELANSON HEATH & COMPANY, PC

CERTIFIED PUBLIC ACCOUNTANTS
MANAGEMENT ADVISORS

10 New England Business Center Drive • Suite 112
Andover, MA 01810-1096
(978) 749-0005 • Fax (978) 749-0006
www.melansonheath.com

Ms. Susan Jacobs
Volterra, Goldberg, Mangiaratti
    & Jacobs Law Counselors, Inc.
Three Mill Street
Attleboro, MA 02703

Dear Ms. Jacobs:

The firm of Melanson Heath and Company, PC was retained by the law firm of Volterra, Goldberg, Mangiaratti & Jacobs, Inc. to perform forensic accounting investigative services relative to an ongoing dispute between the Town of Mansfield (the "Town") and two former employees of the Mansfield Municipal Electric Department ("MMED"). The investigation was conducted in accordance with lawful fraud examination techniques.

As part of our investigation, we were asked to evaluate the following issues: 1) cash reconciliation, 2) annual internal charges, 3) American express charges, 4) borrowing from the depreciation fund, 5) the lock box issue and 6) cash controls at the MMED. We also reviewed the general accounting and financial operations of the MMED. During our investigation we interviewed current and former employees of the Town and the MMED and reviewed financial information from both the Town and MMED as well as memoranda and e-mails that were exchanged between the Town and MMED employees, we were able to form the following opinions regarding the issues that we were asked to investigate.

Our report contains our findings and conclusions.

Sincerely,

*Melanson, Heath & Company, P.C.*

Melanson, Heath & Company, P.C.
Certified Public Accountants
January 30, 2007

**TOWN OF MANSFIELD**

**Forensic Accounting Investigative Services**

**January 30, 2007**

1.    Cash Reconciliation

From our review of the documents, it is our opinion that the MMED did not consistently reconcile cash balances on a monthly basis during the period that Kimberly Stoyle was employed by the MMED. There were times when we could not find evidence that information was being sent over by the Town to the MMED timely, but there is clear evidence that much of the time information was being sent over timely and that the reconciliations were still not being performed. We found evidence that monthly bank reconciliations were being performed at the MMED both prior to and after the employment period of Kimberly Stoyle.

We also found that MMED hired outside auditors to perform additional accounting services during the period of Kimberly Stoyle's employment. At the time of this report we have been unable to document why these services needed to be performed by outside auditors rather than by MMED staff.

2.    Annual Charges

After review of the documentation it is our opinion that the Internal Fund Charges made to the MMED over the years evaluated were reasonable and based on supporting documentation. The employee benefit charges were supported and understated due to error in the calculations and the retirement undercharge for 2003. The indirect costs were based on sound methodology. The possible excess in charges for the Treasurer's office is more than offset by the failure to include employee benefits in the indirect cost calculation.

The amount charged to MMED for the PILOT was less than National and Northeast averages, less than other methodologies and less than the amount charged by other Massachusetts Electric Utilities in our client base.

3.    American Express Charges

Based on our review of the American Express bills and supporting documentation for charges made on the American Express accounts, we found no evidence that the MMED American Express card was improperly used for Town expenditures.

2

4.    <u>Borrowing from the Depreciation Fund</u>

We have reviewed documentation concerning the depreciation fund and transfers made to and from that fund by the Town treasurer. It is our opinion based on our review that all transfers of depreciation funds were authorized by the MMED. The borrowings, although not specifically authorized by statute, were repaid short term with interest at a yield higher than the account that the funds were invested in and meet the prudence test of "safety, liquidity and yield" contained in the statutes.

5.    <u>Lock Box Issue</u>

It is clear from our review of the memoranda and emails that there was disagreement between the MMED and Town Treasurer/Collector over the establishment of a lock box system for collection of MMED receipts. Since the Treasurer/Collector bears the responsibility for the collection and recording of both MMED and Town funds, it was within his discretion as to the system used to perform his statutory functions.

Whatever the motive of the MMED for establishing a lock box system, the decision is that of the Treasurer as to the type of system to be used.

6.    <u>Cash Controls</u>

A review of the documents revealed that there were inadequate controls up and until the fall 2000 that resulted in theft at the MMED.

Attached to this report are analyses of the auditor billings as well as the depreciation fund activity.

3

APPENDIX I – AUDITOR BILLINGS ANALYSIS

Mansfield MMED
Auditor Billings Analysis - Goulet, Salvidio Associates
FY1998 through FY2005

| | Paid In FY1998 | | | Paid In FY1999 | | | Paid In FY2000 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Invoice Date | Amount | Service | Invoice Date | Amount | Service | Invoice Date | Amount | Service |
| Audit | 12/31/1997 | 3,500 | 12/31/97 audit | 1/31/1999 | 2,000 | 12/31/98 audit | 1/31/2000 | 1,400 | 12/31/99 audit |
| | 1/30/1998 | 3,500 | 12/31/97 audit | 2/28/1999 | 638 | 12/31/98 audit | 2/29/2000 | 7,000 | 12/31/99 audit |
| | 2/28/1998 | 2,500 | 12/31/97 audit | 4/30/1999 | 9,500 | 12/31/98 audit | 3/31/2000 | 1,880 | 12/31/99 audit |
| | | | | | | | 4/30/2000 | 900 | 12/31/99 audit |
| | | | | | | | 5/31/2000 | 1,975 | 12/31/99 audit |
| Subtotal - Audit | | 9,500 | | | 12,138 | | | 13,155 | |
| Preparation of DPU Report | 5/31/1998 | 4,500 | 1997 DPU report | | | | | | |
| Subtotal - DPU Report | | 4,500 | | | | | | | |
| Consultation Services | | | | 10/16/1998 | 7,320 | Oct 6-16, 1998 | | | |
| | | | | 10/31/1998 | 5,380 | Oct 19-30, 1998 | | | |
| | | | | 11/30/1998 | 5,320 | November, 1998 | | | |
| | | | | 12/31/1998 | 5,080 | December, 1998 | | | |
| Subtotal - Consultation | | | | | 23,100 | | | | |
| Accounting Support Services | | | | 1/31/1999 | 280 | Jan 1999 services | 9/30/1999 | 3,870 | June-Sept 1999 accounting services |
| | | | | 2/28/1999 | 127 | Feb 1999 services | 10/31/1999 | 1,900 | Oct 1999 accounting services |
| | | | | 4/30/1999 | 1,360 | Dec 1998 services | | | |
| Subtotal - Accounting | | | | | 1,767 | | | 5,770 | |
| Other | | | | | | | | | |
| Subtotal - Other | | | | | | | | | |
| Annual Total All Services | | 14,000 | | | 37,005 | | | 18,925 | |
| | | =G/L | | | =G/L | | | =G/L | |

