UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10354DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| | ) |
| Plaintiff | ) |
| VS. | ) |
| | ) |
| THE MANSFIELD MUNICIPAL | ) |
| ELECTRIC DEPARTMENT, JOHN | ) |
| D'AGOSTINO, TOWN OF MANSFIELD | ) |
| BOARD OF LIGHT COMMISSIONERS, | ) |
| LOUIS AMORUSO, MICHAEL McCUE, | ) |
| DAVID McCARTER, DANIEL | ) |
| DONOVAN, ROGER ACHILLE and | ) |
| STEVEN MacCAFFRIE, | ) |
| | ) |
| Defendants | ) |

### DEFENDANTS LOU AMORUSO, MICHAEL MCCUE, DAVID MCCARTER, DANIEL DONOVAN, ROGER ACHILLE AND STEVEN MACCAFFRIE'S MOTION FOR SUMMARY JUDGMENT

The Defendants, Lou Amoruso, Michael McCue, David McCarter, Daniel Donovan, Roger Achille and Steven MacCaffrie hereby move for summary judgment as to all the Plaintiff's claims against them. In support of their Motion, the Defendants attach an accompanying Memorandum of Law and Statement of Undisputed Material Facts with supporting exhibits.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Deborah I. Ecker
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

1

        /s/ Susan Jacobs
        Susan Jacobs, Esq.
        Volterra, Goldberg & Jacobs
        Three Mill Street
        Attleboro, MA 02703
        (508) 222-1463

DATED: February 28, 2007