UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY STOYLE,
        Plaintiff

v.

THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE AND STEVEN MacCAFFRIE,
        Defendants

C.A. No. 05-10354-DPW

CONSOLIDATED WITH
C.A. No. 04-11329-DPW

DR. JOHN BELIVEAU,
        Plaintiff

v.

TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,
        Defendants

### PLAINTIFF KIMBERLY STOYLE'S OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DISCOVERY

Plaintiff Kimberly Stoyle opposes Defendant's Emergency Motion to Extend the Discovery Period to Take the Deposition of George Dentino. As grounds therefore, Plaintiff states the following:

1

1. The parties agreed to extend discovery for very limited purposes until May 11, 2007. (See Motion To Extend Discovery attached hereto). Defendant failed to schedule the deposition of George Dentino within the agreed upon time period.

2. The scheduling of Mr. Dentino's deposition on May 30, 2007 in close proximity to the time of trial prejudices plaintiff in that it detracts from valuable time needed for trial preparation. Moreover, defendant had the opportunity to interview Mr. Dentino informally on April 20, 2007. Therefore, the denial of defendant's Motion causes no prejudice to the defendant.

Respectfully submitted,
PLAINTIFF
Kimberly Stoyle
By her Attorney,

/s/ Lynn A. Leonard

Lynn A. Leonard
Attorney At Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161
B.B.O. No. 561662

Dated: May 14, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY STOYLE,<br>    Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC<br>DEPARTMENT, JOHN D'AGOSTINO,<br>THE TOWN OF MANSFIELD BOARD OF<br>LIGHT COMMISSIONERS, LOUIS AMORUSO,<br>MICHAEL MCCUE, DAVID MCCARTER,<br>DANIEL DONOVAN, ROGER ACHILLE<br>and STEVEN MACCAFFRIE,<br>    Defendants | C.A. No. 05-10354-DPW |
|  | CONSOLIDATED WITH |
| DR. JOHN BELIVEAU,<br>    Plaintiff<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT and<br>JOHN D'AGOSTINO,<br>    Defendant | C.A. No. 04-11329 |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above-referenced matters hereby move that the Court 1) grant the parties until May 11, 2007, to conduct or conclude depositions of fact witnesses for depositions noticed prior to March 30, 2007; 2) grant the parties until April 17, 2007, to supplement their initial expert disclosures as to witnesses previously identified, except that Beliveau may designate a substitute

- Page One of Three -

actuary expert witness in place of the actuary initially identified; and 3) extend the deadline for deposition of experts to May 11, 2007.

As reason for this motion, the parties state that depositions of certain fact witnesses have been noticed but not conducted or completed by the current deadline due to the schedules of the attorneys, the schedules of the deponents, and other scheduling conflicts. In addition, in the interests of judicial economy, the parties agree to extend the time within which initial expert disclosures may be supplemented with respect to expert witnesses previously identified and to permit Beliveau to designate a substitute actuary in place of the actuary identified initially and to extend the deadline for depositions of those experts until after the date for supplementation of the initial expert disclosures.

| | |
|---|---|
| The Plaintiff,<br>Dr. John J. Beliveau<br>By His Attorneys | The Plaintiff,<br>Kimberly Stoyle<br>By Her Attorney |
| Wolfe, Block, Schorr and Solis-Cohen, LLP | |
| /s/ Juliane Balliro | /s/ Lynn A. Leonard |
| Juliane Balliro, BBO No. 028010<br>Christine M. Griffin, BBO No. 651401<br>One Boston Place<br>Boston, MA 02108<br>617-226-4000 | Lynn A. Leonard, BBO No. 561662<br>527 Main Street, Suite 8<br>Melrose, MA 02176<br>(781) 662-6161 |

| | |
|---|---|
| The Defendants,<br>The Town of Mansfield<br>Municipal Electric Department and<br>John O. D'Agostino<br><br>Brody, Hardoon, Perkins & Kesten, LLP<br><br><br>/s/ Leonard H. Kesten<br>_____<br>Leonard H. Kesten, BBO No. 542042<br>Deborah I. Ecker, BBO No. 554623<br>One Exeter Plaza<br>Boston, MA  02116<br>(617) 880-7100 | The Defendants,<br>The Town of Mansfield Board of<br>Light Commissioners, Louis Amoruso,<br>Michael McCue, David McCarter,<br>Daniel Donovan, Roger Achille,<br>and Steven MacCaffrie<br><br>Brody, Hardoon, Perkins & Kesten, LLP<br><br>/s/ Leonard H. Kesten<br>_____<br>Leonard H. Kesten, BBO No. 542042<br>Deborah I. Ecker, BBO No. 554623<br>One Exeter Plaza<br>Boston, MA  02116<br>(617) 880-7100 |

Volterra, Goldberg & Jacobs
Law Counsellors, Inc.


/s/ Susan Jacobs
_____
Susan Jacobs, BBO No. 554875
Three Mill Street
Attleboro, MA  02703
(508) 222-1463


Dated:  March 30, 2007