UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE,<br>    Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE AND STEVEN MacCAFFRIE,<br><br>    Defendants | **C.A. No. 05-10354-DPW** |
| | **CONSOLIDATED WITH**<br>**C.A. No. 04-11329-DPW** |
| DR. JOHN BELIVEAU,<br>    Plaintiff<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br>    Defendants | |

### PLAINTIFF KIMBERLY STOYLE'S MOTION TO DISMISS

Now Comes plaintiff, Kimberly Stoyle, in the above-referenced matter and respectfully requests that this Honorable Court dismiss the following Counts from her Complaint:

1

**Count III** - Aiding and Abetting against Louis Amoruso, Michael McCue, David McCarter, Daniel Donovan, Roger Achille and Steven McCaffrie, Individually.  Ms Stoyle intends to pursue this claim against the Board of Light Commissioners.

**Count IV** - Aiding and Abetting against Louis Amoruso, Michael McCue, David McCarter, Daniel Donovan, Roger Achille and Steven McCaffrie, Individually.  Ms Stoyle intends to pursue this claim against the Board of Light Commissioners.

**Count VII** - M.G.L. c. 12 §§ H, I in its entirety.

**Count VIII** - Constructive Discharge in its entirety.

**Count IX** - Wrongful Discharge in its entirety.

**Count X** - Intentional Infliction of Emotional Distress in its entirety.

**Count XII** - Negligent Retention/Supervision in its entirety.  With leave of Court, Ms Stoyle intends to pursue a claim for Intentional Failure to Supervise against the Board of Light Commissioners.

    Respectfully requested,
    Kimberly Stoyle
    By her Attorney


    /s/ Lynn A. Leonard

    _____
    Lynn A. Leonard
    Attorney At Law
    527 Main Street, Suite 8
    Melrose, MA  02176
    (781) 662-6161
    B.B.O. No. 561662

Dated:  June 14, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE,<br>　　　　　　　Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE AND STEVEN MacCAFFRIE,<br><br>　　　　　　　Defendants | **C.A. No. 05-10354-DPW** |

**CONSOLIDATED WITH**
**C.A No. 04-11329-DPW**

| | |
|---|---|
| DR. JOHN BELIVEAU,<br>　　　　　　　Plaintiff<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br>　　　　　　　Defendants | |

## RULE 7.1 CERTIFICATION

　　　　Pursuant to Local Rule 7.1, I hereby certify that I conferred with Attorneys Leonard H. Kesten, Juliane Balliro and Susan Jacobs on June 13, 2007.  All counsel assent to Plaintiff's Motion to Dismiss.

Respectfully submitted,
Kimberly Stoyle
By her Attorney


/s/ Lynn A. Leonard

_____
Lynn A. Leonard
Attorney At Law
527 Main Street, Suite 8
Melrose, MA  02176
(781) 662-6161
B.B.O. No. 561662

Dated:  June 14, 2007