05-10354UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11329DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU, | ) |
| Plaintiff | ) |
| VS. | ) |
| TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT AND JOHN D'AGOSTINO, | ) |
| Defendants | ) |

CONSOLIDATED WITH:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:  05-10354 DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| Plaintiff | ) |
| VS. | ) |
| THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE and STEVEN MacCAFFRIE, | ) |
| Defendants | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF STOYLE'S REQUEST TO SEEK LEAVE OF COURT TO AMEND HER COMPLAINT**

In her Opposition to the Defendants' Partial Motion for Summary Judgment and again in her Motion to Dismiss, the Plaintiff Kimberly Stoyle seeks leave of Court to amend her Complaint to add a claim for the Intentional Failure to Supervise against the Town of Mansfield Board of Light Commissioners.  The

1

Defendants hereby oppose the Plaintiff's Motion to Amend on the grounds that the Defendants are not aware of any such tort as "Intentional Failure to Supervise". Further, there is absolutely no basis for Ms. Stoyle to assert that the Board of Light Commissioners did anything as a body that would form the basis for such a claim. The uncontroverted evidence is that once Ms. Stoyle made her complaint, the Board retained an outside attorney to conduct an investigation. The Board thereafter relied on Town Counsel and Insurance defense counsel to deal with Ms. Stoyle's issues. There is no basis to allege that the Board intentionally did anything to Ms. Stoyle.

      Wherefore, the Defendants respectfully request that this Court deny Ms. Stoyle's request for leave of Court to amend her complaint to add a claim for the Intentional Failure to Supervise against the Board of Light Commissioners as there is no such claim. If the Court is inclined to allow the Plaintiff's Motion, the Defendants request that Ms. Stoyle be ordered to set forth the basis for any such claim and more importantly the theory of such a claim against the Board of Light Commissioners.

      Respectfully submitted,
The Defendants,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

/s/ Susan Jacobs
Susan Jacobs, Esq.
VOLTERRA, GOLDBERG & JACOBS
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

DATED: June 15, 2007

2

3