AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

KIMBERLY STOYLE

V.

MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 05-CV-10354-DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DOUGLAS P. WOODLOCK | Lynn Leonard | Leonard Keston, Deborah Ecker, Susan Jacobs |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/18/07-8/2/07 | PAMELA OWENS | JARRETT LOVETT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 6/21/07 | | | Kimberly Stoyle (witness) |
| X | | 6/22/07 | | | Ronald Decurzio (witness) |
| X | | 6/27/07 | | | Gary D'Ambra (witness) |
| X | | 6/27/07 | | | Daniel Donovan (witness) |
| X | | 6/28/07 | | | Dr. John J. Beliveau (witness) |
| X | | 6/29/07 | | | James F. Goulet (witness) |
| X | | 7/11/07 | | | Michael Gelbwasser (witness) |
| X | | 7/11/07 | | | Ralph Penney (witness) |
| X | | 7/11/07 | | | Thomas Tierney (witness) |
| | X | 7/11/07 | | | Robert Mangiaratti (witness) |
| | X | 7/12/07 | | | Sandy Larosse (witness) |
| | X | 7/12/07 | | | Laurie Anderson (witness) |
| | X | 7/12/07 | | | Gary Babin (witness) |
| | X | 7/13/07 | | | John D'Agostino (witness) |
| | X | 7/25/07 | | | Bea Kearney (witness) |
| | X | 7/31/07 | | | Lou Amoruso (witness) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**List of Admitted Trial Exhibits as of 8-1-2007**

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Plaintiffs | 6 | yes | yes | 064 | 7/1/1999 | Payroll Change Notice | Beliveau | 7/9/2007 |
| Plaintiffs | 7 | yes | yes | 277 | 7/7/1999 | Memo re: Salary Range Adjustment | Beliveau | 7/9/2007 |
| Plaintiffs | 8 | yes | yes | 005-008 | 7/7/1999 | Manager's Input Form | Beliveau | 7/9/2007 |
| Plaintiffs | 10 | yes | yes | 585-86, BELV 1741-53 | 10/12/1999; 10/8/1999 | Memo from Beliveau to Light Commissioners via D'Agostino re: Payment in Lieu of Taxes and Other Services; Memo from Kenneth Barna to JB re authority to make certain payments | Beliveau | 7/9/2007 |
| Plaintiffs | 12 | yes | yes | 3146-47 | 2/24/2000 | Memo from KS to JB re: hiring of financial assistant | Stoyle | 6/25/2007 |
| Plaintiffs | 14 | yes | yes | KS0340-48 | 7/5/2000 | Town Manager Contract | Donovan | 6/28/2007 |
| Plaintiffs | 16 | yes | yes | JBWORKEMAIL 0038673 | 10/18/2000 | Email from JD to KS Re: OUCH that must hurt! And attached audio file (on disc) | Stoyle | 6/26/2007 |
| Plaintiffs | 17 | yes | yes | 792 | 3/2/2001 | Email from JB to KS | Stoyle | 6/22/2007 |
| Plaintiffs | 18 | yes | yes | 793 | 3/2/2001 | Email from JB to KS | Stoyle | 6/22/2007 |
| Plaintiffs | 20 | yes | yes | JBWORKEMAIL 0013050-51, 348 | 5/2/2001 | Email Stream Re: Personnel Matter (letter for Brad Wills); Letter from JD to JB (re: letter for Brad Wills) | Beliveau | 7/9/2007 |
| Plaintiffs | 21 | yes | yes | 2093-96 | 6/26/2001 | Memo to BOLC from JB | Beliveau | 7/9/2007 |
| Plaintiffs | 22 | yes | yes | BOS 1087-1096 | 7/9/2001 | BOS meeting minutes re: lockbox | D'Agostino | 7/24/2007 |
| Plaintiffs | 24 | yes | yes | 795-96 | 7/12/2001 | Email stream from JB to KS re: Fwd. Internal Service Charges | Kearney | 7/31/2007 |

