UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

———————————————————————
)
KIMBERLY STOYLE,                              )
                          Plaintiff           )
                                              )
v.                                            )
                                              )     **C.A. No. 05-10354-DPW**
THE MANSFIELD MUNICIPAL ELECTRIC              )
DEPARTMENT, JOHN D'AGOSTINO,                  )
THE TOWN OF MANSFIELD BOARD OF                )
LIGHT COMMISSIONERS, LOUIS AMORUSO,           )
MICHAEL McCUE, DAVID McCARTER,                )
DANIEL DONOVAN, ROGER ACHILLE                 )
AND STEVEN MacCAFFRIE,                        )
                                              )
                          Defendants          )
———————————————————————

                                                    **CONSOLIDATED WITH**
                                                    **Civil Action No. 04-11329**

———————————————————————
)
DR. JOHN BELIVEAU,                            )
                          Plaintiff           )
                                              )
v.                                            )
                                              )
TOWN OF MANSFIELD MUNICIPAL                   )
ELECTRIC DEPARTMENT, JOHN O.                  )
D'AGOSTINO,                                   )
                          Defendants          )
———————————————————————

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Plaintiff Kimberly Stoyle hereby requests that this Court grant her Motion for

Attorney's fees and costs of litigation against the defendant, Town of Mansfield

Municipal Electric Department (the "Town").  As grounds therefore, plaintiff states that

1

on August 2, 2007, the jury returned a verdict in her favor and against the Town in the amount of $300,000 in compensatory damages and $500,000 in punitive damages on her retaliation claims.  As the prevailing party under Title VII and pursuant to 42 U.S.C. §1988, plaintiff is entitled to reasonable attorneys fees in the amount of $369,870.00 and costs of litigation in the amount of 18,519.82.  (See accounting records attached hereto as Exhibit 1.)

###         I.        PLAINTIFF IS A PREVAILING PARTY WHOSE REASONABLE ATTORNEY FEES AND EXPENSES ARE COMPENSABLE

A prevailing party is entitled to a fully compensatory award of reasonable attorney fees and expenses including fees incurred by counsel in post-trial matters.  42 U.S.C. § 1988; Hensley v. Eckerhart; 461 U.S. 424 (1983); Pennsylvania v. Delaware Valley Citizens' Council, 478 U.S. 546, 553 n.1. (1986).  "A plaintiff 'prevails' when actual relief on the merits of her claim materially alters the legal relationship between the parties by modifying the defendant's behavior in a way that directly benefits the plaintiff."  Farrar v. Hobby, 506 U.S. 103, 111-12 (1992).  The jury's award constitutes actual relief on the merits, and payment of the judgment will modify the Town's behavior in a way that directly benefits plaintiff and other employees.  Thus, plaintiff is a prevailing party.

###        II.        CONTROLLING PRINCIPLES AND THE APPLICATION OF RELEVANT FACTORS DICTATE A FULLY COMPENSATORY FEE AWARD

####                 A.  The Hours For Which Plaintiff Seeks Reimbursement Were Reasonably Expended And Should Be Compensated

A "fully compensatory fee" encompasses all hours reasonably expended on the litigation. Hensley v. Eckerhart, 461 U.S. 424 (1983). The First Circuit utilizes the "lodestar" method to determine a "reasonable" attorney's fee award. Tennessee Gas Pipeline Co. v. 104 Acres of Land, 32 F.3d 632, 634 (1st Cir. 1994). The lodestar amount is "the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate." Grendel's Den, Inc. v. Larkin, 749 F.2d 945, 950 (1984) (citing Hensley v. Eckerhart, 461 U.S. 424, 433034 [1983]). This figure provides an objective basis on which to make an initial estimate of the value of a lawyer's services. Hensley, 461 U.S. at 433.

The burden is on the fee applicant to substantiate the hours worked and the rates claimed. Id. at 433, 437; Blum v. Stenson, 465 U.S. 886, 895 n. 11 (1984). In determining what is reasonable, the court reviews detailed time records and may reduce hours that are inadequately documented, or were unnecessary, duplicative or excessive. Hensley, 461 U.S. at 433-34. However, "[s]ome systematic perusal of the actual billing entries will often confirm that the reason for the seemingly high fee was not inefficiency, but careful compliance with the attorney's responsibilities" Ferland v. Conrad Credit Corp. 244, F.3d 1145, 1149-51 (9th Cir. 2001).

**B. The Hourly Rate Requested Is Reasonable**

After determining the number of hours reasonably expended, it becomes necessary to establish a reasonable hourly rate. The first step in setting a rate "is to determine what lawyers of comparable skill and experience practicing in the area in which the litigation occurs would charge for their time." Ramos, 713 F.2d at 555. The customary rate of lawyers in private practice is a relevant, but not conclusive, factor. Id.

The "hourly rates should be based on the lawyer's skill and experience in civil rights or analogous litigation," and the "quality of the lawyer's performance in the case should also be considered in placing a value on his or her services." Id.

Absent unusual circumstances, the "fee rates of the local area should be applied." Id. Accordingly, a district court "should establish, from the information provided to it and from its own analysis of the level of performance and skills of each lawyer, a billing rate for each lawyer based upon the norm for comparable private firm lawyers in the area in which the court sits calculated as of the time the court awards fees." Id. As set forth in the Affidavits of Juliane Balliro (Exhibit 2) and Kathrine J. Michon (Exhibit 3) filed herewith, the rate requested for trial counsel is reasonable for attorneys with comparable litigation experience. (See Affidavit of Lynn A. Leonard attached hereto as Exhibit 4). Based on the nature and complexity of the legal and factual issues in the case, counsel's performance at trial, the result achieved and the rates charged by other attorneys in Boston, a rate of $300 per hour for trial counsel in this matter is fair and reasonable.

Case law also supports the fee request in this matter. Magistrate Judge Collins approved an attorney fee award at a rate of $330-445/hour as reasonable and in accord with the prevailing market rates. Stokes v. Saga International Holidays, Ltd., 376 F. Supp. 2d 86, 93 (D. Mass. 2005). Similarly, in 1998, Judge Saris awarded fees at the rate of $325/hour in Arthur D. Little International, Inc. v. Dooyang Corporation, 995 F.Supp. 217, 224 n.l, 1998 WL 84581 (D. Mass. 1998) (finding $325 hourly rate reasonable for work performed by lawyer twelve years out of law school and $275 hourly rate reasonable for work performed by lawyer seven years out of law school).

In a case setting forth hourly billing rates eight years ago, the Massachusetts Superior Court found rates of $350/hour for lead counsel, $250/hour for an eighth year associate, and $180/hour for a third year associate reasonable.  One Office, Inc. v. Lopez, Civil Action no. 96-2519, 1998 WL 1184117, at *1 (Mass.Super. Jan. 5, 1998) (Cowin, J.).  Similarly, in another 1996 case, the court awarded a civil rights attorney fees at $300/hour for core services performed beginning in 1993, Morgan v. Gittens, 915 F.Supp. 457, 470-473 (D. Mass. 1996).  Moreover, in the April 26, 2004 issue of Lawyer's Weekly Publications, the "Annual Survey of the 100 Largest Law Firms in Massachusetts" includes the hourly billing rates for many of the firms listed.  Hourly rates for partners in most firms exceed $500 per hour. The hourly rates for associates routinely exceed $300 and are as high as $450.

The fees requested in the instant case fall well within the rates sought by attorneys with comparable experience in Massachusetts.  Here, Attorney Lynn A. Leonard has fifteen years litigation experience in employment law and civil rights.  Notably, defendant paid one hundred percent of the attorney's fees requested in the *Beliveau* matter exceeding $1 million and including a rate of $320 to Christine Griffin, a seventh year associate, and $490 per hour to lead counsel Juliane Balliro.  (See Exhibits 1 and 5).

**III.     THE LODESTAR AMOUNT MAY BE ADJUSTED UPWARD OR DOWNWARD**

In limited circumstances, the lodestar figure may be adjusted upward or downward, taking into account twelve factors:  (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of employment by the attorney due to acceptance of the case;

(5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Hensley, 461 U.S. at 430 n. 3, 434 n. 9.

### A. Plaintiff's Excellent Result Warrants No Reduction of the Lodestar for Less Than Complete Success

The time expended by counsel in this case was necessary and appropriate for the claim. Plaintiff included all hours reasonably expended including hours for claims that were ultimately dismissed from the litigation. Time spent on unrelated, unsuccessful claims may be excluded before calculating the lodestar. However, when a lawsuit can be considered on the whole as involving one "claim," time spent on the unsuccessful portions of the litigation is not excluded from the lodestar calculation. Hensley, 461 U.S. at 434. Claims are sufficiently related when they "involve a common core of facts" or are "based on related legal theories." Id. All of plaintiff's claims were based upon the same core facts and legal theories.

Even though a court may believe issues were unnecessarily litigated, the "question . . . is whether the plaintiffs acted reasonably under the circumstances facing them and whether they achieved 'excellent results' on what were clearly non-frivolous, interrelated theories based on a common core of facts." Ramos, 713 F.2d at 556. A plaintiff who enjoys *excellent or substantial*, although not complete, success in the litigation is entitled to a fully compensatory statutory fee for all time expended in the effort. For purposes of evaluating the degree of the plaintiff's success for fee-calculation purposes, the Supreme Court has rejected a rigid "mathematical approach comparing the

total number of issues in the case with those actually prevailed upon." <u>Hensley</u>, 461 U.S. at 435 n. 11.

Plaintiff achieved great success on her retaliation claim, particularly given the complexity of the case and the size of the jury's award; therefore, she is entitled to full compensation for her attorney's services including for time spent on unsuccessful claims that are inextricably intertwined with the successful issues in the litigation. Plaintiff had only one claim, regardless of the causes of action invoked, the forms of relief sought, or the different motions filed; that is, that it was illegal for defendant to retaliate against her. Throughout this litigation, plaintiff's attorney channeled her energy into ensuring that the Town's retaliatory conduct was declared unlawful by a jury, which she achieved.

### B. The Circumstances of This Case Warrant an Enhancement of the Lodestar Amount

The basic lodestar calculation may be enhanced to reflect special circumstances, e.g., complexity or difficulty, of a given case. <u>Hensley</u>, 461 U.S. at 434; <u>Walsh v. Carney Hospital Corp.</u>, No. 94-2583, 1998 WL 1284167 (Mass, Super. Ct. June 10, 1998) (Cowin, J.) (enhancing the lodestar fee by twenty percent noting that the case was not a "simple" discrimination case). Plaintiff seeks such an enhancement in the instant case based on the complexity of the case, the novel issues and the extraordinary outcome won for the plaintiff. This was not a "simple" retaliation case. Plaintiff's counsel faced diligent opposing counsel who raised, and fought, every possible legal issue in the case.

The sheer volume of discovery required by this case gives some indication of the difficulty inherent in prosecuting it. Defendant produced 5,000 documents and 200,000

e-mail on CD rom.  In addition, there were 23 days of depositions in the Stoyle matter.[1]
The consolidation of plaintiff's case with the Beliveau case created additional work for
plaintiff's counsel, necessitating review of all pleadings, motions and discovery generated
in the Beliveau matter.  This case presented a number of interesting and challenging
issues that required more than the usual amount of legal preparation.  Moreover, Counsel,
a sole practitioner, assumed a significant risk by handling the case on a contingency fee
basis.

Finally, the outcome achieved by counsel warrants an enhancement to the basic
lodestar amount.  Given the difficulties of this case, including but not limited to the
challenges presented by the defendants, the risk assumed by counsel, and the
extraordinary outcome achieved by counsel, this case satisfies all the criteria for a case
warranting an enhancement to the lodestar amount.

### IV.  PLAINTIFF IS ENTITLED TO AN AWARD OF INTEREST

Plaintiff filed claims under state law (G.L. 148 §185) and federal law (Title VII)
for retaliation.  Under Massachusetts law, pre-judgment interest at a rate of twelve
percent (12%) per annum begins to run on the date the complaint is filed.  M.G.L. a. 231
§63.   An award of pre-judgment interest is "an element of complete compensation."
Loeffler V. Frank, 108 S. Ct. 1965, 1971 (1988).  The objective is "to make the victims
of unlawful discrimination whole by restoring them, so far as possible to a position where
they would have been were it not for the unlawful discrimination." Ford Motor Co. v.
EEOC, 458 U.S. 219, 230 (1982).

---

[1] Counsel also reviewed thousands of documents produced by Dr. Beliveau and more than 20 deposition
transcripts from the Beliveau litigation.

Plaintiff requests that she be awarded pre-judgment interest on the award of compensatory from February 23, 2005, the date of filing the Complaint. <u>Nardone v. Patrick Motor Sales, Inc</u>., 46 Mass. App. Ct. 452 (1999). Plaintiff further requests that she be awarded post-judgment interest where applicable on all amounts awarded at the Massachusetts rate from date of entry of judgment.

## V.  EXPENSES FOR WHICH REIMBURSEMENT IS SOUGHT WERE REASONABLE AND ARE COMPENSABLE

The expenses for which reimbursement is sought are the actual expenses reasonably and necessarily incurred and should be awarded. Expenses include the traditional range of litigation expenses that most courts find recoverable as part of statutory attorney's fees including but not limited to fees for photocopies, postage, deposition transcripts and parking.

