UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY STOYLE,<br>    Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE AND STEVEN MacCAFFRIE,<br><br>    Defendants | **C.A. No. 05-10354-DPW**<br><br><br><br>**CONSOLIDATED WITH**<br>**Civil Action No. 04-11329** |
| DR. JOHN BELIVEAU,<br>    Plaintiff<br><br>v.<br><br>TOWN OF MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN O. D'AGOSTINO,<br>    Defendants |  |

**PLAINTIFF'S NOTICE OF DELAY**

  Now comes Plaintiff Kimberly Stoyle, through counsel, and respectfully informs the Court and counsel that the 53-minute delay in filing her Motion For Attorney's Fees and Costs was due to a computer malfunction wherein counsel was unable to print from the Time Slips recordkeeping program in the hour prior to the filing deadline.[1]  Minor edits to

---

[1] Plaintiff did not formally request an extension of time, given the short time needed to resolve the problem.

plaintiff's expense accounting were also lost.  Accordingly, an updated expense report is attached.

                Respectfully submitted,
                Kimberly Stoyle
                By her Attorney


                /s/ Lynn A. Leonard
                _____
                Lynn A. Leonard
                Attorney At Law
                527 Main Street, Suite 8
                Melrose, MA  02176
                (781) 662-6161
                B.B.O. No. 561662

Dated:  September 8, 2007

Lynn A. Leonard, Attorney At Law
527 Main Street, Suite 8
Melrose, MA  02176
E-mail: counsel@thelawbench.com


Invoice submitted to:
Kimberly Stoyle
138 Old Elm Street
Mansfield MA 02038


September 08, 2007


Invoice #10060

    Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 3/15/2005 | Inhouse Photocopies | 1.20 |
| 4/13/2005 | Court Filing Fee. | 250.00 |
|  | Service Fee - Constable. | 450.00 |
| 8/4/2005 | Parking at Federal Court. | 7.00 |
| 12/3/2005 | Photocopies - Staples | 22.05 |
| 1/20/2006 | Printing and Reproduction - Staples. | 7.14 |
| 1/30/2006 | Fax received - 76 pages | 11.40 |
|  | Inhouse Photocopies | 25.35 |
| 2/6/2006 | Fax received - 73 pages | 10.95 |
|  | Inhouse Photocopies | 4.80 |
| 2/13/2006 | Parking | 20.00 |
|  | Inhouse Photocopies | 3.00 |
| 2/14/2006 | Postage | 3.27 |
| 2/27/2006 | Electronic Deposition Transcript - Kimberly Stoyle | 84.00 |
|  | Fax received - 32 pages | 4.80 |

Kimberly Stoyle                                                                                         Page    2

|  |  | Amount |
|---|---|---:|
| 3/2/2006 | Client Parking for Deposition. | 30.00 |
| 3/8/2006 | Fax received - 23 pages | 3.45 |
| 3/13/2006 | Deposition Transcript - Louis Amoruso | 636.00 |
|  | Service Fee - Constable. | 240.00 |
|  | Deposition Transcript - Kimberly Stoyle | 561.50 |
|  | Deposition Transcript - Kimberly Stoyle | 489.00 |
| 3/14/2006 | Fax received - 51 pages | 7.65 |
| 3/15/2006 | Fax received - 24 page | 3.60 |
| 3/17/2006 | Inhouse Photocopies | 9.00 |
| 3/28/2006 | Faxes 1 @ 47 pages; 1 @ 11 page | 8.70 |
| 3/29/2006 | Fax received - 27 pages | 4.05 |
| 4/1/2006 | Photocopies - Staples | 172.33 |
| 4/3/2006 | Photocopies - Staples | 191.29 |
| 4/4/2006 | Fax received - 58 pages | 8.70 |
| 4/11/2006 | Photocopies - Staples | 21.00 |
| 4/12/2006 | Postage. | 7.27 |
|  | Fax received - 51 pages | 7.65 |
|  | Fax received - 30 pages | 4.50 |
| 4/14/2006 | Photocopies - Staples | 22.05 |
|  | Deposition Transcript. | 450.00 |
|  | Fax received - 28 pages | 4.20 |
| 4/21/2006 | Fax received - 4 pages | 0.60 |
| 5/1/2006 | Parking | 8.00 |
|  | Client Parking for Deposition. | 8.00 |
| 6/9/2006 | Inhouse Photocopies | 1.50 |

