UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE,    Plaintiff,        v.THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE AND STEVEN MacCAFFRIE,    Defendants. | CIVIL ACTION NO.05-10354-DPW |

<u>JUDGMENT</u>
September 26, 2007

WOODLOCK, District Judge

In accordance with: (1) the jury verdict returned on August 2, 2007; (2) the Memorandum and Order issued this day directing judgment on the jury's special verdict and (3) the oral Order of the Court on June 15, 2007 allowing Plaintiff's Motion to Dismiss certain of her claims, it is hereby ORDERED, ADJUDGED AND DECREED;

    1.   Judgment for the Plaintiff Kimberly Stoyle against the Defendants Mansfield Municipal Electric Department and John D'Agostino, jointly and severally, for compensatory damages in the amount of three hundred thousand dollars ($300,000.00) with prejudgment interest of $72,296.00, post-judgment interest, attorneys' fees and costs as provided by law; and

2.   Judgment for the Plaintiff Kimberly Stoyle against the Defendant John D'Agostino for punitive damages in the amount of five hundred thousand dollars ($500,000.00) with post-judgment interest, attorneys' fees and costs as provided by law.

BY THE COURT

/s/ Jarrett Lovett

Jarrett Lovett
Deputy Clerk

DATED:  September 26, 2007