Authorization:
On 9/9/1997, BLC approved a three year contract with Goulet at a cost of $9,500 per year.

* The billing of preparation of DPU report was combined with the audit billing.
** Some accounting services were billed with auditing services; invoice did not break down the costs.

Page 1 of 3

Mansfield MMED
Auditor Billings Analysis - Goulet, Salvidio Associates
FY1998 through FY2005

| | Paid in FY2001 | | | Paid in FY2002 | | | Paid in FY2003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Invoice Date | Amount | Service | Invoice Date | Amount | Service | Invoice Date | Amount | Service |
| **Audit** | 6/30/2000 | 3,800 | 1999 audit and DTE report | 5/31/2001 | 6,800 | 12/31/00 audit | 8/30/2002 | 6,900 | 12/31/01 audit and DTE report |
| | 12/31/2000 | 750 | 12/31/00 audit | 7/31/2001 | 8,300 | 12/31/00 audit | 8/31/2002 | 3,550 | 12/31/01 audit and DTE report |
| | 1/31/2001 | 2,950 | 12/31/00 audit | 8/31/2001 | 3,300 | "August auditing services" | | | |
| | 4/30/2001 | 7,100 | 12/31/00 audit | 11/30/2001 | 1,900 | "November accounting and auditing services" | 1/31/2003 | 3,300 | 12/31/02 audit |
| | | | | 1/31/2002 | 3,825 | 12/31/01 audit | 3/31/2003 | 10,500 | "March accounting & auditing services" |
| | | | | 2/28/2002 | 4,800 | 12/31/01 audit | 4/30/2003 | 2,100 | 12/31/02 audit |
| | | | | | | | 5/31/2003 | 4,700 | 12/31/02 audit |
| **Subtotal - Audit** | | 14,600 | | | 28,925 | | | 31,050 | |
| **Preparation of DPU Report** | | * | | | * | | | * | |
| **Subtotal - DPU Report** | | * | | | * | | | * | |
| **Consultation Services** | | | | | | | | | |
| **Subtotal - Consultation** | | * | | | * | | | | |
| **Accounting Support Services** | 11/30/2000 | 875 | Sept - Nov 2000 services | 10/31/2001 | 1,630 | Sept - Oct 2001 services | | | |
| **Subtotal - Accounting** | | 875 | | | 1,630 | | | | |
| **Other** | | | | | | | 9/12/2002 | 450 | MMED portion of MLDM Reserve Trust financial statements |
| **Subtotal - Other** | | * | | | * | | | 450 | |
| **Annual Total All Services** | | 15,475 =GL | | | 30,555 =GL | | | 31,500 =GL | |

*: The billing of preparation of DPU report was combined with the audit billing.

**: Some accounting services were billed with auditing services; invoice did not break down the costs.

Mansfield MMED
Auditor Billings Analysis - Goulet, Salvidio Associates
FY1998 through FY2005

| | Paid in FY2004 | | | Paid in FY2005 | | | Total by Service |
|---|---|---|---|---|---|---|---|
| | Invoice Date | Amount | Service | Invoice Date | Amount | Service | |
| Audit | 6/30/2003 | 1,650 | 12/31/02 audit | 6/30/2004 | 3,975 | 12/31/03 audit and DTE report | |
| | 7/31/2003 | 1,900 | 12/31/02 audit | 7/31/2004 | 2,550 | 12/31/03 audit | |
| | 8/31/2003 | 5,850 | "August auditing services" | 8/31/2004 | 6,060 | 12/31/03 audit | |
| | 12/31/2003 | 2,160 | 12/31/02 audit | 9/30/2004 | 6,000 | 12/31/03 audit and DTE report | |
| | 1/31/2004 | 2,725 | 12/31/03 audit | 11/30/2004 | 1,825 | 12/31/03 audit | |
| | 2/29/2004 | 6,200 | 12/31/03 audit | 12/31/2004 | 938 | 12/31/03 audit | |
| | 3/31/2004 | 3,900 | 12/31/03 audit | | | | |
| | 4/30/2004 | 2,800 | 12/31/03 audit | | | | |
| Subtotal - Audit | | 27,185 | | | 21,348 | | 157,901 |
| Preparation of DPU Report | 9/30/2003 | 4,525 | DTE report and bookkeeping support | | . | | |
| Subtotal - DPU Report | | 4,525 | | | . | | 9,025 |
| Consultation Services | | | | 10/31/2004 | 440 | "Various consultations" | |
| Subtotal - Consultation | | . | | | 440 | | 23,540 |
| Accounting Support Services | 11/30/2003 | 2,240 | Oct - Nov 2003 services | | | | |
| Subtotal - Accounting | | 2,240 | | | . | | 12,282 |
| Other | | | | 12/31/2004 | 4,190 | "Expenses paid to Nicholas Scobbo Jr." | |
| | | | | 4/1/2005 | 500 | MMED portion of MLDM Reserve Trust financial statements | |
| Subtotal - Other | | . | | | 4,690 | | 5,140 |
| Annual Total All Services | | 33,950 =G/L | | | 26,478 =G/L | | 207,888 =G/L total |

*: The billing of preparation of DPU report was combined with the audit billing.
**: Some accounting services were billed with auditing services; invoice did not break down the costs.