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Plaintiffs | 25 | yes | yes | 2368-69 | 7/26/2001 | Memo to BOLC from JB re: Payments in Lieu of Taxes | Beliveau | 7/10/2007 |
| Plaintiffs | 26 | yes | yes | None | 8/3/2001 | Payroll Change Notice | Beliveau | 7/10/2007 |
| Plaintiffs | 27 | yes | yes | 3893-95 | 11/8/2001 | BOLC Meeting Minutes | Stoyle | 6/22/2007 |
| Plaintiffs | 28 | yes | yes | 656-58 | 12/20/2001 | Email stream from JB to JD re: Justification for pay increase for staff | Stoyle | 6/26/2007 |
| Plaintiffs | 29 | yes | yes | JBHOMEDOCS 0000068-69, 86-89, (1 page no bates) | 1/28/2002 | email stream: JB and BK Re: Electric PILOT/Internal Service Charges | Stoyle | 6/26/2007 |
| Plaintiffs | 30 | yes | yes | 672-73 | 2/13/2002 | Memo from JB to JD re: annual Salary Justification for KS | Beliveau | 7/9/2007 |
| Plaintiffs | 32 | yes | yes | 690-708 | 2/14/2002 | Memo from JB to JD re: Payroll change sheet | Beliveau | 7/9/2007 |
| Plaintiffs | 33 | yes | yes | KS 470-75 | 2/25/2002 | Memo from JD to JB re: your memos of 2/14/ and 2/19 | Beliveau | 7/9/2007 |
| Plaintiffs | 37 | yes | yes | JBWORKEMAIL 0019580 | 4/3/2002 | Email from JDAG to JB re: Lockbox | Beliveau | 7/11/2007 |
| Plaintiffs | 38 | yes | yes | JBWORKEMAIL 0019580 | 4/3/2002 | Email from JB to JDAG re: lockbox | Beliveau | 7/11/2007 |
| Plaintiffs | 43 | yes | yes | JBWORKEMAIL 0011453-54 | 4/4/2002 | Email from JDAG to JB re: Lockbox | Beliveau | 7/11/2007 |
| Plaintiffs | 44 | yes | yes | JBWORKEMAIL 0011453-54 | 4/4/2002 | Email from JB to JDAG re: lockbox | Beliveau | 7/11/2007 |
| Plaintiffs | 45 | yes | yes | JBWORKEMAIL 0011453-54 | 4/4/2002 | Email from JDAG to JB re: Lockbox | Beliveau | 7/11/2007 |

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Plaintiffs | 46 | yes | yes | JBWORKEMAIL 0011217-19 | 5/2/2002 | Email from JDAG to JB re: Conduit hearing | Beliveau | 7/11/2007 |
| Plaintiffs | 47 | yes | yes | JBWORKEMAIL 0011217-19 | 5/3/2002 | Email from JB to JDAG re: conduit hearing | Beliveau | 7/11/2007 |
| Plaintiffs | 48 | yes | yes | JBWORKEMAIL 0011217-19 | 5/14/2002 | Email from JDAG to JB re: Conduit hearing | Beliveau | 7/11/2007 |
| Plaintiffs | 50 | yes | yes | None | 7/1/2002 | Payroll Change Notice | Beliveau | 7/10/2007 |
| Plaintiffs | 51 | yes | yes | 3920-24 | 7/22/2002 | BOLC Meeting Minutes (actual charges) | Donovan | 6/28/2007 |
| Plaintiffs | 52 | yes | yes | JBHOMEDOCS 0000148 | 8/14/2002 | Re: Legal Opinion provided to N. Attleboro | Beliveau | 7/9/2007 |
| Plaintiffs | 54 | yes | yes | 762, 641-45 | 10/1/2002 | Email from KS to Lou Amoruso re: meeting | Stoyle | 6/22/2007 |
| Plaintiffs | 55 | yes | yes | 640 | 10/1/2002 | Email from JB to Amoruso re: problems | Beliveau | 7/10/2007 |
| Plaintiffs | 56 | yes | yes | KS 0476-77, JBWORKEMAIL 0009444 | 10/1/2002 | Email stream from JD to JB | Stoyle | 6/22/2007 |
| Plaintiffs | 57 | yes | yes | 646-47 | 11/7/2002 | Email from KS to Amoruso re: forward most recent memo | Stoyle | 6/22/2007 |
| Plaintiffs | 60 | yes | yes | | 11/27/2002 | Memo from JB to JD re: Request for Personnel File and Request for Backup Data on Telephone Charges (and enclosures) | Stoyle | 6/27/2007 |
| Plaintiffs | 61 | yes | yes | | 11/29/2002 | FIRSTFED Bank Statement | Stoyle | 6/25/2007 |
| Plaintiffs | 62 | yes | yes | 601-03, 599-600 | 12/9/2002 | Memo to Gazollo from JB re: Electric Dept. Payments in lieu of taxes. | Beliveau | 7/9/2007 |