## VI.  CONCLUSION

The requested attorney fees are consistent with the fair market rate, and the time was reasonably spent preparing and litigation this case. Accordingly, the attorneys' fees ($369,870.00) and costs ($18,519.82) should be awarded in the amount of $388,389.92 as requested. In addition, because the case was complex and difficult to prosecute, and involved substantial risk on the part of the plaintiff's counsel, the basic lodestar should be enhanced. Lastly, pre-judgment and post-judgment interest should be awarded at the Massachusetts state rate of 12 percent.

Respectfully requested,

PLAINTIFF
Kimberly Stoyle
By her Attorney,


/s/ Lynn A. Leonard
_____
Lynn A. Leonard
Attorney At Law
527 Main Street, Suite 8
Melrose, MA  02176
(781) 662-6161
B.B.O. No. 561662

Dated:  September 7, 2007

EXHIBIT NO. 1

Lynn A. Leonard, Attorney At Law
527 Main Street, Suite 8
Melrose, MA  02176
E-mail  counsel@thelawbench.com

Invoice submitted to:
Kimberly Stoyle
138 Old Elm Street
Mansfield MA 02038

September 07, 2007

Invoice #10059

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/18/2005 | Review letter from Attorney Jacobs.  Phone call to client re: resignation. | 0.40<br>300.00/hr | 120.00 |
| 2/3/2005 | Conference with client to develop facts for federal court complaint. | 2.00<br>300.00/hr | 600.00 |
| | Research legal claims and review cases for federal court complaint including whistleblower, individual liability under Title VII, G.L. 164, and 1983 claims. Review cases. | 4.00<br>300.00/hr | 1,200.00 |
| 2/4/2005 | Draft federal court complaint. | 4.00<br>300.00/hr | 1,200.00 |
| 2/5/2005 | Draft federal court complaint. | 4.00<br>300.00/hr | 1,200.00 |
| 2/7/2005 | Draft federal court complaint. | 4.00<br>300.00/hr | 1,200.00 |
| | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 2/8/2005 | Research legal claims for federal court complaint including intentional infliction of emotional distress; constructive discharge; aiding and abetting; civil rights act.  Review cases. | 2.00<br>300.00/hr | 600.00 |
| 2/9/2005 | Prepare for deposition of Kimberly Stoyle.  Review prior deposition transcript and consult with client. | 3.50<br>300.00/hr | 1,050.00 |

Kimberly Stoyle                                                                                Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/9/2005 | Draft federal court complaint. | 4.00 300.00/hr | 1,200.00 |
| 2/10/2005 | Deposition of Kimberly Stoyle (6.0); Meeting with client (1.0); Roundtrip travel to deposition (1.5) | 8.50 300.00/hr | 2,550.00 |
| 2/20/2005 | Finalize federal court complaint and review with client. | 4.00 300.00/hr | 1,200.00 |
| 2/22/2005 | Confer with client on final complaint. | 0.40 300.00/hr | 120.00 |
| 4/6/2005 | Consult with counsel and review Defendant's Motion to Extend. | 0.30 300.00/hr | 90.00 |
| 4/19/2005 | Review Answer to Complaint. | 0.40 300.00/hr | 120.00 |
| | Case conference. | 0.90 300.00/hr | 270.00 |
| 5/19/2005 | Consult with counsel and review Motion to Continue Scheduling Conference. | 0.20 300.00/hr | 60.00 |
| 5/20/2005 | Draft Motion to Amend Complaint. Consult with counsel. | 0.30 300.00/hr | 90.00 |
| 7/19/2005 | Phone call to Client. | 0.20 300.00/hr | 60.00 |
| 7/25/2005 | Confer with client on settlement. Letter to Attorney Davis. | 0.60 300.00/hr | 180.00 |
| 7/27/2005 | Draft Rule 16(b) Certification for filing. Confer with client on litigation costs. | 0.40 300.00/hr | 120.00 |
| | Telephone call to Attorney Davis. Review correspondence and proposed pretrial schedule. | 0.30 300.00/hr | 90.00 |
| 7/28/2005 | Phone call to Attorney Davis. File Certificate of Consultation. | 0.40 300.00/hr | 120.00 |
| | Phone call to client re: Defendant's position on settlement. | 0.30 300.00/hr | 90.00 |
| 8/3/2005 | Phone call to Client. | 0.20 300.00/hr | 60.00 |
| 8/4/2005 | Court Appearance - Scheduling Conference including travel and meeting with client. | 2.00 300.00/hr | 600.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/26/2005 | Review documents and draft Initial Disclosures. | 3.00<br>300.00/hr | 900.00 |
| 8/27/2005 | Review documents and draft Initial Disclosures. | 5.00<br>300.00/hr | 1,500.00 |
| 8/28/2005 | Review documents and draft Initial Disclosures. | 5.00<br>300.00/hr | 1,500.00 |
| 8/29/2005 | Review documents and draft Initial Disclosures. | 5.00<br>300.00/hr | 1,500.00 |
| 8/30/2005 | Phone call to Client. | 0.10<br>300.00/hr | 30.00 |
| 8/31/2005 | Review document disclosure filed by defendants. | 0.20<br>300.00/hr | 60.00 |
| 9/21/2005 | Phone call to Client. | 0.10<br>300.00/hr | 30.00 |
| 11/7/2005 | Conference with client re: Document disclosures. | 0.40<br>300.00/hr | 120.00 |
| 11/29/2005 | Develop discovery plan. | 1.50<br>300.00/hr | 450.00 |
| 11/30/2005 | Draft Document Requests. | 2.60<br>300.00/hr | 780.00 |
| | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 12/8/2005 | Conference with client re: Document requests. | 0.50<br>300.00/hr | 150.00 |
| 1/8/2006 | Review Defendant's First Request for Production of Documents and Interrogatories. Discuss with client. | 0.90<br>300.00/hr | 270.00 |
| 1/10/2006 | Review and respond to email from counsel regarding discovery. | 0.20<br>300.00/hr | 60.00 |
| | Review correspondence from counsel and revise discovery plan. | 0.50<br>300.00/hr | 150.00 |
| 1/11/2006 | Review six email messages and attachments from client and respond to emails. | 0.40<br>300.00/hr | 120.00 |
| 1/12/2006 | Letter to Attorney Skrip. | 0.10<br>300.00/hr | 30.00 |

Kimberly Stoyle                                                                              Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/12/2006 | Draft Motion to Extend Tracking Order. | 0.50<br>300.00/hr | 150.00 |
|  | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 1/13/2006 | Consult with counsel on Motion to Extend Scheduling Order. Review and revise Motion. | 0.50<br>300.00/hr | 150.00 |
|  | Review four email messages and attachments from client and respond to emails. | 0.30<br>300.00/hr | 90.00 |
| 1/18/2006 | Conference with client re: Answers to Discovery. | 0.70<br>300.00/hr | 210.00 |
|  | Review four email messages and attachments from client and respond to emails. | 0.20<br>300.00/hr | 60.00 |
| 1/19/2006 | Review and respond to email correspondence from counsel regarding discovery issues. | 0.20<br>300.00/hr | 60.00 |
| 1/26/2006 | Letter to client. | 0.20<br>300.00/hr | 60.00 |
| 1/27/2006 | Review four email messages and attachments from client and respond to emails. | 0.20<br>300.00/hr | 60.00 |
| 1/30/2006 | Review three email messages and attachments from client and respond to emails. | 0.20<br>300.00/hr | 60.00 |
| 1/31/2006 | Phone call to client. | 0.20<br>300.00/hr | 60.00 |
| 2/3/2006 | Review and respond to seven email messages from 2/2 to 2/3 from client and review attachments. | 0.20<br>300.00/hr | 60.00 |
| 2/8/2006 | Review and respond to eleven email messages from 2/6 to 2/8 from client and review attachments. | 0.30<br>300.00/hr | 90.00 |
| 2/10/2006 | Review documents and respond to discovery requests. | 2.50<br>300.00/hr | 750.00 |
|  | Conference with client re: Answers to discovery. | 0.30<br>300.00/hr | 90.00 |
| 2/11/2006 | Call to Attorney Skrip and follow-up letter. | 0.20<br>300.00/hr | 60.00 |
| 2/12/2006 | Preparation for continued depositionof Kimberly Stoyle including review file, transcripts, devleop outine, conference with client, review transcripts. | 5.60<br>300.00/hr | 1,680.00 |

Kimberly Stoyle                                                                                            Page    5

|  | Hrs/Rate | Amount |
|---|---|---|
| 2/13/2006 Deposition of Kimberly Stoyle, including travel and meeting with client. | 8.50<br>300.00/hr | 2,550.00 |
| Review for deposition. | 1.50<br>300.00/hr | 450.00 |
| 2/15/2006 Research case consolidation.  Review law and cases. | 1.00<br>300.00/hr | 300.00 |
| Phone call to client re: Discovery. | 0.60<br>300.00/hr | 180.00 |
| 2/16/2006 Draft second set of document requests. | 2.20<br>300.00/hr | 660.00 |
| 2/20/2006 Review documents and respond to discovery requests. | 1.30<br>300.00/hr | 390.00 |
| 2/23/2006 Phone call to Client. | 0.10<br>300.00/hr | 30.00 |
| 2/28/2006 Preparation for deposition of Gary Babin. | 2.00<br>300.00/hr | 600.00 |
| Phone call to client re: Develop facts for Babin deposition. | 0.30<br>300.00/hr | 90.00 |
| 3/1/2006 Preparation for Deposition of Gary Babin. | 1.50<br>300.00/hr | 450.00 |
| Meeting with client. | 0.75<br>300.00/hr | 225.00 |
| Deposition of Gary Babin. | 4.00<br>300.00/hr | 1,200.00 |
| 3/9/2006 Review twelve email messages and attachments from 3/6 to 3/9 from client and respond to emails. | 0.30<br>300.00/hr | 90.00 |
| 3/13/2006 Review documents subpoenaed from Richard Boucher and Bea Kearney. | 1.60<br>300.00/hr | 480.00 |
| 3/14/2006 Review documents produced in discovery. | 4.00<br>300.00/hr | 1,200.00 |
| Phone call to Client. | 0.10<br>300.00/hr | 30.00 |
| 3/21/2006 Prepare for deposition of Roger Achille. | 1.00<br>300.00/hr | 300.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/21/2006 | Phone call to Client. | 0.30<br>300.00/hr | 90.00 |
| | Phone call to Client. | 0.10<br>300.00/hr | 30.00 |
| 3/23/2006 | Draft answers to interrogatories. | 2.50<br>300.00/hr | 750.00 |
| 3/27/2006 | Meeting with client to review documents and discovery requests. | 3.50<br>300.00/hr | 1,050.00 |
| | Conference with client re: Deposition. | 1.00<br>300.00/hr | 300.00 |
| 3/28/2006 | Research case consolidation. Review cases. | 0.70<br>300.00/hr | 210.00 |
| 3/29/2006 | Review and outline D'Agostino deposition transcripts from Beliveau case. | 5.00<br>300.00/hr | 1,500.00 |
| 3/30/2006 | Draft Second Request for Production of Documents. | 1.50<br>300.00/hr | 450.00 |
| 4/2/2006 | Conference with client re: D'Agostino testimony. | 0.50<br>300.00/hr | 150.00 |
| 4/3/2006 | Phone call from Client. | 0.50<br>300.00/hr | 150.00 |
| 4/5/2006 | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 4/6/2006 | Conference call with Atty. Balliro. | 0.40<br>300.00/hr | 120.00 |
| 4/7/2006 | Phone call to Client. | 0.30<br>300.00/hr | 90.00 |
| | Review Motions to Consolidate and Motions to Add Counterclaims filed in Stoyle and Beliveau cases. | 0.70<br>300.00/hr | 210.00 |
| 4/10/2006 | Research case law on civil conspiracy, counterclaims in civil rights cases. Review cases. | 1.50<br>300.00/hr | 450.00 |
| | Phone call to client. | 0.20<br>300.00/hr | 60.00 |
| | Letter to Attorney Ecker. | 0.30<br>300.00/hr | 90.00 |

Kimberly Stoyle

| | Hrs/Rate | Amount |
|---|---|---|
| 4/11/2006 Research for opposition to consolidation and counterclaims.  Review cases and articles. | 1.50 300.00/hr | 450.00 |
| 4/13/2006 Participate in Court Hearing via telephone conference. | 1.00 300.00/hr | 300.00 |
| Phone call to Client re: Court hearing/Motions. | 0.60 300.00/hr | 180.00 |
| Preparation for Court Hearing. | 1.00 300.00/hr | 300.00 |
| Phone call to Attorney Balliro. | 0.20 300.00/hr | 60.00 |
| Phone call to Attorney Balliro. | 0.30 300.00/hr | 90.00 |
| 4/14/2006 Phone call to Attorney Balliro. | 0.20 300.00/hr | 60.00 |
| 4/17/2006 Draft Opposition to Motion to Amend. | 2.00 300.00/hr | 600.00 |
| Draft Opposition to Motion to Consolidate. | 3.50 300.00/hr | 1,050.00 |
| 4/18/2006 Phone call to Attorney Griffin. | 0.20 300.00/hr | 60.00 |
| Draft Opposition to Motion to Consolidate. | 2.50 300.00/hr | 750.00 |
| Conference call with counsel re: Motions. | 0.40 300.00/hr | 120.00 |
| 4/19/2006 Draft Opposition to Motion to Amend. | 2.00 300.00/hr | 600.00 |
| 4/20/2006 Review cases and finalize Opposition to motions. | 3.00 300.00/hr | 900.00 |
| 4/21/2006 Review of Beliveau docket and filings. | 1.50 300.00/hr | 450.00 |
| 5/1/2006 Attend motion hearing, including travel. | 2.50 300.00/hr | 750.00 |
| Meeting with Client. | 0.50 300.00/hr | 150.00 |