Kimberly Stoyle                                                                                           Page    3

|            |                                                     | Amount |
|------------|-----------------------------------------------------|--------|
| 6/16/2006  | Fax received - 17 pages                             | 2.55   |
|            | Fax received - 22 pages                             | 3.30   |
|            | Fax received - 18 pages                             | 2.70   |
|            | Fax - 10 pages                                      | 1.50   |
| 6/21/2006  | Postage                                             | 3.12   |
| 7/5/2006   | Fax received - 3 pages                              | 0.45   |
| 7/10/2006  | Copying cost - Beliveau documents                   | 336.03 |
| 7/18/2006  | Service Fee - Constable.                            | 120.00 |
| 7/24/2006  | Inhouse Photocopies.                                | 12.30  |
| 7/25/2006  | Deposition Transcript - Richard Boucher             | 570.00 |
|            | Deposition Transcript.                              | 427.50 |
| 8/2/2006   | Service Fee - Electronic Research.                  | 24.64  |
| 8/5/2006   | Service Fee - Constable.                            | 120.00 |
| 8/7/2006   | Inhouse photocopies.                                | 51.30  |
|            | Inhouse photocopies.                                | 2.40   |
| 8/8/2006   | Deposition Transcript - John D'Agostino.            | 750.00 |
| 8/9/2006   | Inhouse photocoies.                                 | 12.00  |
|            | Inhouse photocopies.                                | 16.20  |
| 8/14/2006  | Inhouse photocopies.                                | 3.15   |
|            | Inhouse photocopies.                                | 32.85  |
|            | Inhouse photocopies.                                | 38.70  |
| 8/25/2006  | DepositonTranscript - Steven MacCaffrie.            | 531.00 |
| 9/12/2006  | Deposition Transcripts - Amoruso/Donovan            | 577.20 |
| 9/13/2006  | Copying cost - Beliveau documents.                  | 30.00  |
| 9/30/2006  | Client Parking for Deposition.                      | 30.00  |

Kimberly Stoyle                                                                                           Page    4

|            |                                                                |   Amount |
|------------|----------------------------------------------------------------|---------:|
| 10/2/2006  | Postage                                                        |     2.34 |
| 10/5/2006  | Parking.                                                       |    30.00 |
|            | Client Parking for Deposition.                                 |    30.00 |
| 10/6/2006  | Parking.                                                       |    24.00 |
|            | Client Parking for Deposition.                                 |    24.00 |
| 10/10/2006 | Deposition Transcripts - Bea Kearney, Roger Achille.           |   567.00 |
| 10/12/2006 | Inhouse photocopies.                                           |    12.00 |
| 10/13/2006 | Parking for Deposition.                                        |    31.00 |
|            | Client Parking for Deposition.                                 |    30.00 |
| 10/14/2006 | Parking for Deposition.                                        |    30.00 |
|            | Client Parking for Deposition.                                 |    30.00 |
| 10/21/2006 | Parking.                                                       |    16.00 |
| 11/8/2006  | Deposition Transcript - Michael McCue.                         |   258.00 |
|            | Depositon Transcripts - Ronald Decurzio, Eileen Plant.         |   424.70 |
| 11/9/2006  | Postage.                                                       |     1.17 |
| 11/17/2006 | Inhouse photocopies.                                           |     1.50 |
|            | Postage.                                                       |     1.17 |
| 11/21/2006 | Postage.                                                       |     3.33 |
|            | Printing and Reproduction - Discovery Requests.                |    11.40 |
| 1/12/2007  | Postage.                                                       |     2.34 |
| 1/31/2007  | Inhouse photocopies.                                           |     7.20 |
| 2/13/2007  | Client Parking for Deposition.                                 |    30.00 |
| 3/6/2007   | Depositon Transcript - Michael McCue                           |   267.00 |
| 3/12/2007  | Parking for Deposition.                                        |    30.00 |
|            | Depostion Transcript - Kimberly Stoyle.                        |   327.60 |

Kimberly Stoyle                                                                                           Page    5

|  |  | Amount |
|---|---|---:|
| 3/12/2007 | Client Parking for Deposition. | 30.00 |
| 3/14/2007 | Postage. | 1.17 |
|  | Postage. | 0.39 |
| 3/15/2007 | Deposition Transcript - James Goulet. | 233.80 |
|  | Parking for Expert Deposition. | 24.00 |
| 3/20/2007 | Tokens. | 2.00 |
|  | Transcript Transcript - Sullivan. | 573.05 |
| 3/22/2007 | Deposition Transcript - Guaraldi. | 293.75 |
| 3/23/2007 | Expert Fee. | 935.25 |
| 3/27/2007 | Mansfield Charter. | 5.00 |
|  | Deposition Transcript - Bouldry. | 98.00 |
| 4/5/2007 | Electronic Research. | 20.08 |
| 4/11/2007 | Postage. | 1.17 |
|  | Inhouse copying cost. | 0.60 |
| 4/14/2007 | Courrier. | 31.73 |
|  | Inhouse Printing 1/9/06 - 6/26/06<br>2,571 pages @ .15 (Station 1 Printer) | 385.65 |
| 4/18/2007 | Parking. | 9.00 |
|  | Tolls. | 3.00 |
|  | Client Parking for Hearing. | 9.00 |
| 4/27/2007 | Deposition Transcript - McCarter. | 342.00 |
|  | Client Parking for Deposition. | 30.00 |
| 5/3/2007 | Deposition Transcript - Beliveau. | 365.80 |
|  | Tokens. | 4.00 |
|  | Dinner meeting with client and counsel. | 32.77 |
| 5/4/2007 | Postage. | 1.17 |