Page 3 of 3

APPENIX II – DEPRECIATION FUND ACTIVITY

TOWN OF MANSFIELD, MA
MMED DEPRECIATION FUND
BANK STATEMENT ACTIVITY 7/96 - 12/06

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 12/29/2006 | 134,851.00 | | December depreciation | |
| 11/30/2006 | 134,851.00 | | November depreciation | |
| 11/2/2006 | 134,851.00 | | October depreciation | |
| 11/30/2006 | 8,988.89 | | Interest | |
| 10/31/2006 | 8,758.70 | | Interest | |
| 9/28/2006 | 134,851.00 | | September depreciation | |
| 9/29/2006 | 8,129.52 | | Interest | |
| 8/3/2006 | 136,317.00 | | July depreciation | |
| 8/31/2006 | 134,851.00 | | August depreciation | |
| 8/31/2006 | 7,752.67 | | Interest | |
| 7/31/2006 | 7,048.91 | | Interest | |
| 6/13/2006 | 126,854.00 | | May depreciation | |
| 6/29/2006 | 126,854.00 | | June depreciation | |
| 6/30/2006 | 5,592.67 | | Interest | |
| 5/31/2006 | 5,397.97 | | Interest | |
| 4/4/2006 | 126,854.00 | | March depreciation | |
| 4/28/2006 | 126,854.00 | | April depreciation | |
| 4/28/2006 | 4,443.07 | | Interest | |
| 3/9/2006 | 126,854.00 | | February depreciation | |
| 3/31/2006 | 3,757.47 | | Interest | |
| 2/2/2006 | 126,854.00 | | January depreciation | |
| 2/28/2006 | 2,869.50 | | Interest | |
| 1/18/2006 | | (500,000.00) | Transfer to operating cash to cover MMWEC bill due 1/20/06. (advance on warrant dated 1/24/06) | Yes |
| 1/31/2006 | 3,791.58 | | Interest | |
| 12/29/2005 | 126,854.00 | | December depreciation | |
| 12/5/2005 | 126,854.00 | | November depreciation | |
| 12/30/2005 | 3,699.29 | | Interest | |
| 11/30/2005 | 3,082.84 | | Interest | |
| 10/31/2005 | 2,398.75 | | Interest | |
| 10/27/2005 | 126,854.00 | | October depreciation | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 10/4/2005 | | (95,745.63) | Transfer to operating cash to cover final payment for Gilbert Street substation to Mass Electric | Yes |
| 10/4/2005 | 126,854.00 | | September depreciation | |
| 9/30/2005 | 2,170.99 | | Interest | |
| 8/23/2005 | 121,172.74 | | August depreciation | |
| 8/31/2005 | 1,990.05 | | interest | |
| 7/28/2005 | 121,172.74 | | July depreciation | |
| 7/19/2005 | | (400,000.00) | Transfer to acct #62-2425 | yes |
| 7/14/2005 | | (500,000.00) | Transfer to acct #62-2425 | yes |
| 7/29/2005 | 3,085.72 | | interest | |
| 6/23/2005 | 121,172.74 | | June depreciation | |
| 6/30/2005 | 3,713.00 | | interest | |
| 5/26/2005 | 121,172.74 | | May depreciation | |
| 5/12/2005 | 121,172.74 | | depreciation | |
| 5/31/2005 | 3,389.52 | | interest | |
| 4/19/2005 | 218,542.94 | | depreciation | |
| 4/29/2005 | 2,303.70 | | interest | |
| 3/22/2005 | 144,975.28 | | depreciation | |
| 3/31/2005 | 1,860.82 | | interest | |
| 2/28/2005 | 1,557.25 | | interest | |
| 1/31/2005 | 1,545.64 | | interest | |
| 12/31/2004 | 1,397.71 | | interest | |
| 11/30/2004 | 1,239.95 | | interest | |
| 10/29/2004 | 978.45 | | interest | |
| 9/30/2004 | 949.81 | | interest | |
| 8/26/2004 | 91,556.11 | | depreciation | |
| 8/31/2004 | 828.79 | | interest | |
| 7/2/2004 | | (300,000.00) | Transfer to operating account | yes |
| 7/12/2004 | | (400,000.00) | Transfer to operating account | yes |
| 7/30/2004 | 933.70 | | interest | |
| 6/3/2004 | | (500,000.00) | Transfer to operating account | yes |
| 6/30/2004 | 1,886.60 | | interest | |
| 5/4/2004 | 91,556.11 | | depreciation | |
| 5/28/2004 | 2,051.45 | | interest | |
| 4/12/2004 | 91,556.11 | | depreciation | |
| 4/30/2004 | 2,059.69 | | interest | |
| 3/31/2004 | 2,191.49 | | interest | |
| 2/5/2004 | 91,556.00 | | depreciation | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 2/27/2004 | 91,556.00 | | depreciation | |
| 2/27/2004 | 1,735.06 | | interest | |
| 1/22/2004 | 91,556.00 | | depreciation | |
| 1/30/2004 | 1,692.84 | | interest | |
| 12/1/2003 | 91,556.00 | | depreciation | |
| 12/8/2003 | 1,154,964.10 | | Includes $1,061.28 of Interest | Offset to 11/20 borrowing plus Interest |
| 12/24/2003 | 91,556.11 | | depreciation | |
| 12/31/2003 | 1,314.03 | | interest | |
| 11/20/2003 | | (898,038.64) | payment voucher | Borrowing against fund |
| 11/20/2003 | | (255,864.18) | payment voucher | Borrowing against fund |
| 11/28/2003 | 939.12 | | interest | |
| 10/1/2003 | 300,000.00 | | Principal payback on 9/19/03 borrowing | Paid back from 9/19/03 borrowing |
| 10/30/2003 | 91,556.11 | | depreciation | |
| 10/31/2003 | 1,401.61 | | interest | |
| 9/18/2003 | | (200,000.00) | wire | Yes |
| 9/19/2003 | | (300,000.00) | wire | Borrowing against fund |
| 9/25/2003 | 91,556.11 | | depreciation | |
| 9/30/2003 | 1,390.22 | | interest | |
| 8/29/2003 | 91,556.11 | | depreciation | |
| 8/29/2003 | 1,400.38 | | interest | |
| 7/17/2003 | | (200,000.00) | transfer | Yes |
| 7/31/2003 | 1,629.84 | | interest | |
| 6/6/2003 | 91,556.11 | | depreciation | |
| 6/26/2003 | 91,556.11 | | depreciation | |
| 6/30/2003 | 1,728.19 | | interest | |
| 5/1/2003 | 91,556.11 | | depreciation | |
| 5/16/2003 | | (300,000.00) | Transfer to operating acct. | yes |
| 5/30/2003 | 1,847.83 | | interest | |
| 4/8/2003 | 91,556.11 | | depreciation | |
| 4/30/2003 | 1,913.96 | | interest | |
| 3/7/2003 | 91,556.11 | | depreciation | |
| 3/31/2003 | 1,845.26 | | interest | |
| 2/27/2003 | 2,797.24 | | Interest from 11/7/02 & 11/21/02 borrowing | |
| 2/28/2003 | 1,651.27 | | interest | |
| 1/31/2003 | 91,556.11 | | depreciation | |
| 1/31/2003 | 1,816.08 | | interest | |
| 12/20/2002 | 91,556.11 | | depreciation | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 12/20/2002 | 850,000.00 | | Pd back from 11/7/02 borrowing and $50k from 11/21/02 | |
| 12/31/2002 | 91,556.11 | | depreciation | |
| 12/31/2002 | 612.85 | | Interest | |
| 11/7/2002 | | (800,000.00) | Borrowing against fund | $300k borrowed against fund |
| 11/7/2002 | | (550,000.00) | Closing costs for condos | yes |
| 11/14/2002 | 91,556.11 | | depreciation | |
| 11/21/2002 | | (550,000.00) | Borrowing against fund | Yes |
| 11/29/2002 | 1,020.01 | | interest | |
| 10/25/2002 | 91,556.11 | | depreciation | |
| 10/31/2002 | 2,937.73 | | Interest | |
| 9/9/2002 | 91,556.11 | | depreciation | |
| 9/30/2002 | 2,552.27 | | interest | |
| 8/8/2002 | 91,556.00 | | depreciation | |
| 8/26/2002 | 91,556.00 | | depreciation | |
| 8/30/2002 | 2,229.65 | | Interest | |
| 7/31/2002 | 2,324.13 | | Interest | |
| 6/13/2002 | 91,556.00 | | depreciation | |
| 6/28/2002 | 1,883.20 | | Interest | |