BOS:44473.1/bel185-229942

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Plaintiffs | 64 | yes | yes | | 1/15/2003 | BOS Meeting Minutes (JD evaluation) | Donovan | 6/28/2007 |
| Plaintiffs | 65 | yes | yes | 588-90 | 1/21/2003 | Town Wide E-mail Policy | Stoyle | 6/27/2007 |
| Plaintiffs | 66 | yes | yes | BELV0022 28-30 | 1/22/2003 | Memo to Dept. Heads from Scherma re: Sexual Harassment Policy | Beliveau | 7/10/2007 |
| Plaintiffs | 67 | yes | yes | | 2/4/2002 | Video of 2/4/2002 Board of Light Commissioners Meeting. | Beliveau | 6/28/2007 |
| Plaintiffs | 68 | yes | yes | 654 | 2/28/2003 | Memo to JB/KS from BK/RB re: negative cash balances (and attachment) | Stoyle | 6/22/2007 |
| Plaintiffs | 69 | yes | yes | JBHOMED OCS 0002881-82 | 3/4/2003 | Memo to BK/RB from JB re: light dept. cash balances | Beliveau | 7/9/2007 |
| Plaintiffs | 70 | yes | yes | | 3/31/2003 | Email from JD to BK re: Pilot | Kearney | 7/25/2007 |
| Plaintiffs | 72 | yes | yes | | 4/16/2003 | BOS Meeting Minutes | Donovan | 6/28/2007 |
| Plaintiffs | 74 | yes | yes | 660 | 5/5/2003 | Letter to RB from Goulet | Goulet | 6/29/2007 |
| Plaintiffs | 76 | yes | yes | 1530-34 | 5/9/2003 | Email from JD to RB and attached letter to Goulet dated 7/3/2003 | D'Agostino | 7/23/2007 |
| Plaintiffs | 77 | yes | yes | 710-12 | 2/25/2002 | Email stream from KS to Lou Amoruso re: meeting | Stoyle | 6/22/2007 |
| Plaintiffs | 78 | yes | yes | 212 | 7/1/2003 | Payroll Change Notice | Beliveau | 7/10/2007 |
| Plaintiffs | 79 | yes | yes | 592-93 | 7/3/2003 | Letter from Goulet to JD | Goulet | 6/29/2007 |
| Plaintiffs | 80 | yes | yes | 817 | 7/9/2003 | Email from JB to KS re: forward GIS manager | Beliveau | 7/10/2007 |
| Plaintiffs | 83 | yes | yes | | 8/26/2003 | Memo Re: Continuing Harassment | Stoyle | 6/22/2007 |

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Plaintiffs | 84 | yes | yes | 031-033 | 9/4/2003 | Department Head Input Form - 7/1/02-6/30/03 | Beliveau | 7/10/2007 |
| Plaintiffs | 87 | yes | yes | | 12/8/2003 | Email stream between EO and LA re: Financial Assistants | D'Agostino | 7/24/2007 |
| Plaintiffs | 88 | yes | yes | 3962-64, 1 page no bates | 11/17/2003 | Agenda and Minutes of BOLC November 17, 2003 meeting | Stoyle | 6/25/2007 |
| Plaintiffs | 92 | yes | yes | BELV0021 22 | 12/10/2003 | Memo to JB from JD re: Auditors for MMED | Goulet | 6/29/2007 |
| Plaintiffs | 93 | yes | yes | BELV0031 96 | 12/16/2003 | Memo re: Auditor | Beliveau | 6/29/2007 |
| Plaintiffs | 94 | yes | yes | 1552-53 | 12/17/2003 | Email stream from MacCaffrie to JD | Beliveau | 7/9/2007 |
| Plaintiffs | 95 | yes | yes | BELV0007 93 | 12/19/2003 | Email to JD from JB re: Auditors | Beliveau | 6/29/2007 |
| Plaintiffs | 96 | yes | yes | 484-85 | 12/19/2003 | Memo from JD to BK responding to JB auditor memo | D'Agostino | 7/23/2007 |
| Plaintiffs | 97 | yes | yes | | 12/22/2003 | Video 12/22/2003 Meeting of the Finance Committee and the Board of Light Commissioners | Beliveau | 7/9/2007 |
| Plaintiffs | 98 | yes | yes | 424-25 | 12/23/2003 | Memo re: Light Department Auditors | Beliveau | 7/9/2007 |
| Plaintiffs | 99 | yes | yes | BELV 0000001 | 1/6/2004 | Memo from JD to BOS re: Status of North Main Street Poles | Beliveau | 7/9/2007 |
| Plaintiffs | 103 | yes | yes | 61 | 2/12/2004 | Payroll Change Notice - Discharge | Beliveau | 7/10/2007 |
| Plaintiffs | 104 | yes | yes | 261-263 | 2/13/2004 | Memo re: John Beliveau, Termination of Employment | Beliveau | 6/29/2007 |
| Plaintiffs | 105 | yes | yes | BELV 002162-63 | 2/13/2004 | Memo Re: Termination of Employment (with JDAG fax #) | Gelbwasser | 7/11/2007 |
| Plaintiffs | 107 | yes | yes | | 5/20/2004 | Email from KS to BK | Kearney | 7/25/2007 |
| Plaintiffs | 109 | yes | yes | BELV 2339-40 | 1/10/2003 | Mansfield News Article | Stoyle | 6/22/2007 |