Kimberly Stoyle                                                                                    Page    8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2006 | Preparation for hearing. | 1.00<br>300.00/hr | 300.00 |
| 5/3/2006 | Review Lampke Report | 1.40<br>300.00/hr | 420.00 |
|  | Review and consult with counsel on Proposed Scheduling Order. | 0.20<br>300.00/hr | 60.00 |
| 5/8/2006 | Confer with counsel re: scheduling order. | 0.20<br>300.00/hr | 60.00 |
| 5/9/2006 | Phone call to Attorney Kesten; Review final version of Scheduling Order. | 0.20<br>300.00/hr | 60.00 |
| 5/31/2006 | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 6/2/2006 | Letter to Attorney Ecker. | 0.10<br>300.00/hr | 30.00 |
| 6/9/2006 | Review email correspondence regarding discovery issues. | 0.10<br>300.00/hr | 30.00 |
| 6/12/2006 | Review correspondence from Attorney Griffin and begin review of Beliveau discovery documents produced electronically on seven CDs. | 1.30<br>300.00/hr | 390.00 |
| 6/13/2006 | Phone call to client re: Beliveau discovery. | 0.30<br>300.00/hr | 90.00 |
|  | Phone call from Attorney Ecker. | 0.10<br>300.00/hr | 30.00 |
|  | Review correspondence from Attorney Ecker and revise discovery plan. | 0.40<br>300.00/hr | 120.00 |
| 6/14/2006 | Letter to Attorney Ecker. | 0.60<br>300.00/hr | 180.00 |
|  | Phone calls to and from Attorney Griffin. | 0.20<br>300.00/hr | 60.00 |
|  | Review discovery documents from Beliveau case provided electronically. | 3.00<br>300.00/hr | 900.00 |
|  | Review correspondence from Attorney Ecker. | 0.10<br>300.00/hr | 30.00 |
| 6/16/2006 | Letter to Attorney Ecker. | 0.30<br>300.00/hr | 90.00 |

Kimberly Stoyle                                                                                    Page    9

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/16/2006 | Review deposition transcript of Lou Costa. | 1.00<br>300.00/hr | 300.00 |
|  | Review eighteen-page summary of facts from client. | 0.40<br>300.00/hr | 120.00 |
| 6/18/2006 | Review deposition transcripts of George Figuerado and Michael Gelbwasser. | 3.00<br>300.00/hr | 900.00 |
| 6/19/2006 | Draft second set of Interrogatories. | 1.50<br>300.00/hr | 450.00 |
|  | Phone call to Client. | 0.10<br>300.00/hr | 30.00 |
| 6/20/2006 | Phone call to Attorney Griffin. | 0.10<br>300.00/hr | 30.00 |
|  | Draft second Request for Production of Documents. | 1.50<br>300.00/hr | 450.00 |
| 6/21/2006 | Finalize second set of Interrogatories and Request for Production of Documents. | 1.00<br>300.00/hr | 300.00 |
|  | Review Confidentiality Agreement | 0.30<br>300.00/hr | 90.00 |
| 6/22/2006 | Review correspondence from Attorney Ecker.  Discuss discovery plan with client. | 0.30<br>300.00/hr | 90.00 |
| 7/5/2006 | Review correspondence from Attorney Ecker. | 0.10<br>300.00/hr | 30.00 |
| 7/14/2006 | Confer with counsel re:  Deposition schedule. | 0.20<br>300.00/hr | 60.00 |
|  | Letter to Attorney Ecker. | 0.20<br>300.00/hr | 60.00 |
| 7/21/2006 | Review Vol. I and Vol. II deposition transcripts of Richard Boucher taken in Beliveau case. | 4.00<br>300.00/hr | 1,200.00 |
|  | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 7/22/2006 | Prepare outline for deposition of Richard Boucher. | 2.70<br>300.00/hr | 810.00 |
|  | Review documents provided by defendant on CD. | 4.00<br>300.00/hr | 1,200.00 |

Kimberly Stoyle

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/22/2006 | Phone call to client re: Develop facts for Boucher deposition. | 0.50 300.00/hr | 150.00 |
| 7/24/2006 | Review documents provided by defendant on CD. | 3.00 300.00/hr | 900.00 |
|  | Phone calls to Client re: Documents produced in discovery. | 0.90 300.00/hr | 270.00 |
|  | Review documents provided by Dr. Believeau and defendant on CD. | 2.00 300.00/hr | 600.00 |
|  | Review documents provided by Richard Boucher in preparation for deposition. | 1.50 300.00/hr | 450.00 |
|  | Review documents provided by defendant and Dr. Beliveau on CD. | 2.50 300.00/hr | 750.00 |
| 7/25/2006 | Meeting with client prior to deposition. | 1.00 300.00/hr | 300.00 |
|  | Deposition of Richard Boucher. | 6.00 300.00/hr | 1,800.00 |
|  | Phone call to Client re: Follow up to Boucher deposition. | 0.50 300.00/hr | 150.00 |
| 7/27/2006 | Revise Interrogatories to John D'Agostino, as per defendant request. | 0.40 300.00/hr | 120.00 |
| 7/28/2006 | Revise Interrogatories. Phone call to Attorney Griffin. | 0.70 300.00/hr | 210.00 |
| 8/1/2006 | Preparation for deposition of John D'Agostino: Review Vol. I of deposition of John D'Agostino taken in Beliveau case. | 3.00 300.00/hr | 900.00 |
| 8/2/2006 | Preparation for deposition of John D'Agostino: Review Vol. II of D'Agostino deposition taken in Beliveau case. | 4.00 300.00/hr | 1,200.00 |
| 8/3/2006 | Preparation for deposition of John D'Agostino: Review Vol. III and IV of D'Agostino depositions taken in Beliveau case. | 5.00 300.00/hr | 1,500.00 |
| 8/4/2006 | Phone call to Client re: Develop facts for D'Agostino deposition. | 0.50 300.00/hr | 150.00 |
|  | Review depostion transcript of Gary Babin taken in Beliveau case. | 2.00 300.00/hr | 600.00 |
|  | Prepare for deposition of John D'Agostino including review documents produced on CD by defendant, develop deposition outline. | 8.00 300.00/hr | 2,400.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/5/2006 | Prepare for deposition of John D'Agostino including review documents produced on CD by defendant, develop deposition outline. | 8.00 300.00/hr | 2,400.00 |
| 8/6/2006 | Prepare for deposition of John D'Agostino including review documents produced on CD by defendant, develop deposition outline.  Review deposition of Gary Babin taken in Stoyle case. | 8.00 300.00/hr | 2,400.00 |
| 8/8/2006 | Deposition of John D'Agostino. | 8.00 300.00/hr | 2,400.00 |
| | Meeting with client prior to deposition. | 1.00 300.00/hr | 300.00 |
| 8/9/2006 | Prepare for deposition of Lou Amoruso including review and summarize two prior deposition transcripts, review documents produced on CD by defendant, develop deposition outline.  Prepare for deposition of Daniel Donovan including review documents and develop outline. | 8.00 300.00/hr | 2,400.00 |
| 8/10/2006 | Meeting with client prior to deposition. | 1.00 300.00/hr | 300.00 |
| | Deposition of Lou Amoruso. | 2.00 300.00/hr | 600.00 |
| | Deposition of Daniel Donovan. | 2.00 300.00/hr | 600.00 |
| 8/11/2006 | Phone call to client re:  Discovery issues. | 0.30 300.00/hr | 90.00 |
| 8/14/2006 | Prepare for deposition of Steven MacCaffrie. | 2.00 300.00/hr | 600.00 |
| 8/15/2006 | Deposition of Steven MacCaffrie.  Consult with client and counsel at conclusion of deposition. | 5.00 300.00/hr | 1,500.00 |
| | Meeting with client prior to deposition. | 1.00 300.00/hr | 300.00 |
| 8/16/2006 | Phone call to Attorney Kesten re: Deposition schedule. | 0.10 300.00/hr | 30.00 |
| 8/21/2006 | Phone call from Attorney Griffin re: Discovery issues. | 0.10 300.00/hr | 30.00 |
| 9/6/2006 | Review correspondence from Attorney Ecker and revise discovery plan. | 0.20 300.00/hr | 60.00 |
| 9/7/2006 | Review Vol. I deposition transcript of Bea Kearney taken in Beliveau case. | 2.50 300.00/hr | 750.00 |

Kimberly Stoyle

| | Hrs/Rate | Amount |
|---|---|---|
| 9/7/2006 Phone calls to Susan Jacobs re: Discovery issues. | 0.20<br>300.00/hr | 60.00 |
| 9/8/2006 Review Vol. II deposition transcript of Bea Kearney taken in Beliveau case. Review documents provided by Bea Kearney and by Kimberly Stoyle. | 5.00<br>300.00/hr | 1,500.00 |
| 9/10/2006 Develop outline for deposition of Bea Kearney. | 3.00<br>300.00/hr | 900.00 |
| 9/11/2006 Prepare for deposition of Bea Kearney. Review documents provided by defendant and by Dr. Beliveau on CD. Develop deposition outline. | 3.00<br>300.00/hr | 900.00 |
| Conference with client re: Develop facts for Bea Kearney deposition. | 0.80<br>300.00/hr | 240.00 |
| 9/12/2006 Deposition of Bea Kearney. | 3.50<br>300.00/hr | 1,050.00 |
| Meeting with client prior to deposition. | 1.00<br>300.00/hr | 300.00 |
| 9/13/2006 Phone call from client re: Follow-up on deposition of Bea Kearney. | 0.50<br>300.00/hr | 150.00 |
| 9/15/2006 Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 9/29/2006 Preparation for deposition of Roger Achille including review documents and prepare outline. | 2.00<br>300.00/hr | 600.00 |
| Phone call to Client. | 0.10<br>300.00/hr | 30.00 |
| 9/30/2006 Preparation for deposition of Roger Achille including review documents and prepare outline. | 2.00<br>300.00/hr | 600.00 |
| Deposition of Roger Achille. | 3.30<br>300.00/hr | 990.00 |
| Round trip travel to deposition. | 0.75<br>300.00/hr | 225.00 |
| 10/3/2006 Phone call to Attorney Griffin re: discovery. | 0.10<br>300.00/hr | 30.00 |
| Email correspondence with Attorney Griffin. Review attachments. | 0.20<br>300.00/hr | 60.00 |
| 10/4/2006 Preparation for deposition of Eileen Plant. | 0.50<br>300.00/hr | 150.00 |

Kimberly Stoyle

Page   13

| | Hrs/Rate | Amount |
|---|---|---|
| 10/4/2006 Compare documents assembled for response to discovery to determine if they were previously exchanged in the Beliveau matter, to avoid duplicative production. | 1.00 300.00/hr | 300.00 |
| 10/5/2006 Deposition of Eileen Plant, including travel and conference with client. | 3.00 300.00/hr | 900.00 |
| 10/6/2006 Deposition of Ron DeCurzio, inlcuidng travel, meeting with client. | 3.00 300.00/hr | 900.00 |
| 10/7/2006 Phone call to client re: Develop facts for deposition of David McCarter. | 0.30 300.00/hr | 90.00 |
| 10/11/2006 Prepare for deposition of David McCarter | 3.00 300.00/hr | 900.00 |
| Compare documents assembled for response to discovery to determine if they were previously exchanged in the Beliveau matter, to avoid duplicative production. | 1.30 300.00/hr | 390.00 |
| 10/12/2006 Prepare for dsposition of Michael McCue. | 2.00 300.00/hr | 600.00 |
| Phone call to client. | 0.40 300.00/hr | 120.00 |
| 10/13/2006 Deposition of Michael McCue (2.5); Deposition of David McCarter (.5); Meeting with Client (1.0); Travel to deposition (1.0). | 5.00 300.00/hr | 1,500.00 |
| 10/19/2006 Phone call to Attorney Kesten. | 0.10 300.00/hr | 30.00 |
| Phone call to Attorney Griffin. | 0.10 300.00/hr | 30.00 |
| Phone call to Clerk of Court. | 0.10 300.00/hr | 30.00 |
| Phone call to Attorney Kesten. | 0.10 300.00/hr | 30.00 |
| 10/20/2006 Phone call to Attorney Kesten. | 0.10 300.00/hr | 30.00 |
| 11/9/2006 Phone call to Attorney Balliro. | 0.10 300.00/hr | 30.00 |
| Phone call to Client. | 0.20 300.00/hr | 60.00 |

Kimberly Stoyle                                                                    Page    14