Kimberly Stoyle                                                                                      Page    6

|  |  | Amount |
|---|---|---:|
| 5/5/2007 | Trial Preparation Supplies. | 43.17 |
| 5/8/2007 | Parking. | 33.00 |
| 5/11/2007 | Postage. | 0.39 |
| 5/16/2007 | E-Transcript Cost - Stoyle. | 41.00 |
| 5/21/2007 | Postage. | 0.39 |
| 5/30/2007 | Service Fee - Constable. | 40.00 |
| 5/31/2007 | Postage. | 0.39 |
| 6/4/2007 | Inhouse copying cost. | 22.50 |
| 6/11/2007 | Courrier. | 25.00 |
|  | Inhouse copying cost. | 1.20 |
| 6/12/2007 | Courrier. | 25.00 |
|  | Parking. | 26.00 |
|  | Service Fee - Constable - D'Ambra. | 122.00 |
|  | Service Fee - Constable - Feeney. | 115.00 |
|  | Service Fee - Constable - Goulet. | 130.00 |
|  | Service Fee - Constable - Plant. | 122.00 |
|  | Service Fee - Constable - Scobbo. | 105.00 |
|  | Service Fee - Constable - Torman. | 60.00 |
|  | Service Fee - Constable - IBEW Local 104. | 120.00 |
|  | Parking. | 26.00 |
| 6/13/2007 | Parking. | 11.00 |
|  | Tolls. | 3.00 |
| 6/14/2007 | Printing and Reproduction - Coates & Fleming. | 66.99 |
| 6/15/2007 | Courrier. | 21.00 |
|  | Inhouse copying cost. | 1.20 |

Kimberly Stoyle                                                                                       Page    7

|            |                                         | Amount |
|------------|-----------------------------------------|--------|
| 6/15/2007  | Service Fee - Constable - O'Donnell.    | 120.00 |
|            | Service Fee - Constable - Donovan.      | 122.00 |
|            | Parking.                                | 10.00  |
|            | Tolls.                                  | 3.00   |
| 6/16/2007  | Tokens.                                 | 4.00   |
| 6/18/2007  | Parking at courthouse.                  | 10.00  |
|            | Parking at Attorney Balliro's office.   | 33.00  |
|            | Tolls.                                  | 3.00   |
| 6/19/2007  | Parking.                                | 33.00  |
| 6/20/2007  | Photocopies - All Set Press.            | 132.35 |
| 6/21/2007  | Tolls.                                  | 3.00   |
|            | Parking.                                | 10.00  |
| 6/22/2007  | Tolls.                                  | 3.00   |
|            | Parking                                 | 10.00  |
|            | Parking                                 | 10.00  |
| 6/24/2007  | Parking                                 | 10.00  |
|            | Tolls.                                  | 3.00   |
| 6/25/2007  | Tolls.                                  | 3.00   |
|            | Parking.                                | 10.00  |
| 6/26/2007  | Tolls.                                  | 3.00   |
|            | Parking.                                | 10.00  |
| 6/27/2007  | Tolls.                                  | 3.00   |
|            | Parking.                                | 10.00  |
| 6/28/2007  | Tolls.                                  | 3.00   |
|            | Parking.                                | 10.00  |

Kimberly Stoyle                                                                                   Page    8

|  |  | Amount |
|---|---|---:|
| 6/29/2007 | Parking. | 10.00 |
|  | Tolls | 3.00 |
| 7/7/2007 | Printing of Beliveau Transcripts. | 32.40 |
| 7/9/2007 | Parking. | 10.00 |
|  | Tolls. | 3.00 |
| 7/10/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
|  | Electronic Research. | 35.12 |
| 7/11/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 7/12/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 7/13/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 7/16/2007 | Trial Transcript - Kimberly Stoyle 6/21-6/22/07. | 514.80 |
| 7/19/2007 | Postage. | 2.05 |
|  | Postage. | 2.05 |
| 7/23/2007 | Parking. | 10.00 |
|  | Tolls. | 3.00 |
| 7/24/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 7/25/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 7/30/2007 | Tolls. | 3.00 |
|  | Parking | 10.00 |

Kimberly Stoyle                                                                 Page    9

|  |  | Amount |
|---|---|---:|
| 7/31/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
| 8/1/2007 | Parking | 10.00 |
|  | Tolls. | 3.00 |
| 8/2/2007 | Tolls. | 3.00 |
|  | Parking. | 10.00 |
|  | Client Court House Parking - 19 days @ $10.00 per day. | 190.00 |
| 8/9/2007 | Wolf Block scanning, photocopying and binders. | 1,662.35 |
| 8/13/2007 | Inhouse photocopies. | 6.30 |
| 9/7/2007 | Inhouse Printing from 2/05 to 9/07<br>7,433 pages @ .15 (Station 2 Printer) | 1,114.95 |
|  | Total additional charges | $18,589.62 |
|  | Accounts receivable transactions |  |