| 6/5/2002 | 1,252.64 | | Interest | |
| 5/2/2002 | 91,556.11 | | depreciation | |
| 5/17/2002 | 1,153.95 | | Interest | |
| 4/11/2002 | | (500,000.00) | wire transfer | yes |
| 4/30/2002 | 2,152.29 | | Interest | |
| 1/31/2002 | 63,257.86 | | depreciation | |
| 1/31/2002 | 2,306.15 | | Interest | |
| 2/28/2002 | 2,170.69 | | Interest | |
| 3/12/2002 | 91,000.00 | | depreciation | |
| 3/28/2002 | 28,854.36 | | Adjustment for January and February | |
| 3/29/2002 | 91,556.11 | | depreciation | |
| 3/30/2002 | 2,515.57 | | Interest | |
| 12/26/2001 | 126,515.72 | | depreciation | |
| 12/31/2001 | 2,367.49 | | Interest | |
| 11/8/2001 | | (500,000.00) | transfer | yes |
| 11/30/2001 | 2,804.33 | | Interest | |
| 10/5/2001 | 1,714,384.39 | | Transfer - mature CD | |
| 10/25/2001 | 63,257.86 | | depreciation | |
| 10/31/2001 | 3,399.57 | | Interest | |
| 9/19/2001 | 600,000.00 | | transfer | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|------|-------------|--------------|-------------|------------------------------|
| 9/19/2001 |  | (1,000,000.00) | wire transfer | Yes |
| 9/27/2001 | 63,257.86 |  | depreciation |  |
| 9/28/2001 | 1,713,384.92 |  | transfer - mature CD |  |
| 9/28/2001 |  | (1,731,384.92) | 7 day CD |  |
| 9/29/2001 | 741.11 |  | interest |  |
| 8/28/2001 | 63,257.86 |  | depreciation |  |
| 8/29/2001 | 2,307,091.67 |  | transfer - mature CD |  |
| 8/29/2001 |  | (2,307,091.67) | 30 Day CD |  |
| 8/31/2001 | 1,062.61 |  | interest |  |
| 7/12/2001 | 63,257.86 |  | depreciation |  |
| 7/30/2001 | 2,307,229.03 |  | 7,229 interest, mature CD |  |
| 7/30/2001 |  | (2,300,000.00) | 30 day CD |  |
| 7/31/2001 | 957.58 |  | interest |  |
| 6/14/2001 | 63,257.86 |  | depreciation |  |
| 6/14/2001 | 2,006,666.67 |  | Mature CD |  |
| 6/14/2001 | 1,305,118.75 |  | Mature CD |  |
| 6/14/2001 |  | (3,300,000.00) | 15 day CD |  |
| 6/29/2001 | 3,305,293.75 |  | Mature CD |  |
| 6/29/2001 |  | (2,300,000.00) | 31 day CD |  |
| 6/29/2001 |  | (1,000,000.00) | wire transfer | yes |
| 6/30/2001 | 756.45 |  | Interest |  |
| 5/3/2001 | 63,257.86 |  | depreciation |  |
| 5/10/2001 | 901,512.00 |  | Mature CD |  |
| 5/10/2001 |  | (1,300,000.00) | 35 day CD |  |
| 5/14/2001 | 2,008,533.34 |  | Mature CD |  |
| 5/15/2001 |  | (2,000,000.00) | 30 Day CD |  |
| 5/17/2001 | 63,257.86 |  | depreciation |  |
| 5/24/2001 | 63,257.86 |  | depreciation |  |
| 5/31/2001 | 63,257.86 |  | depreciation |  |
| 5/31/2001 | 782.88 |  | Interest |  |
| 4/5/2001 | 1,902,237.25 |  | mature cd |  |
| 4/5/2001 |  | (1,000,000.00) | 7 day cd |  |
| 4/5/2001 |  | (900,000.00) | 21 day cd |  |
| 4/12/2001 | 2,003,632.22 |  | mature cd |  |
| 4/12/2001 |  | (2,000,000.00) | 32 day cd |  |
| 4/12/2001 | 1,000,913.89 |  | mature cd |  |
| 4/12/2001 |  | (1,000,000.00) | wire transfer |  |
| 4/26/2001 | 902,457.00 |  | mature cd |  |
| 4/26/2001 |  | (900,000.00) | 14 day cd |  |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 4/30/2001 | 1,113.62 | | interest | |
| 3/5/2001 | 1,910,976.65 | | mature cd | |
| 3/5/2001 | | (1,900,000.00) | 14 day cd | |
| 3/14/2001 | 2,008,750.00 | | mature cd | |
| 3/14/2001 | | (2,000,000.00) | 15 day cd | |
| 3/19/2001 | 63,257.86 | | depreciation | |
| 3/20/2001 | 1,904,077.08 | | mature cd | |
| 3/20/2001 | | (1,900,000.00) | 7 day cd | |
| 3/27/2001 | 1,901,721.61 | | mature cd | |
| 3/27/2001 | | (1,900,000.00) | 9 day cd | |
| 3/29/2001 | 2,004,166.67 | | mature cd | |
| 3/29/2001 | | (2,000,000.00) | 14 day cd | |
| 3/31/2001 | 978.61 | | interest | |
| 2/12/2001 | 2,016,632.78 | | mature cd | |
| 2/12/2001 | | (2,000,000.00) | 30 day cd | |
| 2/26/2001 | 1,909,113.14 | | mature cd | |
| 2/26/2001 | | (1,909,113.14) | 7 day cd | |
| 2/28/2001 | 758.76 | | interest | |
| 1/26/2001 | 1,910,085.83 | | mature cd | |
| 1/26/2001 | | (1,900,000.00) | 31 day cd | |
| 1/31/2001 | 801.33 | | interest | |
| 12/27/2000 | 3,967,428.29 | | mature cd | |
| 12/27/2000 | | (2,000,000.00) | 47 day cd | |
| 12/27/2000 | | (1,900,000.00) | 30 day cd | |
| 12/28/2000 | | (1,000,000.00) | wire transfer | Yes |
| 12/30/2000 | 4,248.75 | | interest | |
| 11/30/2000 | 4,579.08 | | interest | |
| 10/31/2000 | 4,568.49 | | interest | |
| 9/28/2000 | 4,404,084.52 | | mature cd | |
| 9/28/2000 | | (3,904,084.52) | 90 day cd | |
| 9/30/2000 | 2,426.10 | | interest | |
| 8/31/2000 | 2,270.82 | | interest | |
| 7/27/2000 | 58,541.25 | | depreciation | |
| 7/31/2000 | 2,086.57 | | interest | |
| 6/8/2000 | 58,541.25 | | depreciation | |
| 6/30/2000 | 309,073.75 | | mature cd | |
| 6/30/2000 | 4,024,588.76 | | mature cd | |
| 6/30/2000 | | (4,333,662.51) | 90 day cd | |
| 6/30/2000 | 1,818.77 | | interest | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 5/4/2000 | 58,541.25 | | depreciation | |
| 5/11/2000 | 117,082.50 | | depreciation | |
| 5/31/2000 | 1,574.85 | | interest | |
| 4/29/2000 | 1,087.08 | | interest | |
| 3/13/2000 | 58,541.25 | | depreciation | |
| 3/31/2000 | 1,043.00 | | interest | |
| 2/29/2000 | 859.27 | | interest | |
| 1/19/2000 | 58,541.25 | | depreciation | |
| 1/19/2000 | 61,436.34 | | depreciation | |
| 1/31/2000 | 680.20 | | interest | |
| 12/27/1999 | 3,902,600.00 | | mature cd | |
| 12/27/1999 | | (3,902,600.00) | 186 day cd | |
| 12/30/1999 | 61,439.33 | | depreciation | |
| 12/30/1999 | | (300,000.00) | 183 day cd | |
| 12/30/1999 | 111,286.33 | | depreciation | |
| 12/31/1999 | 912.52 | | interest | |
| 11/30/1999 | 907.10 | | interest | |
| 10/30/1999 | 934.16 | | interest | |
| 9/17/1999 | 49,847.00 | | depreciation | |
| 9/30/1999 | 813.95 | | interest | |
| 8/12/1999 | 49,847.00 | | depreciation | |
| 8/31/1999 | 699.58 | | interest | |
| 7/31/1999 | 588.33 | | interest | |
| 6/24/2000 | 49,847.00 | | depreciation | |
| 6/30/2000 | 3,416,897.95 | | mature cd | |
| 6/30/2000 | | (3,800,000.00) | 180 day cd | |
| 6/30/2000 | 1,655.80 | | interest | |
| 5/26/1999 | 49,847.00 | | depreciation | |
| 5/28/1999 | 49,847.00 | | depreciation | |
| 5/29/1999 | 1,425.96 | | interest | |
| 4/8/1999 | 99,694.00 | | depreciation January & Feb | |
| 4/15/1999 | 49,847.00 | | depreciation March | |
| 4/30/1999 | 1,170.29 | | interest | |
| 3/31/1999 | 856.42 | | interest | |
| 2/27/1999 | 771.17 | | interest | |
| 1/30/1999 | 850.90 | | interest | |
| 12/3/1998 | 49,847.00 | | depreciation | |
| 12/31/1998 | 1,832,290.19 | | mature cd | |
| 12/31/1998 | | (3,332,290.19) | 181 day cd | |