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Plaintiffs | 110 | yes | yes | BELV 002101 | 6/16/2004 | Letter of Apology from RB to KS | Stoyle | 6/22/2007 |
| Plaintiffs | 112 | yes | yes | | 6/22/2004 | Email from Sandra Larosse to KS | Stoyle | 6/22/2007 |
| Plaintiffs | 113 | yes | yes | | 6/22/2004 | Email from D'Agostino to Babin, Kearney, Boucher re: Electric Dept. Transfers and Attachment. | Babin | 7/13/2007 |
| Plaintiffs | 115 | yes | yes | 4020-28 | 11/10/2004 | BOLC Minutes | Babin | 7/13/2007 |
| Plaintiffs | 116 | yes | yes | 589 | 12/14/2004 | Email from KS to BK Re; Cash Reconciliation | Stoyle | 6/22/2007 |
| Plaintiffs | 120 | yes | yes | Docket 74-3 | Dec. 2006 | MMED Depreciation Fund Bank Statement Activity, 7/96 - 12/06 | Babin | 7/13/2007 |
| Plaintiffs | 122 | yes | yes | BELV 002361 | 1/24/2000 (9:03 AM) | Email from D'Agostino to Beliveau re: Personnel | Beliveau | 7/10/2007 |
| Plaintiffs | 123 | yes | yes | | 11/3/2004 (2:16 PM) | Email from Babin to D'Agostino re: Alternate Wording Suggestion | Babin | 7/13/2007 |
| Plaintiffs | 124 | yes | yes | | 8/11/2003 | BOLC Minutes | Beliveau | 7/9/2007 |
| Plaintiffs | 130 | yes | yes | | 6/21/2000 (8:33:11 AM) | Email from D'Agostino to Beliveau; cc: Kearney, Boucher, Stoyle re: FY2000 Internal Charges | Stoyle | 6/21/2007 |
| Plaintiffs | 131 | yes | yes | | 3/21/1983 | Town Charter | Beliveau | 6/29/2007 |
| Plaintiffs | 133 | yes | yes | BELV 002620-47 | Sept. 2003 | MMED Financial Report | Stoyle | 6/25/2007 |
| Plaintiffs | 134 | yes | yes | 002-004 | 7/1/1999 | Department Head Input Form - 9/8/98-7/1/99 | Beliveau | 7/9/2007 |
| Plaintiffs | 135 | yes | yes | 057-59 | 7/1/2000 | Department Head Input Form - 7/1/99-7/1/00 | Beliveau | 7/9/2007 |
| Plaintiffs | 136 | yes | yes | 009-011 | 6/30/2000 | Manager's Input Form - July 1, 1999 to June 30, 2000 | Beliveau | 7/9/2007 |