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/21/2006 | Compare documents assembled for response to discovery to determine if they were previously exchanged in the Beliveau matter, to avoid duplicative production. | 1.30<br>300.00/hr | 390.00 |
| 12/11/2006 | Phone call to Attorney Griffin. | 0.20<br>300.00/hr | 60.00 |
|  | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 1/2/2007 | Phone call to Attorney Jacobs. | 0.10<br>300.00/hr | 30.00 |
|  | Phone call to client. | 0.30<br>300.00/hr | 90.00 |
|  | Phone call to Attorney Griffin. | 0.10<br>300.00/hr | 30.00 |
| 1/5/2007 | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 1/6/2007 | Draft Motion to Modify Trial Schedule.  Consult with counsel on Motion. | 0.70<br>300.00/hr | 210.00 |
| 1/11/2007 | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 1/26/2007 | Phone call to client re: Potential experts. | 0.50<br>300.00/hr | 150.00 |
| 1/31/2007 | Review Beliveau expert disclosures and discuss with counsel. | 0.20<br>300.00/hr | 60.00 |
| 2/2/2007 | Phone call to client re: Subpoena for employment records. | 0.30<br>300.00/hr | 90.00 |
|  | Phone call to Attorney Jacobs. | 0.20<br>300.00/hr | 60.00 |
| 2/17/2007 | Draft responses to interrogatories. | 1.00<br>300.00/hr | 300.00 |
| 2/20/2007 | Review and summarize deposition transcript of Roger Achille. | 2.00<br>300.00/hr | 600.00 |
| 2/21/2007 | Review and summarize deposition transcripts of Michael McCue. | 3.00<br>300.00/hr | 900.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/2/2007 | Review Motion for Judgment on Pleadings. | 0.50 300.00/hr | 150.00 |
| 3/3/2007 | Review deposition transcript of Daniel Donovan. | 1.50 300.00/hr | 450.00 |
| | Review/Analyze Motion for Summary Judgment and attachments. | 1.00 300.00/hr | 300.00 |
| 3/5/2007 | Review deposition summaries of Lou Amoruso. | 1.20 300.00/hr | 360.00 |
| | Draft Opposition to Motion for Summary Judgment. | 0.50 300.00/hr | 150.00 |
| | Phone call to client re:  Motion for Summary Judgment. | 0.50 300.00/hr | 150.00 |
| | Research liability for public officials/retaliation.  Review cases. | 1.70 300.00/hr | 510.00 |
| | Prepare for day two of deposition of Michael McCue including review of email, meeting minutes, Selectmen bylaws. | 3.00 300.00/hr | 900.00 |
| 3/6/2007 | Deposition of Michael McCue. | 2.50 300.00/hr | 750.00 |
| 3/8/2007 | Additional research summary judgment issues including pre-emption, review cases. | 2.00 300.00/hr | 600.00 |
| | Draft Opposition to Motion for Summary Judgment. | 2.00 300.00/hr | 600.00 |
| 3/9/2007 | Phone call to client. | 0.50 300.00/hr | 150.00 |
| | Draft Opposition to Motion for Summary Judgment. | 3.50 300.00/hr | 1,050.00 |
| 3/10/2007 | Draft Opposition to Motion for Summary Judgment. | 7.00 300.00/hr | 2,100.00 |
| 3/11/2007 | Draft Opposition to Motion for Summary Judgment. | 3.50 300.00/hr | 1,050.00 |
| | Meeting with Client. | 1.00 300.00/hr | 300.00 |
| | Prep for deposition of Kimberly Stoyle. | 1.50 300.00/hr | 450.00 |

Kimberly Stoyle                                                                                    Page    16

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/12/2007 | Meeting with client (1.0); Travel to deposition (1.0); Deposition of Kimberly Stoyle (2.0). | 4.00 300.00/hr | 1,200.00 |
| | Review deposition transcripts to respond to Summary Judgment. | 3.00 300.00/hr | 900.00 |
| | Phone call to client. | 0.50 300.00/hr | 150.00 |
| | Revew deposition transcript of Steven MacCaffrie. | 2.50 300.00/hr | 750.00 |
| 3/13/2007 | Review/summarize transcripts. | 5.00 300.00/hr | 1,500.00 |
| 3/14/2007 | Review and prepare for deposition of James Goulet. | 2.00 300.00/hr | 600.00 |
| | Review expert reports. | 0.50 300.00/hr | 150.00 |
| | Draft Opposition to Motion for Summary Judgment. | 5.00 300.00/hr | 1,500.00 |
| | Phone call from client re: Report from John Sullivan. | 0.50 300.00/hr | 150.00 |
| | Review and respond to email correspondence and attachments from Attorney Griffin. | 0.20 300.00/hr | 60.00 |
| 3/15/2007 | Continue research on Summary Judgment issues.  Review cases. | 4.00 300.00/hr | 1,200.00 |
| | Conference with Attorney Balliro. | 0.20 300.00/hr | 60.00 |
| | Roundtrip travel to deposition. | 0.75 300.00/hr | 225.00 |
| | Deposition of James Goulet. | 1.50 300.00/hr | 450.00 |
| 3/16/2007 | Phone call from Attorney Balliro. | 0.20 300.00/hr | 60.00 |
| | Phone call to client re: Guaraldi Report. | 0.50 300.00/hr | 150.00 |
| | Review eight email messages and attachments from client and respond to emails. | 0.40 300.00/hr | 120.00 |

Kimberly Stoyle                                                                                   Page    17

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/17/2007 | Consult with expert accountant in preparation for deposition of John Sullivan. | 1.00<br>300.00/hr | 300.00 |
|  | Review cases re: Opposition. | 1.50<br>300.00/hr | 450.00 |
| 3/18/2007 | Draft Opposition to Motion for Summary Judgment. | 9.50<br>300.00/hr | 2,850.00 |
| 3/19/2007 | Preparation for deposition of John Sullivan. | 4.00<br>300.00/hr | 1,200.00 |
|  | Phone call to client re: Develop facts for deposition of John Sullivan. | 0.60<br>300.00/hr | 180.00 |
|  | Draft Opposition to Motion for Summary Judgment. | 2.00<br>300.00/hr | 600.00 |
| 3/20/2007 | Deposition of John Sullivan including travel. | 6.00<br>300.00/hr | 1,800.00 |
|  | Meeting with client. | 1.00<br>300.00/hr | 300.00 |
| 3/21/2007 | Prepare for deposition of Robert Guaraldi. | 2.30<br>300.00/hr | 690.00 |
|  | Confer with computer expert on Guaraldi report in preparation for deposition. | 1.00<br>300.00/hr | 300.00 |
| 3/22/2007 | Deposition of Robert Guaraldi including travel. | 3.30<br>300.00/hr | 990.00 |
|  | Case conference with Attorneys Balliro and Griffin. | 0.50<br>300.00/hr | 150.00 |
|  | Phone call to client re: Deposition of Robert Guaraldi. | 0.40<br>300.00/hr | 120.00 |
| 3/24/2007 | Draft Opposition to Motion for Summary Judgment. | 7.50<br>300.00/hr | 2,250.00 |
| 3/25/2007 | Draft Opposition to Motion for Summary Judgment. | 6.50<br>300.00/hr | 1,950.00 |
| 3/26/2007 | Draft Opposition to Motion for Summary Judgment. | 7.50<br>300.00/hr | 2,250.00 |
|  | Phone call to client re: Opposition to Motion for Summary Judgment. | 0.40<br>300.00/hr | 120.00 |

Kimberly Stoyle                                                                                          Page    18

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/27/2007 | Draft Opposition to Motion for Summary Judgment. | 2.00<br>300.00/hr | 600.00 |
|  | Deposition of Cheryl Bouldry. | 1.20<br>300.00/hr | 360.00 |
|  | Case conference with Attorney Griffin after deposition. | 0.20<br>300.00/hr | 60.00 |
|  | Roundtrip travel to deposition. | 2.00<br>300.00/hr | 600.00 |
|  | Research immunity. Review cases. | 1.50<br>300.00/hr | 450.00 |
|  | Draft affidavit. | 0.30<br>300.00/hr | 90.00 |
|  | Review exhibits to Opposition. | 1.00<br>300.00/hr | 300.00 |
|  | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
|  | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 3/29/2007 | Draft Statement of Facts; draft objection to defendant Statement of Facts; research negligent/intentional failure to supervise, review cases. | 4.00<br>300.00/hr | 1,200.00 |
| 3/30/2007 | Finalize Opposition to Motion for Summary Judgment. | 8.00<br>300.00/hr | 2,400.00 |
|  | Review Opposition to Motion for Judgment on the Pleadings. | 0.30<br>300.00/hr | 90.00 |
|  | Review Motion to Compel filed in Beliveau matter. | 0.40<br>300.00/hr | 120.00 |
|  | Consult with counsel on Joint Motion to Extend Discovery. | 0.20<br>300.00/hr | 60.00 |
|  | Review email correspondence and attachments from Attorney Griffin. | 0.20<br>300.00/hr | 60.00 |
| 4/11/2007 | Review and respond to four email messages from client with attachments. Review attachments. | 0.30<br>300.00/hr | 90.00 |
| 4/13/2007 | Review Opposition to Motion to Compel. | 0.30<br>300.00/hr | 90.00 |

Kimberly Stoyle                                                                                           Page    19

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/17/2007 | Review Motion for Leave to Amend Complaint. | 0.40<br>300.00/hr | 120.00 |
| 4/18/2007 | Prepare for court hearing on summary judgment. | 0.75<br>300.00/hr | 225.00 |
|  | Court hearing including travel. | 1.50<br>300.00/hr | 450.00 |
|  | Meeting with client. | 0.75<br>300.00/hr | 225.00 |
|  | Review Motion to Certify Question to Supreme Judicial Court. | 0.60<br>300.00/hr | 180.00 |
| 4/25/2007 | Review for deposition of David McCarter. | 1.50<br>300.00/hr | 450.00 |
| 4/26/2007 | Meeting with Client. | 1.00<br>300.00/hr | 300.00 |
|  | Deposition of David McCarter. | 3.50<br>300.00/hr | 1,050.00 |
| 4/28/2007 | Phone call to Client. | 0.20<br>300.00/hr | 60.00 |
| 4/30/2007 | Review emails and attachments from client and respond to emails. | 0.50<br>300.00/hr | 150.00 |
|  | Review four email messages and attachments from client and respond to emails. | 0.20<br>300.00/hr | 60.00 |
| 5/5/2007 | Review documents and develop exhibit list for trial. | 10.00<br>300.00/hr | 3,000.00 |
| 5/7/2007 | Review deposition transcript of Bradford Wills taken in Beliveau case, discuss facts with client, develop outline for deposition. | 2.50<br>300.00/hr | 750.00 |
| 5/8/2007 | Meeting with Attorney Balfiro including travel. | 4.00<br>300.00/hr | 1,200.00 |
|  | Deposition of Brad Wills including travel. | 4.00<br>300.00/hr | 1,200.00 |
| 5/9/2007 | Review documents and develop exhibit list for trial. | 2.00<br>300.00/hr | 600.00 |
|  | Follow up on case conference; review chronology; review documents. | 1.00<br>300.00/hr | 300.00 |