| DATE | TRANSFER IN | TRANSFER OUT | DESCRIPTION | Authorization/ Pymnt Voucher |
|---|---|---|---|---|
| 12/31/1998 | 6,464.87 | | interest | |
| 11/10/1998 | 772,777.24 | | depreciation | |
| 11/30/1998 | 5,282.39 | | interest | |
| 10/30/1998 | 49,847.00 | | depreciation | |
| 10/31/1998 | 3,250.81 | | interest | |
| 9/8/1998 | 49,847.00 | | depreciation | |
| 9/8/1998 | 49,847.00 | | depreciation | |
| 9/30/1998 | 3,094.43 | | interest | |
| 6/18/1998 | 149,541.00 | | depreciation | |
| 6/30/1998 | 2,284.45 | | interest | |
| 5/30/1998 | 2,104.89 | | interest | |
| 3/31/1998 | 2,089.15 | | interest | |
| 2/28/1998 | 1,880.48 | | interest | |
| 9/30/1997 | 1,977.22 | | interest | |
| 8/30/1997 | 2,035.35 | | interest | |
| 7/31/1997 | 2,027.60 | | interest | |
| 6/19/1997 | 447,935.00 | | start of depreciation, lump sum deposit | |
| 6/30/1997 | 964.58 | | interest | |
| 5/31/1997 | 310.75 | | interest | |
| 4/30/1997 | 299.62 | | interest | |
| 2/28/1997 | 277.82 | | interest | |
| 3/31/1997 | 308.43 | | interest | |
| 1/31/1997 | 306.20 | | interest | |
| 12/31/1996 | 305.03 | | interest | |
| 11/30/1996 | 294.10 | | interest | |
| 10/31/1996 | 302.75 | | interest | |
| 9/30/1996 | 279.41 | | interest | |
| 8/31/1996 | 287.23 | | interest | |
| 7/12/1996 | 1,678,463.00 | | deposit new account | |
| 7/12/1996 | | (1,600,000.00) | cd | |
| 7/31/1996 | 184.87 | | interest | |