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Plaintiffs | 137 | yes | yes | 037-039 | 6/30/2001 | Department Head Input Form - 7/1/00 - 6/30/01 | Beliveau | 7/9/2007 |
| Plaintiffs | 138 | yes | yes | 026-028 | Undated | Department Head Input Form - 7/1/01 - 6/30/02 | Beliveau | 7/9/2007 |
| Plaintiffs | 140 | yes | yes | BELV 002312-15 | 12/9/1998 | Comptroller Job Description | Stoyle | 6/21/2007 |
| Plaintiffs | 143 | yes | yes | 3129-30 | | Sexual Harassment Policy | Donovan | 6/28/2007 |
| Plaintiffs | 144 | yes | yes | 671 | | Brit Bomber Note | Stoyle | 6/27/2007 |
| Plaintiffs | 147 | yes | yes | BELV 003093-94 | 4/2/2003 | Memo from Beliveau to D'Agostino re: MMWEC Fund Balances | Beliveau | 7/10/2007 |
| Plaintiffs | 151 | yes | yes | 2373-83 | 1/22/2001 | Memo from Barna, Lawrence and Pollart to David Sweetland re: Authority to Pay Non-NAE Expenses | Beliveau | 7/9/2007 |
| Plaintiffs | 152 | yes | yes | BELV 000155-65 | 5/9/2003 | Memo to Beliveau from Barna, Lawrence re: Gifts to Charities and Towns | Beliveau | 7/9/2007 |
| Plaintiffs | 153 | yes | yes | KEA 0920 (000910) | 4/28/2003 | Memo from D'Agostino to Beliveau re: Use of Ratepayer Funds for Donations. | Beliveau | 7/9/2007 |
| Plaintiffs | 154 | yes | yes | BELV 000155-65 | 2/12/2002 | Electrical Damage to Rum Runner Liquor Store | Beliveau | 7/9/2007 |
| Plaintiffs | 155 | yes | yes | 3131-3133 | 12/5/2002 | Stoyle MCAD Complaint | Stoyle | 6/25/2007 |
| Plaintiffs | 156 | yes | yes | | 1/13/2004 | Beliveau MCAD Complaint | Beliveau | 6/29/2007 |
| Plaintiffs | 163 | yes | yes | JBHOMEDOCS 0000200-01 | 5/22/2001 | Memo from RB to JD, BOS, JB | Stoyle | 6/21/2007 |
| Defendants | 164 | yes | yes | Exh. 11 Stoyle | 11/12/1999 | email b/w JD and KS re: special town meeting | Stoyle | 6/21/2007 |

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Defendants | 165 | yes | yes | BELV 2342, Exh. 4-6 Stoyle & Exh. 5 1/25/06 | 2/16/2000 | memorandum and attached documents re: candidate selection for financial assistant | Stoyle | 6/25/2007 |
| Defendants | 165B | yes | yes | Stoyle Exh 4 | | Financial Assistant Ranking Factors | Stoyle | 6/26/2007 |
| Defendants | 165C | yes | yes | Stoyle Exh 5 | | Financial Assistant Applicant Worksheet | Stoyle | 6/26/2007 |
| Defendants | 166A | yes | yes | Exh. 1 & 2 Bouldry, | 2/1/2000 | resume Fitton | Stoyle | 6/25/2007 |
| Defendants | 166B1 | yes | yes | Exh. 1 & 2 Bouldry, | 2/1/2000 | resume Bouldry | Stoyle | 6/25/2007 |
| Defendants | 166B2 | yes | yes | Exh. 1 & 2 Bouldry, | 2/1/2000 | resume Bouldry | Stoyle | 6/25/2007 |
| Defendants | 166C | yes | yes | Exh. 1 & 2 Bouldry, | 2/1/2000 | resume Cutillo | Stoyle | 6/25/2007 |
| Defendants | 166D | yes | yes | Exh. 1 & 2 Bouldry, | 2/1/2000 | resume Hottleman | Stoyle | 6/25/2007 |
| Defendants | 166E | yes | yes | Exh. 1 & 2 Bouldry, | 2/1/2000 | resume Newman | Stoyle | 6/25/2007 |
| Defendants | 167 | yes | yes | Exh. 7 1/25/06 | 2/22/2000 | Memo to file | Stoyle | 6/25/2007 |
| Defendants | 169 | yes | yes | BELV 692-695 | Feb-00 | memo to JD from JB re: various issues | D'Agostino | 7/23/2007 |
| Defendants | 170 | yes | yes | BELV 2134 | 3/4/2000 | Memo from JB to JD re: basketball court lighting | Beliveau | 7/9/2007 |
| Defendants | 171 | yes | yes | Exh. 10 Stoyle 2/10/05 | 5/5/2000 | Memo to JB from G.Scherma re: interviews | Stoyle | 6/25/2007 |
| Defendants | 175 | yes | yes | | 10/19/2000 | Letter to Bouldry from JB | Stoyle | 6/25/2007 |
| Defendants | 176 | yes | yes | Exh 11 1/25/06 | 10/19/2000 | To file from Stoyle | Stoyle | 6/25/2007 |
| Defendants | 177 | yes | yes | Exh. 12 1/25/06 | 10/20/2000 | to Board from JB re: Personnel Matter | Stoyle | 6/25/2007 |
| Defendants | 185 | yes | yes | BELV 3225-26 | 7/12/2001 | email to JD from JB internal charges | Beliveau | 7/9/2007 |
| Defendants | 191 | yes | yes | Bates # 2164, 2169 | 8/27/2001 | email to RB from JB re: test file | D'Agostino | 7/13/2007 |
| Defendants | 192 | yes | yes | BELV 2454 | 8/28/2001 | email to JD from KS re: test file | D'Agostino | 7/13/2007 |