Kimberly Stoyle

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/9/2007 | Phone call from client re: Trial issues. | 0.40<br>300.00/hr | 120.00 |
| 5/10/2007 | Develop trial strategy. | 1.00<br>300.00/hr | 300.00 |
| 5/11/2007 | Review Defendant's Emergency Motion to Extend Discovery and discuss with client. | 0.30<br>300.00/hr | 90.00 |
|  | Phone call to client re: Exhibit list. | 0.50<br>300.00/hr | 150.00 |
|  | Phone call to Dr. Beliveau re: Exhibit list. | 0.50<br>300.00/hr | 150.00 |
| 5/12/2007 | Trial Preparation including review of hard copy documents and documents on CD rom, develop exhibit list. | 10.00<br>300.00/hr | 3,000.00 |
| 5/13/2007 | Trial Preparation including review of hard copy documents and documents on CD rom, develop exhibit list. | 2.00<br>300.00/hr | 600.00 |
| 5/14/2007 | Draft Opposition to Emergency Motion to Extend Discovery and consult with counsel. | 0.60<br>300.00/hr | 180.00 |
|  | Conference with client in preparation for trial. | 0.40<br>300.00/hr | 120.00 |
|  | Review Beliveau Opposition to Emergency Motion to Extend Discovery. | 0.20<br>300.00/hr | 60.00 |
|  | Review email and attachments from client and respond to email. | 0.20<br>300.00/hr | 60.00 |
| 5/15/2007 | Trial Preparation including review of hard copy documents and documents on CD rom, develop exhibit list. | 10.00<br>300.00/hr | 3,000.00 |
|  | Review eighteen email messages and attachments from client and respond to emails. | 0.40<br>300.00/hr | 120.00 |
| 5/16/2007 | Conference with client in preparation for trial. | 0.70<br>300.00/hr | 210.00 |
|  | Preparation for trial including review/outline MCAD deposition transcript of Kimberly Stoyle. | 5.00<br>300.00/hr | 1,500.00 |
| 5/17/2007 | Trial preparation including review documents and review/outline Vol. I deposition transcript of Kimberly Stoyle. | 8.00<br>300.00/hr | 2,400.00 |
| 5/18/2007 | Trial preparation including review of transcripts, documents and CD's provided by the defendants. | 8.00<br>300.00/hr | 2,400.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/19/2007 | Trial preparation including review and outline Vol. II of deposition transcript of Kimberly Stoyle. | 4.00 300.00/hr | 1,200.00 |
| 5/20/2007 | Trial preparation including review/outline deposition transcripts and documents on CD, develop exhibit list. | 8.00 300.00/hr | 2,400.00 |
| 5/21/2007 | Preparation for trial including reveiw/outline deposition transcripts and review documents on CD provided by defendants, develop exhibit list. | 8.00 300.00/hr | 2,400.00 |
| | Conference with client re: trial issues. | 0.40 300.00/hr | 120.00 |
| | Review nine email messages and attachments from client and respond to emails. | 0.30 300.00/hr | 90.00 |
| 5/22/2007 | Trial preparation including review of deposition transcripts and documents on CD, develop exhibit list. | 8.00 300.00/hr | 2,400.00 |
| | Call to client re: trial issues. | 0.30 300.00/hr | 90.00 |
| | Review three email messages and attachments from client and respond to emails. | 0.10 300.00/hr | 30.00 |
| 5/23/2007 | Conference with client on trial issues. | 0.50 300.00/hr | 150.00 |
| | Preparation for trial including review/outlilne of deposition transcripts and review documents on CD, develop exhibit list. | 8.00 300.00/hr | 2,400.00 |
| 5/24/2007 | Preparation for trial including review deposition transcripts, documents, and create cutline for direct examination of witnesses. | 4.00 300.00/hr | 1,200.00 |
| | Review two email messages and attachments from client and respond to emails. | 0.10 300.00/hr | 30.00 |
| 5/25/2007 | Call to Christine Griffin re: discovery of electronic data and trial preparation. | 0.20 300.00/hr | 60.00 |
| | Preparation for trial including review of deposition transcripts and documents. | 4.00 300.00/hr | 1,200.00 |
| 5/26/2007 | Preparation for trial including review/outline deposition transcripts, documents, outline testimony, develop exhibit list. | 8.00 300.00/hr | 2,400.00 |
| 5/27/2007 | Preparation for trial including review/outline deposition transcripts, review documents and outline testimony of James Goulet. | 7.50 300.00/hr | 2,250.00 |
| 5/28/2007 | Preparation for trial including review deposition transcripts, documents and prepare outline for trial. | 4.00 300.00/hr | 1,200.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/29/2007 | Research spoliation of evidence and review cases. | 1.50 300.00/hr | 450.00 |
| | Call from Attorney Griffin re: dicosvery of electronic data. | 0.20 300.00/hr | 60.00 |
| | Review documents and forward to Attorney Griffin in preparation for Motion for Sanctions. | 0.30 300.00/hr | 90.00 |
| | Review and respond to three email messages from client. | 0.10 300.00/hr | 30.00 |
| 5/30/2007 | Conference with client re: trial preparation. | 0.40 300.00/hr | 120.00 |
| | Conference with client re: trial preparation. | 0.40 300.00/hr | 120.00 |
| | Preparation for trial including outline of direct testimony of Kimberly Stoyle and review of deposition transcripts. | 1.50 300.00/hr | 450.00 |
| | Review file of media articles received from client. | 1.20 300.00/hr | 360.00 |
| 6/1/2007 | Prepare for trial including review transcripts, documents, review and revise Joint Motion for Sanctions; confer with Attorney Griffin on Motion. | 8.00 300.00/hr | 2,400.00 |
| | Review three email messages and attachments from client and respond to emails. | 0.20 300.00/hr | 60.00 |
| 6/2/2007 | Preparation for trial including review of documents, develop exhibit list, conference with client and counsel. | 8.00 300.00/hr | 2,400.00 |
| 6/3/2007 | Preparation for trial including review of documents and create index. | 8.00 300.00/hr | 2,400.00 |
| 6/4/2007 | Call from client (.3); Motions in Limine and Review documents (7.7). | 8.00 300.00/hr | 2,400.00 |
| | Email correspondence with Attorney Balliro re: Joint Exhibit List and pretrial issues. | 0.20 300.00/hr | 60.00 |
| | Review eight email messages and attachments from client and respond to emails. | 0.30 300.00/hr | 90.00 |
| 6/5/2007 | Call to Mass. Labor Relations Commission; Call to Attorney Griffin; Review documents; Consult with client; Prepare Pre-Trial Memo; Research for Motions in Limine.; Continue trial preparation. | 9.50 300.00/hr | 2,850.00 |

Kimberly Stoyle

| | Hrs/Rate | Amount |
|---|---|---|
| 6/5/2007 Email correspondence with counsel re: scheduling of depositions. | 0.20 300.00/hr | 60.00 |
| Review four email messages and attachments from client and respond to emails. | 0.20 300.00/hr | 60.00 |
| 6/6/2007 Trial Preparation including draft Pre-Trial Memo; Review documents; Outline Client direct testimony; Research/Draft Jury Instructions; Confer wtih client. | 8.50 300.00/hr | 2,550.00 |
| Review email and attachments from client and respond to email. | 0.30 300.00/hr | 90.00 |
| 6/7/2007 Exhibit Conference with Attorney Balliro including travel from Melrose to Boston.  Continue trial preparation. | 8.00 300.00/hr | 2,400.00 |
| Phone call from client re: preparation for trial. | 0.50 300.00/hr | 150.00 |
| Review four email messages and attachments from client and respond to emails. | 0.20 300.00/hr | 60.00 |
| 6/8/2007 Review motions in limine and pre-trial memo filed by parties.  Continue trial preparation, review documents, transcripts, outline testimony. | 8.00 300.00/hr | 2,400.00 |
| Review three email messages and attachments from client and respond to emails. | 0.20 300.00/hr | 60.00 |
| 6/9/2007 Preparation jury instructions including research and review cases.  Trial preparation including review case documents, legal analysis, develop trial strategy. | 10.00 300.00/hr | 3,000.00 |
| Phone call to Client. | 0.30 300.00/hr | 90.00 |
| Call to Attorney Balliro. | 0.30 300.00/hr | 90.00 |
| Email correspondence with counsel re: pretrial issues. | 0.20 300.00/hr | 60.00 |
| 6/10/2007 Trial Preparation including research jury instructions, prepare jury instructions, review documents, strategize. | 6.50 300.00/hr | 1,950.00 |
| Review deposition of Gary Babin. | 1.50 300.00/hr | 450.00 |
| Email correspondence with counsel re: rescheduling of depositions. | 0.20 300.00/hr | 60.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/11/2007 | Phone call from client. | 0.80<br>300.00/hr | 240.00 |
| | Review documents, complete jury instructions, start trial brief, review transcripts, outline testimony, review court filings, legal analysis of facts and claims. | 10.00<br>300.00/hr | 3,000.00 |
| | Review defendant's proposed jury instructions. | 0.50<br>300.00/hr | 150.00 |
| | Email correspondence with Attorney Balliro regarding difference in jury instructions for Beliveau and Stoyle cases. | 0.20<br>300.00/hr | 60.00 |
| | Review eight email messages and attachments from client and respond to emails. | 0.20<br>300.00/hr | 60.00 |
| 6/12/2007 | Case Connference at Attorney Balliro's office; Deposition of George Dentino including travel; Preparation for pretrial. | 6.50<br>300.00/hr | 1,950.00 |
| | Review Plaintiff Beliveau's Motion to Strike Defendant's Expert Witness. | 0.20<br>300.00/hr | 60.00 |
| | Review Defendant's Opposition to Plaintiff Stoyle's Motion in Limine. Conduct additional research on admissibility of LOPC finding. | 0.60<br>300.00/hr | 180.00 |
| | Review Supplemental Proposed Jury Instructions. | 0.30<br>300.00/hr | 90.00 |
| | Review Opposition to Motion for Sanctions. | 0.30<br>300.00/hr | 90.00 |
| 6/13/2007 | Preparation for pretrial including review and analysis of all Motions and Oppositions; (1.5) Attend pre-trial hearing including travel; Technology tutorial at courthouse. (4.0) Consult with client after hearing. (.5) Continue to review documents. | 6.00<br>300.00/hr | 1,800.00 |
| | Draft Motion to Dismiss, Trial Brief, Supplemental Jury Instructions and prepare for trial. | 8.00<br>300.00/hr | 2,400.00 |
| | Review Plaintiff Beliveau's Motion to Compel. | 0.40<br>300.00/hr | 120.00 |
| | Phone call to Client. | 0.60<br>300.00/hr | 180.00 |
| 6/14/2007 | Preparation for trial including review documents; prepare trial brief; prepare Motion to Dismiss; revise jury instructions; call to client; call/e-mail to Attorney Griffin. | 8.00<br>300.00/hr | 2,400.00 |

Kimberly Stoyle                                                                    Page    25

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/14/2007 | Email correspondence with Christine Griffin re: trial issues. Review attachments. | 0.30 300.00/hr | 90.00 |
| 6/15/2007 | Pre-tiral conference including travel, conference wtih client and court hearing. | 3.50 300.00/hr | 1,050.00 |
| | Review documents. | 2.00 300.00/hr | 600.00 |
| | Review defendant's exhibit list, assemble and review defendant's exhibits. | 2.00 300.00/hr | 600.00 |
| | Review Defendant's Oppositions and Responses to Motions. | 0.50 300.00/hr | 150.00 |
| | Research Title VII retaliation case law and adverse action. Review cases. | 1.50 300.00/hr | 450.00 |
| | Phone call to Client. | 0.30 300.00/hr | 90.00 |
| | Review four email messages and attachments from client and respond to emails. | 0.20 300.00/hr | 60.00 |
| | Review seven email messages and attachments from client and respond to emails. | 0.30 300.00/hr | 90.00 |
| 6/16/2007 | Review documents. | 10.00 300.00/hr | 3,000.00 |
| 6/17/2007 | Preparation for trial including review transcripts, prepare outlines, prepare opening statement. | 10.00 300.00/hr | 3,000.00 |
| 6/18/2007 | Court Appearance to select jury including travel. (5.00) Meet with client to prepare for tiral. (4.00); Review exhibit binders (3.00) | 12.00 300.00/hr | 3,600.00 |
| 6/19/2007 | Preparation for trial including meet with Attorney Balliro and Griffin to strategize on case. Review exhibit binders. Prepare testimony of Kimberly Stoyle. Review transcripts. | 12.00 300.00/hr | 3,600.00 |
| | Phone call to Client. | 0.50 300.00/hr | 150.00 |
| | Review Opposition to Motion to Strike Expert Witnesses. | 0.20 300.00/hr | 60.00 |
| | Email correspondence with counsel regarding order of witnesses and additional exhibits. | 0.20 300.00/hr | 60.00 |

Kimberly Stoyle                                                                                      Page    26

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/19/2007 | Email correspondence with Christine Griffin re: trial issues. | 0.20<br>300.00/hr | 60.00 |
| 6/20/2007 | Conference call with Attorney Balliro re: exhibits (.75); Conference call with all counsel re: exhibits (.5); Prepare opening statement; Review documents; Prepare for examination of Kimberly Stoyle; Continue trial prep. (13.5). | 14.75<br>300.00/hr | 4,425.00 |
|  | Email correspondence with Attorney Balliro re: Deposition testimony of Kimberly Stoyle. | 0.20<br>300.00/hr | 60.00 |
| 6/21/2007 | Prepare for trial before court (1.5); Roundtrip travel to court (1.0); Meet with client and set up for trial (1.0); trial (4.0); Reorganize Trial Notebook (1.0); Prepare for examination of Kimberly Stoyle, Ronald DeCurzio and Gary D'Ambra. (3.5). | 12.00<br>300.00/hr | 3,600.00 |
|  | Phone calls to and from Client. | 1.10<br>300.00/hr | 330.00 |
| 6/22/2007 | Preparation for trial before Court (1.50); Roundtrip travel to Court (1.0); Confer with client/counsel and set up for trial (1.0); Trial (4.0); Confer with client after trial (1.0); Review/research admissibility of settlement negotiations and continue trial preparation (3.5). | 12.00<br>300.00/hr | 3,600.00 |
| 6/23/2007 | Preparation for trial including draft proposed jury questions; opposition to admission of settlement negotiations; phone call to client; review deposition transcripts; review outline from examination of Kimberly Stoyle for redirect. Continue trial preparation. | 15.00<br>300.00/hr | 4,500.00 |
| 6/24/2007 | Preparation for trial including draft proposed jury questions; opposition to admission of settlement negotiations; call to client; review deposition transcripts; review outline from examination of Kimberly Stoyle for redirect. Continue trial preparation. | 10.00<br>300.00/hr | 3,000.00 |
|  | Review Defendant's Motion to Introduce Evidence of Settlement Negotiations. | 0.20<br>300.00/hr | 60.00 |
|  | Email correspondence with Attorney Balliro re: Research on Fed.R.Evid. 408. | 0.20<br>300.00/hr | 60.00 |
| 6/25/2007 | Court, travel, confer with client and counsel, court hearing, trial preparation. | 10.00<br>300.00/hr | 3,000.00 |
|  | Phone calls to and from Client. | 0.30<br>300.00/hr | 90.00 |
|  | Review Proposed Jury Questions and Supplemental Proposed Jury Instructions filed in Beliveau matter. | 0.30<br>300.00/hr | 90.00 |
| 6/26/2007 | Prepare for witness testimony prior to Court (1.5); Roundtrip travel to Court (1.0); Confer with counsel and client and set up for trial (1.0); Trial (2.0); Prepare for examination of Daniel Donovan (3.0); Review notes and prepare | 12.00<br>300.00/hr | 3,600.00 |