# EXHIBIT 3

# Robert L. Guaraldi

| | |
|---|---|
| Current | 2000 – Present   @Ilmarin, LLC President and Co-Founder Londonderry, NH |

@Ilmarin provides consulting services.  Mr. Guaraldi focuses his effort is on technical support for litigation including forensic evidence recovery.  Engagements he has been involved in include:

- Convert over 1 million documents in image format to searchable text.  Searched result set to find evidence in a contract dispute resulting in a favorable settlement.
- Devised techniques to convert foreign language documents into English for evidence searches.
- Provided forensic discovery on hard drives found in desktops and laptops in various cases recovering "erased" email, temporary and intermediate files.
- Provided analysis of video surveillance files.
- Drafted sample discovery requests for electronic data in individual labor and harassment cases.
- IT process assessment for the Londonderry School District.

| | |
|---|---|
| Other Experience | 1982-2000    Valinor Inc.   Manchester, NH |

President and Founder

- Founded Valinor in 1982. Focused company on Networking, System Integration and Email at infancy of the industry.

- First or Second 3Com reseller of PC Networking cards. As 3Com developed their line of networking products Guaraldi led Valinor in sales to Fortune 100 companies including entire national and international LAN / WAN roll - outs. Circa 1984

- One of first resellers of Microsoft LAN Manager – Valinor's Guaraldi sold the second copy and received

recognition from Bill Gates at a public conference.

- Valinor was listed on the LAN 100 for LAN Magazine in 1992 and appeared in the top 100 in other years.

- Grew company to be a strong Microsoft Solution Provider Partner and consultancy in the Northeast with 85 senior consultants and over $9,000,000 revenue. Developed and maintained a strong relationship with Microsoft district offices and corporate.

- Successfully reinvented the company three times:

  - from a small, service based company to multi-million dollar reseller of hardware, services and software including software developed internally and sold by companies like 3Com.

  - from a reseller of products and services to a consultancy and training company only incidentally selling products.