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Defendants | 193 | yes | yes | Workmail 12679 | 8/13/2001 | email to JB from KS re: capital projects update | Stoyle | 6/26/2007 |
| Defendants | 194 | yes | yes | | 12/19/2003 | Email from JB to JD re: auditors (& attachment) | Beliveau | 6/29/2007 |
| Defendants | 195 | yes | yes | Workmail 12389-91 | 10/22/2001 | email KS/JB re: lighting animal shelter | Beliveau | 7/10/2007 |
| Defendants | 197 | yes | yes | Workmail 11762-85 | 1/28/, 2/19/02 | email b/w JD and KS re: Staples Purchase | Stoyle | 6/26/2007 |
| Defendants | 198 | yes | yes | Workmail 11746 | 1/29/2002 | email b/w KS and JB | Beliveau | 7/10/2007 |
| Defendants | 199 | yes | yes | Workmail 11735 | 1/29/2002 | email b/w KS and JB re: north common | Beliveau | 7/10/2007 |
| Defendants | 200 | yes | yes | Workmail 11744-45 | 1/29/2002 | email b/w KS and JB re: generator issue | Beliveau | 7/10/2007 |
| Defendants | 201 | yes | yes | Workmail 11713-14 | 1/30/2002 | email b/w KS and JB re: Payment Processor - LockBox - Agenda | Beliveau | 7/10/2007 |
| Defendants | 203 | yes | yes | Workdocs 3235-36 | 2/12/2002 | Memo to JD from JB re: annual salary increase | Beliveau | 7/9/2007 |
| Defendants | 206 | yes | yes | BELV 2994-95 | 2/19/2002 | Memo JB from JD | Beliveau | 7/10/2007 |
| Defendants | 207 | yes | yes | Homedocs 411-416 | 2/24/2002 | Memo to JD from JB re: your memos | Beliveau | 7/10/2007 |
| Defendants | 210 | yes | yes | Workmail 11601-02 | 2/22/2002 | email b/w JB and J. Pender | Beliveau | 7/10/2007 |
| Defendants | 213 | yes | yes | Bates # 2087-88 | 3/21/2002 | Memo to JD from JB re: Lock Box | Beliveau | 7/10/2007 |
| Defendants | 215 | yes | yes | Workmail 10725 | 6/20/2002 | email b/w KS and JB | Beliveau | 7/10/2007 |
| Defendants | 216 | yes | yes | Homedocs 295, workmail 9399 | 10/7/2002 | email to KS from JB re: "interesting" | Beliveau | 7/10/2007 |
| Defendants | 217 | yes | yes | BELV 2302 - 2304 | 10/21/2002 | email b/w JD and KS re: Verizon Bill | Amoruso | 7/31/2007 |
| Defendants | 218 | yes | yes | Bates # 1183 | 10/23/2002 | email to BK from KS re: month end | Kearney | 7/25/2007 |