Kimberly Stoyle

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | for redirect examination of Kimberly Stoyle (3.0); Prepare for examination of Gary D'Ambra (.50). | | |
| 6/26/2007 | Phone call to Client. | 0.60<br>300.00/hr | 180.00 |
| 6/27/2007 | Prepare for witness testimony prior to Court (1.5); Roundtrip travel to Court (1.0); Confer with client and counsel and set up for trial (1.0); Trial (4.0); Trial preparation for Brad Wills' testimony (2.50); Trial preparation for continuation of Daniel Donovan (1.0). Continue trial preparation. | 11.00<br>300.00/hr | 3,300.00 |
| | Phone call to Client. | 0.50<br>300.00/hr | 150.00 |
| | Email correspondence with Attorney Balliro re: witness list. | 0.20<br>300.00/hr | 60.00 |
| | Review and respond to three email messages from client and review attached documents. | 0.20<br>300.00/hr | 60.00 |
| 6/28/2007 | Prepare for witness testimony prior to court (1.50); Roundtrip travel to Court (1.0); Meet with client and set up for trial (1.0); Trial (4.0); Case conference with counsel re: witness list and time limits; (.5); Prepare for testimony of James Goulet including review outlines, depositions, exhibits (2.00); Review transcripts of Selectmen to determine if designations would be utilized (3.0); Call to client (.5) | 13.50<br>300.00/hr | 4,050.00 |
| | Phone calls to Client. | 0.30<br>300.00/hr | 90.00 |
| | Phone call from Client | 0.50<br>300.00/hr | 150.00 |
| 6/29/2007 | Trial Preparation prior to Court (1.5); Roundtrip travel to Court (1.0); Meet with Client and set up for trial (1.0); Trial (4.0); Conference with counsel after trial on issue of time limits and status of litigation (.5); Call to client re: follow-up testimony presented (.5); Continue trial preparation. | 8.50<br>300.00/hr | 2,550.00 |
| 7/1/2007 | Review witness list and call to Attorney Balliro (.5); Call to Jack Beliveau (.5); Review and re-organize case file (.5); Review updated exhibit list and cross-reference with exhibit binders (.5); prepare for Ralph Penny testimony (.5); Summarize Stoyle testimony for closing (.5); Review case on negligence issue (.5); Review notes from D'Agostino depositions (.5); Analyze whistleblower claim in light of testimony draft Motion to Amend to Conform to Evidence (1.0). Continue trial preparation. (1.0). | 6.00<br>300.00/hr | 1,800.00 |
| 7/2/2007 | Review videotapes of Board meetings. | 1.30<br>300.00/hr | 390.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/4/2007 | Review and outline deposition transcripts of Jack Beliveau. | 3.50<br>300.00/hr | 1,050.00 |
| 7/5/2007 | Review and outline deposition transcripts of Jack Beliveau. | 3.50<br>300.00/hr | 1,050.00 |
| 7/6/2007 | Review and outline deposition transcripts of Jack Beliveau. | 5.00<br>300.00/hr | 1,500.00 |
| 7/7/2007 | Review and outline deposition transcripts of Jack Beliveau. | 8.00<br>300.00/hr | 2,400.00 |
| 7/8/2007 | Preparation for trial including review deposition transcripts of Jack Beliveau and prepare outline. Review and continue trial preparation. | 8.50<br>300.00/hr | 2,550.00 |
| 7/9/2007 | Review for Cross Exam of Jack Beliveau prior to Court (1.5); Roundtrip travel to Court (1.0); Confer with Client and and counsel and set up for trial (1.0); Trial (4.0); Consult with Client after trial (.5); Calls to Ralph Penny (.5); Call to Peter Contuzzi (.5); Review documents and prepare outline for examination of Ralph Penny (2.5); Prepare for cross examination of Jack Beliveau (2.0). Continue trial preparation. | 13.50<br>300.00/hr | 4,050.00 |
| | Phone call to Client. | 0.30<br>300.00/hr | 90.00 |
| | Review Motion for Mistrial and confer with counsel and client; Review Motion in Limine. | 0.50<br>300.00/hr | 150.00 |
| 7/10/2007 | Prepare for Cross Exam of Jack Beliveau and Direct of Ralph Penny prior to Court (1.5); Roundtrip travel to Court (1.0); Meet with Client and set up for trial (1.0); Trial (4.0); Consult with Client after trial (.5); Call to Jack Beliveau (.5); Trial preparation for Recross of Jack Beliveau (4.0). | 12.50<br>300.00/hr | 3,750.00 |
| | Phone call from Client. | 0.40<br>300.00/hr | 120.00 |
| 7/11/2007 | Trial Day 11: Preparation for trial including review transcript of Gelbwasser (1.0); Roundtrip travel to Court (1.0); Set up for trial and confer with client (.7); Trial (4.0); Cosult with client (.6); Prepare for examination of Mangiaratti. Larosse, Anderson, Babin (6.0). | 13.30<br>300.00/hr | 3,990.00 |
| | Phone call from Client. | 0.30<br>300.00/hr | 90.00 |
| | Review Motion for Directed Verdict. | 0.30<br>300.00/hr | 90.00 |
| | Review email and attachments from client and respond to email. | 0.40<br>300.00/hr | 120.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/12/2007 | Trial Day 12:  Review trial notes (1.5); Roundtrip travel to court (1.0); Set up for trial and consult with client (.75); Trial (4.0); Consult with client (.5); Continue trial preparation for examination of Gary Babin and John D'Agostino including review documents, transcripts, develop outlines. (5.0). | 12.75 300.00/hr | 3.825.00 |
| | Phone call to Client. | 0.60 300.00/hr | 180.00 |
| | Phone call from Client. | 0.40 300.00/hr | 120.00 |
| 7/13/2007 | Review trial notes (1.5); Roundtrip travel to court (1.0); Set up for trial and consult with client and counsel (.75); Trial (4.0).  Continue trial preparation. | 7.25 300.00/hr | 2.175.00 |
| | Phone call to Client. | 0.60 300.00/hr | 180.00 |
| 7/14/2007 | Phone call to Client. | 0.40 300.00/hr | 120.00 |
| | Review email and attachments from client and respond to email. | 0.20 300.00/hr | 60.00 |
| | Trial preparation including review videotapes, re-organize/review transcripts, outlines, trial notes, exhibits. | 4.00 300.00/hr | 1,200.00 |
| 7/15/2007 | Review email and attachments from client and respond to email. | 0.20 300.00/hr | 60.00 |
| 7/16/2007 | Review videotapes of Board meetings; continue trial preparation | 4.00 300.00/hr | 1,200.00 |
| | Review and respond to three email messagess from client. | 0.20 300.00/hr | 60.00 |
| 7/17/2007 | Preparation for trial including review of deposition transcripts of John D'Agostino (2.0); Draft opposition to Motion for Directed Verdict (4.0); Research case law on adverse action and review cases (1.5); Call to client (.4). | 7.90 300.00/hr | 2,370.00 |
| | Review videotapes of Board meetings. | 1.30 300.00/hr | 390.00 |
| | Review four email messages and attachments from client and respond to emails. | 0.30 300.00/hr | 90.00 |
| 7/18/2007 | Preparation for trial including review exhibits for cross-exam of John D'Agostino (4.0); Call to Attorney Balliro (.2); Continiue to review deposition testimony of John D'Agostino (.5); Review trial notes/outlines, develop strategy for examination. (1.3) | 6.00 300.00/hr | 1,800.00 |

Kimberly Stoyle                                                                                       Page    30

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/18/2007 | Review four email messages and attachments from client and respond to emails. | 0.30 300.00/hr | 90.00 |
| 7/19/2007 | Preparation for trial including review of deposition transcripts of John D'Agostino and outline areas for cross-examination (7.0); Review updated exhibit list (1.0); Calls and emails to Attorney Balliro (.2); Call to client (.3) | 8.50 300.00/hr | 2,550.00 |
| 7/21/2007 | Preparation for examination of John D'Agostino including review deposition transcripts and trial exhibits and prepare outline (8.0). | 8.00 300.00/hr | 2,400.00 |
| 7/22/2007 | Email correspondence with Attorney Balliro re: trial issues. | 0.20 300.00/hr | 60.00 |
| 7/23/2007 | Trial Day 14: Review notes, outline, documents prior to court for John D'Agostino cross (1.5); Roundtrip travel to court (1.0); Set up for trial, consult with client (1.0); Trial (4.0); Confer with client (.4); Review deposition transcripts of Bea Kearney, review trial exhibits, prepare outline (4.0); Review trial notes for John D'Agostino testimony, prepare for cross-examination (2.0). | 13.50 300.00/hr | 4,050.00 |
| 7/24/2007 | Preparation for trial before court (1.5); Roundtrip travel to court (1.0); Set up for trial, meet with client, review notes (1.0); Trial (4.0); Prepare for examination of Lou Amoruso including review transcripts and prepare outline (3.0); Prepare for examination of Bea Kearney including review transcripts and prepare outline (3.0). | 13.50 300.00/hr | 4,050.00 |
| 7/25/2007 | Preparation for trial before court (1.5); Roundtrip travel to court (1.0); Set up for trial and meet with client (1.0); Trial (4.0); Consult with client after trial (.3); Research cases on retaliation (1.0); Finalize Opposition to Motion for Directed Verdict and continue trial preparation. (1.0) | 9.80 300.00/hr | 2,940.00 |
| 7/26/2007 | Preparation for trial including review jury instructions and draft supplemental instructions (1.0); Call to client (.3). | 1.30 300.00/hr | 390.00 |
| 7/27/2007 | Review videotapes of Board meetings. | 1.80 300.00/hr | 540.00 |
| | Review Defendant's Second Proposed Jury Instructions. | 0.20 300.00/hr | 60.00 |
| 7/28/2007 | Research for closing argument; Review evidence for closing argument; Outline closing argument; Continue trial preparation. | 8.50 300.00/hr | 2,550.00 |
| 7/29/2007 | Research case law and draft Supplemental Jury Instructions; Develop closing argument; Continue trial preparation. | 8.00 300.00/hr | 2,400.00 |
| | Review Supplemental Proposed Jury Instructions and Motion filed in Beliveau case. | 0.30 300.00/hr | 90.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/30/2007 | Trial Day 17: Court Appearance from 9:00 to 12:00 p.m. (3.0) and from 3:30 to 6:00 p.m. (2.50) for charge conference. Revise jury questions 12:30 to 3:00. (2.5); Roundtrip travel to courthouse. (1.0); Trial preparation for Lou Amoruso from including review three volumes of deposition transcripts (4.0). | 13.00 300.00/hr | 3,900.00 |
| 7/31/2007 | Trial preparation (1.5); Roundtrip travel to court (1.0); Trial (7.0); Prepare closing argument (10.0). | 19.50 300.00/hr | 5,850.00 |
| 8/1/2007 | Review notes prior to court (.6); Roundtrip travel to court (1.0); Closing arguments and jury charge (7.0); Review final exhibit list (1.4) | 10.00 300.00/hr | 3,000.00 |
| 8/2/2007 | In court waiting for jury verdict. (7.0); Roundtrip travel (1.0). | 8.00 300.00/hr | 2,400.00 |
| 8/6/2007 | Prepare and review verdict analysis in consultation with Attorney Balliro (3.80) Consult with client (.2) | 4.00 300.00/hr | 1,200.00 |
| 8/7/2007 | Phone call to Attorneys Griffin and Balliro. | 0.20 300.00/hr | 60.00 |
| | Research punitive damages under Whistleblower Act and review cases. | 2.20 300.00/hr | 660.00 |
| 8/8/2007 | Research damages under 151B, Title VII, Whistleblower Act, review cases, draft brief. | 3.30 300.00/hr | 990.00 |
| | Phone call to Attorney Griffin. | 0.20 300.00/hr | 60.00 |
| 8/9/2007 | Phone call to client. | 0.30 300.00/hr | 90.00 |
| | Phone call to Attorney Griffin. | 0.20 300.00/hr | 60.00 |
| 8/14/2007 | Draft post-trial Motion regarding Judgment. | 2.00 300.00/hr | 600.00 |
| 8/15/2007 | Draft Motion regarding Judgement (2.0); Call to Atty Balliro (.50); Call to Client (.50). | 3.00 300.00/hr | 900.00 |
| 8/16/2007 | Phone call from client (.3); Phone call from Atty. Griffin (.3); Draft post-trial Motion regarding Judgment (2.0). | 2.60 300.00/hr | 780.00 |
| 8/17/2007 | Phone call from Client. | 0.30 300.00/hr | 90.00 |
| | Research on issue of MMED as department of Town of Mansfield; Draft post-trial Motion regarding Judgment; Call to Atty Balliro. | 5.00 300.00/hr | 1,500.00 |