  - from a multi-million dollar consultancy to a subsidiary of a multi-billion dollar NYSE company emphasizing internal growth across the spectrum of services and products in the Valinor subsidiary, the Technology Services Division and all other parts of the company.

- Expanded company to include offices in Manchester, NH; NYC, NY; Clifton, NJ; Waltham, MA; Bellevue / Kirkland, WA; and Atlanta, GA.

- Generated approximately $2.4 million in profit in one year.

- Delivered consulting services in Systems Integration, education and development for Fortune 100 major projects and to Microsoft corporate.

- Provided vast amounts of personal consulting billings on a wide range of technical / business projects including:

  - Facilitated the LAN Standards Committee for Mashusita Electric Corp of America.

- Trained Microsoft Employees on PSS Exchange 5.0 and 5.5 course.

- Acted as Technical Manager for Pan European project at AIG.

- Billable member of Technology Advisory Board at AIG Domestic Brokerage

- Negotiated and delivered strategic acquisition of Valinor to a NYSE company.

- Negotiated strategic partnership between Microsoft and the company that acquired Valinor. Acted as the liaison to Microsoft for that company designing and implementing the partnership for almost 2 years.

**Education**

- 1969-1973 Boston College Chestnut Hill, MA B.A. in Psychology. Honors Program. Graduated with Honors.
- Microsoft Certified: LAN Manager Network Administration, SQL Server Database Implementation, SQL Server Database Administration, Exchange 5.0, Exchange 5.5
- IBM Technical Assistant, 3Com Internetworking Wizard
- Microsoft Certified Professional (from circa 1995 – 2001)
- Microsoft PSS Certified Instructor for Exchange 5.0 and 5.5 TEP Class. One of fewer than ten people allowed this Exchange certification in the first two years of its existence.

**Interests**

Carpentry, Writing, Reading, Photography, Yoga.

Co Chair Property Committee at St. Peter's Church Londonderry, NH 2002- June 2004

Londonderry School District Curriculum and Technology Steering Committee member 1998, 1999 & 2002-2006.

Member Londonderry Cable Refranchise Committee circa 1999

**Industry Exposure**

- Lead author on Exchange 5.5 Secrets Book ISBN 0-7645-

8018-3 published by IDG Books 1998 and later translated into German and Japanese

- Lead Author on Exchange 2000 Server Administrator's Bible ISBN 0-7645-4782-8 published by Hungry Minds in 2001.

- Spoke at industry technical conferences including the first Microsoft TechEd, Fist Microsoft Educational Roundtable, Networld Boston, Microsoft Explorer, Networld/Interop, First AP Sloane Foundation International Conference on Asynchronous Education and numerous others.

- Acted as technical panel moderator at Networld Boston, Networld Dallas, Microsoft Explorer, Networld/Interop and many others.

- Acted as member of various advisory boards including: 3Com Network System Integrator Council, the NetWorld Boston Advisory Board, the Microsoft Solutions Partners Advisory Council, and the Microsoft Educational Services Advisory Board.

- Connect Magazine (owned by 3Com) editorial review board and contributing author.

# EXHIBIT 4

# @Ilmarin, LLC

@Ilmarin, LLC
123 Nashua Road, PMB 294
Londonderry, NH 03053
FAX: (603) 437-2798

# FORENSIC DISCOVERY REPORT

### Case: Beliveau vs. Mansfield

### By: Robert L. Guaraldi, President @Ilmarin, LLC

1

I was retained by the law firm of Brody, Hardoon Perkins & Kesten, LLP,

in 2006 to assist in the examination of computers and the recovery of data.

## 1. Evidence Procurement

On March 9, 2006, Robert L. Guaraldi of @Ilmarin, LLC received the following evidence:

- CD-Rs

- Email Archives Jan, Feb, Mar, April, May, June, July, Aug, Sept, Oct, Nov, Dec 2003

- Email Archive Jan, Feb, Mar, April, June (says Bad), July, Aug, Sept, Oct, Nov, Dec 2004,

- Email Archive Jan, Feb, Mar, April, May, Jun, July, Aug&Sept, Oct&Nov, Dec 2005

- G Babin email and G Babin email TOM 2/9/2006

- DAT Tapes
  - Mon 02
  - Wed 02
  - Tues 02
  - Tues (says 6/6/2000 & 8/8/00)

- Hard Drives

- Seagate 3HR0EV8V

- Western Digital Caviar 22100 WD AC22100-75H

- Computers

  - Tungsten Palm pilot
  - Gateway Laptop

- Not Taken by Guaraldi

  - Imation Data cartridge - Labeled w/ Northern Data Systems 207-781-3236 - Mansfield elect Light Dept Wednesday backup

Subsequently additional CDR's were provided and the same process was followed. The CDRs were named:

2

- Town of Mansfield Email Old 3/1/06
- Eileen email from E Drive
- Mansfield emails from Town Hall.

The ones that could be copied were. The files on the copies were copied to hard drives where possible and the PST files were opened and processed where possible.

To assist all parties in communication Guaraldi labeled each CDR copy as a copy, each Original as an Original and numbered them sequentially somewhat by date as Mansfield CDR 001, 002, 003, etc.

Originals of all CDRs were returned to BHPK to make them available to the opposition.

## 2.    Evidence Processing

I processed the evidence received in the following manner.

- CD-Rs

Guaraldi attempted to copy all the CD-Rs using multiple machines and both CDR and DVD drives.   Some could not be copied.  Some that could be copied could not be read.  Some that could be read had damaged or unrecognizable PST files.  A table of results is provided below.