BOS:44473.1/bel185-229942

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Defendants | 221 | yes | yes | Workmail 9066-70, 18833-35, 9066 | 11/20/2002 | email b/w JB and JD re: employment status form | Beliveau | 7/9/2007 |
| Defendants | 222 | yes | yes | Bates # 1460-62 | 12/9/2002 | Memo to A. Gazollo from JB re: Payment in lieu of taxes | Kearney | 7/25/2007 |
| Defendants | 224 | yes | yes | Bates # 1184-85 | 3/5/2003 | Emails b/w BK and KS re: cash sheets | Stoyle | 6/22/2007 |
| Defendants | 225 | yes | yes | BELV 284-86 | 4/29/2003 | Memo to JB from Mangiaratti | Beliveau | 7/9/2007 |
| Defendants | 226 | yes | yes | BELV 201-02 | 5/7/2003 | Memo to Mangiaratti from JB | Mangiaratti | 7/12/2007 |
| Defendants | 227 | yes | yes | BELV 170 | 5/12/2003 | Memo to Board from JB | Beliveau | 7/9/2007 |
| Defendants | 231 | yes | yes | BELV 730, 828, 827 | 9/22/2003 | email to JB from E. Ouellette re: question from John | Beliveau | 7/9/2007 |
| Defendants | 232 | yes | yes | BELV 774-775; BELV 002210 - 12 | 12/12/2003 | Memo to RB, BK from JB re: Result of Audit and attached letter. | Goulet | 6/29/2007 |
| Plaintiffs | 246 | yes | yes | | 5/26/2006 | Town Charter | D'Agostino | 7/23/2007 |
| Plaintiffs | 252 | yes | yes | | 4/30/2004 | Stoyle MCAD Complaint | Stoyle | 6/27/2007 |
| Plaintiffs | 254 | yes | yes | BELV 3634 | 2/18/2004 | Sun Chronicle News Article | Beliveau | 7/10/2007 |
| Plaintiffs | 255 | yes | yes | BELV 3635-36 | 2/19/2004 | Sun Chronicle News Article | Beliveau | 7/10/2007 |
| Plaintiffs | 256 | yes | yes | JBHOMEDOCS 0008123-24 | 2/20/2004 | Mansfield News Article | Beliveau | 7/10/2007 |
| Plaintiffs | 257 | yes | yes | 2558-88 | 8/4/2004 | MMED Financial Report 2003, 2002 (redaction on 2576) | Goulet | 6/29/2007 |
| Plaintiffs | 259 | yes | yes | 2592-95 | 9/23/2004 | Letter from Mangiaratti to Goulet re: 2003, 2002 Audit. | Goulet | 6/29/2007 |
| Plaintiffs | 261 | yes | yes | | 7/14/2004 (4:21:14 PM) | Email from JD to Achille, Babin; cc: Mccue, Amoruso, MacCaffrie, Dolan, Kearney re: Fiscal Year Conversion | Babin | 7/13/2007 |

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Plaintiffs | 262 | yes | yes | | 7/14/2004 (4:31:47 PM) | Email from JD to Achille, Babin; cc: Kearney re" East Mansfield Substation Neighborhood Meeting. | Babin | 7/13/2007 |
| Plaintiffs | 264 | yes | yes | | 1/4/2003 | Sun Chronicle Article | Stoyle | 6/22/2007 |
| Plaintiffs | 265 | yes | yes | | 6/18/2001 | KS Lockbox Presentation to the Board | Stoyle | 6/22/2007 |
| Plaintiffs | 266 | yes | yes | 000713, 717, 655, 653-654, 583, 589, 588 | | Email correspondence between KS and BK re: cash reconciliation | Stoyle | 6/22/2007 |
| Plaintiffs | 271 | yes | yes | | 9/28/2005 | Memo from JD to BOS re: Mansfield Municipal Light Plant Audit. | Babin | 7/13/2007 |
| Plaintiffs | 272 | yes | yes | 1082 | 11/7/2002 (2:53 PM) | Email from JD to McCue; cc: JB, KS re: Mansfield light department, 11/7 Globe. | Beliveau | 6/29/2007 |
| Plaintiffs | 274 | yes | yes | 1029 - 1030 | 7/25/2003 | Mansfield News Article | Stoyle | 6/22/2007 |
| Plaintiffs | 275 | yes | yes | JBWORKEMAIL 0014274, 80-81, 77, 75, 84 | 6/22/2000 (8:17 AM) | Email stream from Eileen Ouellette to JB, KS, RB, BK re: Revised Internal Charges Memo. | Beliveau | 7/9/2007 |
| Plaintiffs | 277 | yes | yes | JBHOMEDOCS 0000180 | 7/16/2003 | Memo from JD to JB re: Cash Reconciliation-Light Department Audit. | Beliveau | 7/9/2007 |
| Plaintiffs | 279 | yes | yes | | 1999-2007 | Internal Charges | Stoyle | 6/21/2007 |
| Plaintiffs | 280 | yes | yes | | 10/00/2003 | MMED Financial Report, October 2003 | Stoyle | 6/25/2007 |
| Defendants | 281A | yes | yes | | 8/18/1999 | Email from KS to JD re: Welcome Back | Stoyle | 6/25/2007 |
| Defendants | 281B | yes | yes | | 8/18/1999 | Email from JD to KS re: Welcome Back | Stoyle | 6/25/2007 |