Kimberly Stoyle

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/29/2007 | Phone call to client (.2); Phone call from Attorney Griffin (.1) | 0.30<br>300.00/hr | 90.00 |
| 8/31/2007 | Review stipulation of dismissal and discuss with client. | 0.20<br>300.00/hr | 60.00 |
| 9/3/2007 | Motion for Attorney's Fees and Attachments. | 4.00<br>300.00/hr | 1,200.00 |
| 9/4/2007 | Prepare Motion for Attorney's Fees and Attachments. | 4.00<br>300.00/hr | 1,200.00 |
| 9/5/2007 | Prepare Motion for Attorney's Fees and Attachments | 4.00<br>300.00/hr | 1,200.00 |
| | Review recent case on municipal agency liability; call to Attorney Scobbo; reivew enabling provision of G.L. 164. | 1.30<br>300.00/hr | 390.00 |
| 9/6/2007 | Preparation Motion for Attorneys Fees and Attachments. | 4.00<br>300.00/hr | 1,200.00 |
| 9/7/2007 | Motion for Attorneys Fees and Attachments. | 4.00<br>300.00/hr | 1,200.00 |
| | For professional services rendered | 1232.90 | $369,870.00 |
| | Additional Charges : | | |
| 3/15/2005 | Inhouse Photocopies | | 1.20 |
| 4/13/2005 | Court Filing Fee. | | 250.00 |
| | Service Fee - Constable. | | 450.00 |
| 8/4/2005 | Parking at Federal Court. | | 7.00 |
| 12/3/2005 | Photocopies - Staples | | 22.05 |
| 1/20/2006 | Printing and Reproduction - Staples. | | 7.14 |
| 1/30/2006 | Fax received - 76 pages | | 11.40 |
| | Inhouse Photocopies | | 25.35 |
| 2/6/2006 | Fax received - 73 pages | | 10.95 |
| | Inhouse Photocopies | | 4.80 |

Kimberly Stoyle                                                                                    Page    33

|  |  | Amount |
|---|---|---|
| 2/13/2006 | Parking | 20.00 |
|  | Inhouse Photocopies | 3.00 |
| 2/14/2006 | Postage | 3.27 |
| 2/27/2006 | Deposition Transcript - Kimberly Stoyle | 84.00 |
|  | Fax received - 32 pages | 4.80 |
| 3/2/2006 | Client Parking for Deposition. | 30.00 |
| 3/8/2006 | Fax received - 23 pages | 3.45 |
| 3/13/2006 | Deposition Transcript - Louis Amoruso | 636.00 |
|  | Service Fee - Constable. | 240.00 |
|  | Deposition Transcript - Kimberly Stoyle | 561.50 |
|  | Deposition Transcript - Kimberly Stoyle | 489.00 |
| 3/14/2006 | Fax received - 51 pages | 7.65 |
| 3/15/2006 | Fax received  - 24 page | 3.60 |
| 3/17/2006 | Inhouse Photocopies | 9.00 |
| 3/28/2006 | Faxes 1 @ 47 pages; 1 @ 11 page | 8.70 |
| 3/29/2006 | Fax received - 27 pages | 4.05 |
| 4/1/2006 | Photocopies - Staples | 172.33 |
| 4/3/2006 | Photocopies - Staples | 191.29 |
| 4/4/2006 | Fax received -  58 pages | 8.70 |
| 4/11/2006 | Photocopies - Staples | 21.00 |
| 4/12/2006 | Postage. | 7.27 |
|  | Fax received  - 51 pages | 7.65 |
|  | Fax received - 30 pages | 4.50 |
| 4/14/2006 | Photocopies - Staples | 22.05 |
|  | Inhouse Printing from 1/9/06 through 6/26/06 2,571 pages @ .15 | 385.65 |

Kimberly Stoyle                                                                    Page    34

|  |  | Amount |
|---|---|---|
| 4/14/2006 | Deposition Transcript | 450.00 |
|  | Fax received - 28 pages | 4.20 |
| 4/21/2006 | Fax received - 4 pages | 0.60 |
| 5/1/2006 | Parking | 8.00 |
|  | Client Parking for Deposition. | 8.00 |
| 6/9/2006 | Inhouse Photocopies | 1.50 |
| 6/16/2006 | Fax received - 17 pages | 2.55 |
|  | Fax received - 22 pages | 3.30 |
|  | Fax received - 18 pages | 2.70 |
|  | Fax - 10 pages | 1.50 |
| 6/21/2006 | Postage | 3.12 |
| 7/5/2006 | Fax received - 3 pages | 0.45 |
| 7/10/2006 | Copying cost - Beliveau documents | 336.03 |
| 7/18/2006 | Service Fee - Constable. | 120.00 |
| 7/24/2006 | Inhouse Photocopies. | 12.30 |
| 7/25/2006 | Deposition Transcript - Richard Boucher | 570.00 |
|  | Deposition Transcript - Richard Boucher. | 427.50 |
| 8/2/2006 | Service Fee - Electronic Research. | 24.64 |
| 8/5/2006 | Service Fee - Constable. | 120.00 |
| 8/7/2006 | Inhouse photocopies. | 51.30 |
|  | Inhouse photocopies. | 2.40 |
| 8/8/2006 | Deposition Costs for John D'Agostino. | 750.00 |
| 8/9/2006 | Inhouse photocoies. | 12.00 |
|  | Inhouse photocopies. | 16.20 |
| 8/14/2006 | Inhouse photocopies. | 3.15 |

Kimberly Stoyle

|  |  | Amount |
|---|---|---|
| 8/14/2006 | Inhouse photocopies. | 32.85 |
|  | Inhouse photocopies. | 38.70 |
| 8/25/2006 | DepositonTranscript  - Steven MacCaffrie. | 531.00 |
| 9/12/2006 | Deposition Cost - Kimberly Stoyle. | 577.20 |
| 9/13/2006 | Copying cost - Beliveau documents. | 30.00 |
| 9/30/2006 | Client Parking for Deposition. | 30.00 |
| 10/2/2006 | Postage | 2.34 |
| 10/5/2006 | Parking. | 30.00 |
|  | Client Parking for Deposition. | 30.00 |
| 10/6/2006 | Parking. | 24.00 |
|  | Client Parking for Deposition. | 24.00 |
| 10/10/2006 | Deposition Cost - Bea Kearney, Roger Achille. | 567.00 |
| 10/12/2006 | Inhouse photocopies. | 12.00 |
| 10/13/2006 | Parking for Deposition. | 31.00 |
|  | Client Parking for Deposition | 30.00 |
| 10/14/2006 | Parking for Deposition. | 30.00 |
|  | Client Parking for Deposition. | 30.00 |
| 10/21/2006 | Parking. | 16.00 |
| 11/8/2006 | Deposition Transcript -  Michael McCue. | 258.00 |
|  | Depositon Transcript - Ronald Decurzio, Eileen Plant | 424.70 |
| 11/9/2006 | Postage. | 1.17 |
| 11/17/2006 | Inhouse photocopies. | 1.50 |
|  | Postage | 1.17 |
| 11/21/2006 | Postage. | 3.33 |
|  | Printing and Reproduction - Discovery Requests. | 11.40 |

Kimberly Stoyle

|  |  | Amount |
|---|---|---|
| 1/12/2007 | Postage. | 2.34 |
| 1/31/2007 | Inhouse photocopies. | 7.20 |
| 2/13/2007 | Client Parking for Deposition. | 30.00 |
| 3/6/2007 | Depositon Transcript - Michael McCue | 267.00 |
| 3/12/2007 | Parking for Deposition. | 30.00 |
|  | Depostion Transcript - Kimberly Stoyle. | 327.60 |
|  | Client Parking for Deposition. | 30.00 |
|  | Client Parking for Deposition. | 30.00 |
| 3/14/2007 | Postage. | 1.17 |
|  | Postage. | 0.39 |
| 3/15/2007 | Deposition Cost - James Goulet. | 233.80 |
|  | Parking for Expert Testimony. | 24.00 |
| 3/20/2007 | Tokens. | 2.00 |
|  | Transcript Cost - Sullivan. | 573.05 |
| 3/22/2007 | Transcript Cost - Guaraldi. | 293.75 |
| 3/23/2007 | Expert Fee | 935.25 |
| 3/27/2007 | Mansfield Charter. | 5.00 |
|  | Transcript Cost - Bouldry. | 98.00 |
| 4/5/2007 | Electronic Research. | 20.08 |
| 4/11/2007 | Postage. | 1.17 |
|  | Inhouse copying cost. | 0.60 |
| 4/14/2007 | Delivery Cost. | 31.73 |
| 4/18/2007 | Parking. | 9.00 |
|  | Tolls. | 3.00 |
|  | Client Parking for Hearing. | 9.00 |

Kimberly Stoyle

| | | Amount |
|---|---|---|
| 4/27/2007 | Transcript Cost - McCarter. | 342.00 |
| | Client Parking for Deposition. | 30.00 |
| 5/3/2007 | Transcript Cost - Beliveau. | 324.00 |
| | Tokens. | 5.00 |
| | Meals. | 32.77 |
| 5/4/2007 | Postage. | 1.17 |
| 5/5/2007 | Trial Preparation Supplies. | 43.17 |
| 5/8/2007 | Parking. | 33.00 |
| 5/11/2007 | Postage. | 0.39 |
| 5/16/2007 | E-Transcript Cost - Stoyle. | 41.00 |
| 5/21/2007 | Postage. | 0.39 |
| 5/30/2007 | Service Fee - Constable. | 40.00 |
| 5/31/2007 | Postage. | 0.39 |
| 6/4/2007 | Inhouse copying cost. | 22.50 |
| 6/11/2007 | Delivery Cost. | 25.00 |
| | Inhouse copying cost. | 1.20 |
| 6/12/2007 | Delivery Cost. | 25.00 |
| | Parking. | 26.00 |
| | Service Fee - Constable - D'Ambra. | 122.00 |
| | Service Fee - Constable - Feeney. | 115.00 |
| | Service Fee - Constable - Goulet. | 130.00 |
| | Service Fee - Constable - Plant. | 122.00 |
| | Service Fee - Constable - Scobbo. | 105.00 |
| | Service Fee - Constable - Torman. | 60.00 |
| | Service Fee - Constable - IBEW Local 104. | 120.00 |

Kimberly Stoyle

|  |  | Amount |
|---|---|---|
| 6/12/2007 | Parking. | 26.00 |
| 6/13/2007 | Parking. | 11.00 |
| 6/14/2007 | Printing and Reproduction - Coates & Fleming.. | 66.99 |
| 6/15/2007 | Delivery Cost. | 21.00 |
|  | Inhouse copying cost. | 1.20 |
|  | Service Fee - Constable - O"Donnell | 120.00 |
|  | Service Fee - Constable - Donovan. | 122.00 |
|  | Parking. | 10.00 |
| 6/16/2007 | Tokens. | 4.00 |
|  | Tokens. | 2.00 |
| 6/18/2007 | Parking. | 10.00 |
|  | Parking. | 33.00 |
| 6/19/2007 | Parking. | 33.00 |
|  | Tolls. | 2.00 |
|  | Tokens. | 2.00 |
| 6/20/2007 | Photocopies - All Set Press. | 132.35 |
| 6/21/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 6/22/2007 | Tollss. | 3.00 |
| 6/25/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 6/26/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 6/27/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |

Kimberly Stoyle                                                                                    Page    39

|  |  | Amount |
|---|---|---|
| 6/28/2007 | Tolls. | 3.00 |
|  | Parking | 10.00 |
| 6/29/2007 | Parking. | 10.00 |
|  | Toll. | 3.00 |
| 7/7/2007 | Printing of Beliveau Transcripts. | 32.40 |
| 7/9/2007 | Parking. | 10.00 |
|  | Tolls. | 3.00 |
| 7/10/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
|  | Electronic Research. | 35.12 |
| 7/11/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 7/12/2007 | Tolls. | 3.00 |
|  | Parking | 10.00 |
| 7/13/2007 | Tolls. | 3.00 |
|  | Parking.. | 10.00 |
| 7/16/2007 | Transcript Cost - Kimberly Stoyle 6/21-6/22/07. | 514.80 |
| 7/19/2007 | Postage. | 2.05 |
|  | Postage. | 2.05 |
| 7/23/2007 | Parking. | 10.00 |
|  | Tolls. | 3.00 |
| 7/24/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 7/25/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |

Kimberly Stoyle                                                            Page      40

|  |  | Amount |
|---|---|---:|
| 4/27/2007 | Client Parking for Deposition. | 30.00 |
| 9/30/2006 | Client Parking for Deposition. | 30.00 |
| 3/2/2006 | Client Parking for Deposition. | 30.00 |
| 2/13/2007 | Client Parking for Deposition. | 30.00 |
| 9/7/2007 | Inhouse Printing | 1,114.95 |
|  | Total additional charges | $18,519.82 |
|  | For professional services rendered | $388,389.82 |

For professional services rendered    1232.90    $388,389.82

EXHIBIT NO. 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11329-DPW

| | |
|---|---|
| DR. JOHN J. BELIVEAU,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| TOWN OF MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT AND<br>JOHN D'AGOSTINO,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

CONSOLIDATED WITH:

| | |
|---|---|
| KIMBERLY STOYLE,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| THE MANSFIELD MUNICIPAL ELECTRIC<br>DEPARTMENT, JOHN D'AGOSTINO,<br>THE TOWN OF MANSFIELD BOARD OF<br>LIGHT COMMISSIONERS, LOUIS AMORUSO,<br>MICHAEL MCCUE, DAVID MCCARTER,<br>DANIEL DONOVAN, ROGER ACHILLE<br>and STEVEN MACCAFFRIE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 05-10354-DPW

## AFFIDAVIT OF JULIANE BALLIRO

I, Juliane Balliro hereby depose and state as follows:

1.    I am a partner in the law firm, Wolf, Block Schorr and Solis-Cohen ("WolfBlock") where I am a trial lawyer.

2.    I am a 1981 graduate of Boston College Law School. I have been a member of the Massachusetts Bar since 1981. I was admitted to the United States District Court for the District of Massachusetts Bar in 1982, the United States Court of Appeals for the First Circuit in 1986, and the United States Supreme Court in 1989.