**CD R analysis**

**Ilimarin, LLC**

| Evidence Number | Months of Expected Email Archives | CDRs as Labeled | Bad or Blank CDR's | Captured PSTs & Size | Able to be opened as PSTs | Not a PST File error msg | Copiable but some CRC or Unrecoverable read errors | Comments |
|---|---|---|---|---|---|---|---|---|
| Mansfield CDR 001 | Jan-03 | 1 | | 407481 | X | | | |
| Mansfield CDR 002 | Feb-03 | 1 | | 406896 | | X | | |
| Mansfield CDR 003 | Mar-03 | 1 | | 483152 | X | | | |
| Mansfield CDR 004 | Apr-03 | 1 | | 655584 | | X | | |
| Mansfield CDR 005 | May-03 | 1 | | 733472 | X | | | |
| Mansfield CDR 006 | Jun-03 | 1 | | 490384 | | X | | |
| Mansfield CDR 007 | second jun 2003 | | | 162144 | | X | | |
| Mansfield CDR 008 | Jul-03 | 1 | | 645248 | | X | | |
| Mansfield CDR 009 | Aug-03 | | 1 | | | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| Mansfield CDR 010 | Sep-03 | 1 | 732320 | X | |
| Mansfield CDR 011 | Oct-03 | | 765808 | X | |
| Mansfield CDR 012 | Nov-03 | 1 | 803632 | X | |
| Mansfield CDR 013 | Dec-03 | 1 | | | |
| Mansfield CDR 014 | Jan-04 | 1 | 938112 | X | |
| Mansfield CDR 015 | Feb-04 | 1 | 908560 | X | |
| Mansfield CDR 016 | Mar-04 | 1 | 932304 | X | |
| Mansfield CDR 017 | Apr-04 | 1 | 907520 | X | |
| Mansfield CDR 018 | May-04 | MISSING | | | No known original |
| Mansfield CDR 019 | Jun-04 | 1 | | | |
| Mansfield CDR 020 | Jul-04 | 1 | | | |
| Mansfield CDR 021 | Aug-04 | 1 | | | |
| Mansfield CDR 022 | Sep-04 | 1 | | | |
| Mansfield CDR 023 | Oct-04 | 1 | | | |
| Mansfield CDR 024 | Nov-04 | 1 | | | |
| Mansfield CDR 025 | Dec-04 | 1 | | | Blank |
| Mansfield CDR 026 | Jan-05 | 1 | | | |
| Mansfield CDR 027 | Feb-05 | 1 | | | |
| Mansfield CDR 028 | Mar-05 | 1 | 115089 | X | |
| Mansfield CDR 029 | Apr-05 | 1 | 115089 | X | |
| Mansfield CDR 030 | May-05 | 1 | | | Blank |
| Mansfield CDR 031 | Jun-05 | 1 | | | |
| Mansfield CDR 032 | Jul-05 | 1 | 182545 | X | |
| Mansfield CDR 033 | Aug-05 | 1 | comb w sept | | 033 & 034 on same CDR |
| Mansfield CDR 034 | Sep-05 | 1 | 255953 | X | 033 & 034 on same CDR |
| Mansfield CDR 035 | Oct-05 | 1 | comb w Nov | | 035 & 036 on same CDR |
| Mansfield CDR 036 | Nov-05 | 1 | 311505 | X | 035 & 036 on same CDR |
| Mansfield CDR 037 | Dec-05 | 1 | 261905 | X | |
| Mansfield CDR 038 | | | | | |
| Mansfield CDR 039 | G Babin | | 7209 | X | |
| Mansfield CDR 040 | TOM 2/7/06 | 1 | 230161 | X | bea |
| | | | 132945 | X | richard |
| | | | 144849 | X | john |
| | | | 513 | X | selectmen |
| Mansfield CDR 041 | Mansfield Email from Town Hall | | | | 050113-0943 |
| Mansfield CDR 042 | Eileen Email from E Drive | | | | 32806 |
| Mansfield CDR 043 | Town of Mansfield Email Old 3/1/06 | | | | |

4

Guaraldi copied all viable PST files to a local hard drive, altered their attributes and mounted them in Outlook.

Subsequently Guaraldi and attorneys at BHPK ran searches against the copies, redacted certain mails, provided copies of redacted email to opposition counsel and provided header information on redacted email to opposition.

- DAT Tapes
  - Mon 02
  - Wed 02
  - Tues 02
  - Tues (says 6/6/2000 & 8/8/00)

To date, hardware and software has not been available to recover any data from the DAT drives.

DAT tapes were returned to BHPK .

- Hard Drives

  - Seagate 3HR0EV8V

  - Western Digital Caviar 22100 WD AC22100-75H

Hard drives were mounted in an XP Pro system as subsidiary drives. Forensic Level copies were then made onto fresh hard drives.

Tests were run on the copies including anti virus, search and unerase. Copies were refreshed from the originals as required.

Files found and search results were copied to other drives for subsequent processing.

Originals were returned to BHPK to make them available to the opposition.

- Computers
  - Tungsten Palm pilot

The Pilot had lost all of its battery power and was not reconnected to the laptop. The tungsten was returned to BHPK to make it available to the opposition counsel.

  - Gateway Laptop

The laptop was booted. Files were copied off of it and moved to other drives where they could be opened and reviewed.

5

The laptop drive was removed and mounted in an XP Pro system. It was forensically copied. The copy was scanned for viruses, unerased and searched. Files found were moved to other machines. The cloned drive was reinserted in the laptop and booted. Screen captures were made of certain areas. The cloned drive was refreshed as necessary. The original drive was reinstalled and the laptop was returned to BHPK to make it available to the opposition counsel.

From my review I will be able to testify when documents were created as well as when certain documents contained on the above computers were modified.