BOS:44473.1/bel185-229942

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Defendants | 281C | yes | yes | | 8/12/1999 | Email from KS to JD re: Welcome Back | Stoyle | 6/27/2007 |
| Defendants | 281D | yes | yes | Stoyle Exh 3 | 8/17/1999 | Email from JD to KS re: Welcome Back | Stoyle | 6/27/2007 |
| Defendants | 282 | yes | yes | Stoyle Exh 9 | 10/6/1999 | Email chain between JD and KS re: Keep off the grass | Stoyle | 6/25/2007 |
| Defendants | 283 | yes | yes | Stoyle Exh 14 | 1/19/2000 | Email from JD to KS, cc JB re: Dog Day Afternoon | Stoyle | 6/25/2007 |
| Defendants | 284 | yes | yes | | 8/27/2001 | Email re: Test File | Stoyle | 6/26/2007 |
| Plaintiffs | 285 | yes | yes | BOS 1769-1786 | 12/11/2002 | Minutes of BOS meeting of 12/11/2002 | Donovan | 6/28/2007 |
| Plaintiffs | 286 | yes | yes | | 1/14/2004 | Minutes of BOS Executive Session Meeting. | Beliveau | 7/9/2007 |
| Plaintiffs | 287 | yes | yes | Workmail 15208-15233, 5292 | 11/14/2003 | email to JB/JD utility assistance. | Beliveau | 7/9/2007 |
| Plaintiffs | 288 | yes | yes | | 2/20/2003 | Greeting card postmarked 2/20/2003 from JD to Conley | D'Agostino | 7/24/2007 |
| Defendants | 289 | yes | yes | BELV 002153-54 | 8/29/2000 | Email stream between JD and JB re: rumors | Beliveau | 7/10/2007 |
| Defendants | 290 | yes | yes | | 12/13/2002 | Email from Pender to JB re: groundrules meeting w/ DPW & Electric AFSCME Units | Beliveau | 7/10/2007 |
| Defendants | 291 | yes | yes | | | Internal charge bills to MMED from 1992, 1993 and 1994 | Penney | 7/11/2007 |
| Defendants | 291A | yes | yes | | 6/16/1992 | Internal Charge for 1992 | Penney | 7/11/2007 |
| Defendants | 291B | yes | yes | | 6/3/1993 | Internal Charge for 1993 | Penney | 7/11/2007 |
| Defendants | 291C | yes | yes | | 5/24/1994 | Internal Charge for 1994 | Penney | 7/11/2007 |
| Plaintiffs | 292 | yes | yes | | 5/8/2003 | Response Letter from Mangiarrati | Mangiaratti | 7/12/2007 |

| Exhibit Offered By | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Bates # | Date | Description | Offered Through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| Defendants | 294 | yes | yes | | 3/20/2002 | Email from D'Agostino to Larosee (no subject) | D'Agostino | 7/23/2007 |
| Defendants | 295 | yes | yes | | 4/3/2002 | Memo to Board from JD re: Lock Box | D'Agostino | 7/23/2007 |
| Defendants | 296 | yes | yes | | 4/5/2002 | email b/w JB and JD re: financial assistant | D'Agostino | 7/23/2007 |
| Defendants | 297 | yes | yes | | 11/20/2002 | Memo to JB from JD re: confidential memo of 11/8/02 | D'Agostino | 7/23/2007 |
| Defendants | 298 | yes | yes | | 12/11/2003 | Memo to JD from BK re: light department audit review | D'Agostino | 7/23/2007 |
| Defendants | 299 | yes | yes | | 12/11/2003 | email to Jim (jplgrove@aol.com) from JD re: Auditor issues | D'Agostino | 7/23/2007 |
| Defendants | 300 | yes | yes | | 11/30/2004 | Email from D'Agostino to "jbgcpa@ix.netcom.com" re: Audit Committee | D'Agostino | 7/23/2007 |
| Defendants | 301 | yes | yes | | | Series of Pay Slips | | 8/1/2007 |
| Defendants | 302 | yes | yes | | 1/28/2004 | BOS Exec. Session Minutes | | 8/1/2007 |