3.    I am a former President of the Massachusetts Association of Women Lawyers and a current member of the Massachusetts Bar Association, the Boston Bar Association and the American Bar Association. During the course of my career I have served on a number of panels for a variety of continuing legal education organizations in the areas of trial practice, employment law and civil rights law. I have also authored chapters in publication in the area of employment law including, "Representing a Plaintiff in a Wrongful Termination Case," published by MCLE and "Massachusetts Employment Law," also published by MCLE.

4.    Prior to joining WolfBlock in July of 2005, I was a partner at Perkins, Smith & Cohen, LLP for a period of approximately seven years, and a partner at Balliro, Mondano & Balliro for approximately ten years.

5.    As a trial practitioner in the area of employment law and as a partner in small, medium and large firm environments, I am familiar with the rates charged by employment lawyers in smaller firms in the greater Boston metropolitan area in this area of expertise. Those rates generally range from approximately $175/hour for starting associates to $430/hour for experienced partners.

6.    My hourly rate is currently $490/hour. Christine Griffin, a 7th year associate in my firm, currently bills at $320/hour. Her average (blended) rate throughout the course of this proceeding from July 2005 (as a 5th year associate) through settlement was $308/hour. The Mansfield Municipal Electric Department recently settled the consolidated case (*John Beliveau v. John D'Agostino and the Mansfield Municipal Electric Department*) for 100% of the time billed at 100% of the hourly rates billed.

7.    I have reviewed the affidavit prepared by Ms. Leonard in connection with her fee application. Although I did not know Ms. Leonard prior to the current matter, I am generally aware of her many years of service in the area of employment discrimination and employment law generally. It is my opinion that Ms. Leonard obtained an excellent result for her client in this case, particularly when one considers that her client was not terminated from her position and suffered no lost wages.

8.    It is my opinion that Ms. Leonard's rates are well within the prevailing hourly rates for employment law attorneys of similar skill, experience and reputation in the Boston area.

9.    As a small firm practitioner for a number of years, I am also familiar with the difficulties faced by small firm lawyers who agree to take contingent fee cases. Solo practitioners like Ms. Leonard suffer a significant opportunity cost when they take a contingent fee case that requires the time commitment that this case required. In fact, it is difficult for Plaintiffs like Ms. Stoyle to find an experienced employment lawyer who will agree to take a case on a contingent fee basis. Larger firm practitioners are able to refer their cases and clients to other partners or associates. The solo practitioner does not have that luxury. As a result, it is particularly important for smaller firm lawyers or solo practitioners to obtain fees reasonably sought in their fee petitions.

- 2 -

Signed under the pains and penalties of perjury this 5th day of September, 2007.

Juliane Balliro

- 3 -

EXHIBIT NO. 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DR. JOHN J. BELIVEAU, | ) | CIVIL ACTION |
| | ) | NO. 04-11329-DPW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF MANSFIELD MUNICIPAL | ) | |
| ELECTRIC DEPARTMENT AND | ) | |
| JOHN D'AGOSTINO, | ) | |
| | ) | |
| Defendants. | ) | |

CONSOLIDATED WITH:

| | | |
|---|---|---|
| KIMBERLY STOYLE, | ) | CIVIL ACTION |
| | ) | NO. 05-10354-DPW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE MANSFIELD MUNICIPAL | ) | |
| ELECTRIC DEPARTMENT, JOHN | ) | |
| D'AGOSTINO, THE TOWN OF | ) | |
| MANSFIELD BOARD OF LIGHT | ) | |
| COMMISSIONERS, LOUIS AMORUSO, | ) | |
| MICHAEL MCCUE, DAVID MCCARTER, | ) | |
| DANIEL DONOVAN, ROGER ACHILLE | ) | |
| and STEVEN MACCAFFRIE, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF KATHERINE J. MICHON

I, Katherine J. Michon, hereby depose and state as follows:

1.  I am a partner in the law firm of Shilepsky O'Connell Casey Hartley Michon Yelen LLP ("Shilepsky O'Connell"), where I practice employment law.

2.  I received my B.A. degree from University of Massachusetts and my J.D. from New England School of Law. I have been a member of the Massachusetts Bar since 1992 and of the Bar of the United States District Court for the District of Massachusetts since 1993.

3.  I am currently a member of the Massachusetts Bar Association Section Council, Co-Chair of the Boston Bar Association Diversity Committee and Co-Author of the Massachusetts Discrimination Law Reporter Case Commentary. I am a former editor of the Massachusetts Bar Association Labor & Employment Law Section Review, a former Co-Chair of the MBA Employee Rights & Responsibilities Committee and a former Chair of Massachusetts Continuing Legal Education's Employment Law Curriculum Advisory Committee. I have served on a number of panels for a variety of continuing legal education seminars and have authored several articles relating to employment law, including authoring a chapter in MCLE's *Massachusetts Employment Law*.

4.  Prior to co-founding Shilepsky O'Connell, I was a partner at Kimball, Brousseau & Michon, LLP for 7 years. I have concentrated my practice in the area of plaintiff-side employment law for 15 years.

5.  Based on my experience and professional activities, I believe I am generally knowledgeable about the range of prevailing hourly rates charged by attorneys practicing employment law in private practices in the greater Boston area. Those rates generally range from $175/hour for new associates up to $430/hour for partners.

6.  My hourly rate is currently $350/hour.

7.  I have reviewed the affidavits of Lynn Leonard and Juliane Balliro in connection with the fee application in the above-referenced matter. Although I am not knowledgeable with regard to the specifics of this matter, I am aware of Ms. Leonard's and Ms. Balliro's experience and reputation in the area of employment law. It is my opinion, based on what I have been told of this matter, that Ms. Leonard earned an excellent result for her client in this matter.

8.  I believe that the rates being requested by Ms. Leonard are well within the range of prevailing hourly rates charged by attorneys of similar expertise, experience and reputation in the Greater Boston area.

Signed under the pains and penalties of perjury this 7th day of September, 2007.

Katherine J. Michon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

———————————————————— )
KIMBERLY STOYLE,                                )
                              Plaintiff         )
                                                )
v.                                              )
                                                )        **C.A. No. 05-10354-DPW**
THE MANSFIELD MUNICIPAL ELECTRIC               )
DEPARTMENT, JOHN D'AGOSTINO,                    )
THE TOWN OF MANSFIELD BOARD OF                 )
LIGHT COMMISSIONERS, LOUIS AMORUSO,            )
MICHAEL McCUE, DAVID McCARTER,                 )
DANIEL DONOVAN, ROGER ACHILLE                  )
AND STEVEN MacCAFFRIE,                          )
                                                )
                              Defendants        )
————————————————————

                                                         **CONSOLIDATED WITH**
                                                         **Civil Action No. 04-11329**

———————————————————— )
DR. JOHN BELIVEAU,                              )
                              Plaintiff         )
                                                )
v.                                              )
                                                )
TOWN OF MANSFIELD MUNICIPAL                    )
ELECTRIC DEPARTMENT, JOHN O.                    )
D'AGOSTINO,                                     )
                              Defendants        )
————————————————————

### AFFIDAVIT OF ATTORNEY LYNN A. LEONARD

I, Lynn A. Leonard, hereby depose and state as follows:

1. I received a B.A. from Suffolk University in 1989 and earned a J.D. from the New
   England School of Law in 1992.  I was admitted to practice law in Massachusetts in
   1992, in New Hampshire in 2007, in the U.S. District Courts for the District of

Massachusetts in 1995, in the First Circuit Court of Appeals in 2006 and in the United States Supreme Court in 2007.

2.  Since entering the practice of law, I have focused primarily on employment law and civil rights litigation. I have been chief counsel in numerous cases involving civil rights claims. I am presently in private practice in Melrose, Massachusetts. Prior to entering into private practice, I served as counsel for the Massachusetts Commission Against Discrimination from 1992 to 1996. I have successfully litigated several civil rights cases including sexual harassment, disability, race and age discrimination claims. Two of these gender-based discrimination cases involved issues of first impression. In 1997, I served as Director of Consumer Education for the Massachusetts Office of Consumer Affairs and Business regulation for one year before entering private practice in 1998. I have been in private practice for nine and a half years focusing on the employment law and civil rights.

3.  I have taught at seminars sponsored by the Massachusetts Continuing Legal Education, the University of Massachusetts Donahue Institute, the Massachusetts Commission Against Discrimination and by private corporations on various topics regarding employment law and civil rights. I also served as Chairperson of the Malden Human Rights Commission. I am a current member of the Massachusetts Employment Law Association, the New Hampshire Bar Association and President of the First District Eastern Middlesex Bar Association. I have been a member of the Labor and Employment Law Section of the Massachusetts Bar Association, the Boston Bar Association and the Association of Trial Attorneys of America.

4.  The hourly rate at which plaintiff is requesting reimbursement for my legal services is $300 per hour. Based upon my background and experience, as well as my familiarity with attorney's fees customarily charged in the Boston Metropolitan area, I believe $300 per hour for my services is reasonable and that my rate is well within the prevailing market rates for specialty practice in civil rights litigation in this geographic community.

5.  The total of my attorney fees to date is $369,870.00, which is supported by time and accounting records attached to plaintiff's motion.


Signed under the pains and penalties of perjury this 7th day of September 2007.



/s/ Lynn A. Leonard

_____

Lynn A. Leonard

2

EXHIBIT NO. 5

www.townonline.com/mansfield/homepage/
Town to pay $1.6 million to settle with Beliveau

By Meredith Holford
Mansfield News
Thu Aug 30, 2007, 04:48 PM EDT

--------------------------------------------------------------------------------

Mansfield -
Mansfield's light commissioners voted Tuesday, Aug. 28 to cut their losses and settle the whistleblower
lawsuit against the Mansfield Municipal Electric Department and John D'Agostino.
Former Mansfield electric department director John Beliveau and another electric department employee,
Kimberly Stoyle, won combined damages of $1.45 million in early August after a jury trial in U.S.
District Court. The final decision by the judge in the case on the exact amount of the awards to each
party has not yet been announced.

Beliveau was terminated in 2004, and Stoyle resigned in 2005. Beliveau claimed he had been
wrongfully terminated in retaliation for supporting Stoyle's sexual harassment allegations against Town
Manager and light department manager John D'Agostino.

The good news for Mansfield residents is that Beliveau's final combined awards of $1,665,385.43 —
$655,000 to Beliveau and $1,010,385.43 to his lawyer's firm, Wolf, Block, Shorr and Solis-Cohen —
will not be paid for through an increase in electric rates. Instead the funds will be transferred from an
existing trust held for the town by the Massachusetts Municipal Wholesale Electric Company
(MMWEC).

Another $1.7 million remains in the MMWEC fund, and Mansfield's Town Counsel Robert Mangiaratti
recommended the board not tie up that money, pending the result of the judgment in the Stoyle case.

"Make sure you have a handle on what you're going to do with Stoyle — don't make any permanent
dedication of the MMWEC money," he said.

Special Counsel Kenneth Barna of the firm Rubin and Rudman, an attorney specializing in public utility
law, told the board it is his opinion the proposed use of this money, set aside to defray stranded costs, is
perfectly legal.

"MMWEC has no issue with the funds being transferred back to the light department," said Barnar. "It
comes from the rate payers — light department funds can be used to pay for light department expenses.
The payment of litigation costs are light department expenses."

Mangiaratti told the board special counsel for the case against the MMED, Leonard Kesten, has
recommended the board settle the lawsuit to avoid what possibly would be costs exceeding the proposed
$1.6 million, should the town choose to appeal.

Kesten noted in a memo to the board the amount owed Beliveau could be increased by some $370,000

9/7/2007

should the town appeal the verdict and lose, a likelihood Kesten put at about 70 percent.

The one-time lump sum payment is due no later than Aug. 31, and Mangiaratti noted payment according to the agreement drawn up by Beliveau's lawyer avoids possible tripling Beliveau's lost wages, as well as interest accrued before the verdict was announced.

The payment will constitute "dismissal with prejudice," and releases both the town and Beliveau from any further litigation or costs, including a separate unnamed complaint by the town against Beliveau.

Keston outlined his reasoning and recommendations in a memo that was not released to the public. Board members decided the memo included details pertinent to the remaining case involving Stoyle, and should be kept confidential.

Selectman George Dentino, who has called for D'Agostino's resignation, said the judge had indicated D'Agostino could be held personally responsible for costs because it was a civil rights issue, but Mangiaratti replied, "I don't think so — I'm not aware of that."

Dentino also said Kesten's memo was "one and a half pages of self-serving information where you are re-trying the case … It's totally disrespectful to the plaintiffs."

He objected to using the MMWEC fund for the lawsuit payment, saying the money, if surplus, should be returned to the rate-payers.

Dentino did agree the settlement was fair, and approved of the negotiating process by Beliveau and his lawyer.

The board voted 3-0-1 to accept the settlement terms, with Dentino abstaining. Selectman Ann Baldwin was not present.