UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
KIMBERLY STOYLE,                    )
                  Plaintiff         )
                                    )
v.                                  )
                                    )   C.A. No. 05-10354-DPW
THE MANSFIELD MUNICIPAL ELECTRIC    )
DEPARTMENT, JOHN D'AGOSTINO,        )
THE TOWN OF MANSFIELD BOARD OF      )
LIGHT COMMISSIONERS, LOUIS AMORUSO, )
MICHAEL McCUE, DAVID McCARTER,      )
DANIEL DONOVAN, ROGER ACHILLE       )
AND STEVEN MacCAFFRIE,              )
                                    )
                  Defendants        )
_____

**PLAINTIFF'S MOTION
FOR REAL ESTATE ATTACHMENT**

Now comes the plaintiff Kimberly Stoyle in the above-referenced matter, pursuant to Fed. R. Civ. P. 64, and moves this Honorable Court to allow the attachment of any and all interests in real estate held by the defendant John D'Agostino up to the sum of $1,247,000, including but not limited to the property located at 175 Balcom Street, Mansfield, Bristol County, Massachusetts. As grounds therefore, plaintiff states the following:

1. On September 26, 2007, the Court entered judgment in this case for the plaintiff against John D'Agostino for compensatory damages in the amount of $300,000, for punitive damages in the amount of $500,000 and for attorney's fees and costs. Attorney's fees and costs were requested in the amount of $375,000. The Court awarded $72,296.00 in prejudgment interest. See, Judgment attached hereto as Exhibit 1.

2. On September 27, 2007, counsel for D'Agostino filed a Motion to Reconsider the Judgment. Given the legal status of the case, there is a reasonable likelihood that the plaintiff will recover judgment against the defendant, including interest, costs and

    attorney's fees in an amount equal to or greater than the value of the defendant's real estate located at 175 Balcom Street, Mansfield, Bristol County, Massachusetts and recorded at the Bristol County Registry of Deeds, Book 6302, Page 330.

3. Plaintiff seeks a real estate attachment to prevent a fraudulent transfer of the property before the judgment is satisfied. The amount sought to be attached exceeds the amount of any liability insurance shown by the defendant to be available to satisfy judgment.

WHEREFORE, plaintiff respectfully requests that this Honorable Court enter an Order allowing attachment of any and all interests in real estate held by the defendant John D'Agostino up to the sum of $1,247,000, including but not limited to the property located at 175 Balcom Street, Mansfield, Bristol County, Massachusetts.

    Respectfully requested,
    Kimberly Stoyle
    By her Attorney


/s/ Lynn A. Leonard
_____
Lynn A. Leonard
Attorney At Law
527 Main Street, Suite 8
Melrose, MA  02176
(781) 662-6161
B.B.O. No. 561662

Dated: October 3, 2007


## CERTIFICATE OF SERVICE

I, Lynn A. Leonard, hereby certify that I have served the foregoing Motion for Real Estate Attachment upon all counsel of record by electronic filing service on October 3, 2007.


/s/ Lynn A. Leonard
_____
Lynn A. Leonard

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KIMBERLY STOYLE,
    Plaintiff,

v.

CIVIL ACTION NO.
05-10354-DPW

THE MANSFIELD MUNICIPAL ELECTRIC
DEPARTMENT, JOHN D'AGOSTINO,
THE TOWN OF MANSFIELD BOARD OF
LIGHT COMMISSIONERS, LOUIS AMORUSO,
MICHAEL McCUE, DAVID McCARTER,
DANIEL DONOVAN, ROGER ACHILLE AND
STEVEN MacCAFFRIE,
    Defendants.

JUDGMENT
September 26, 2007

WOODLOCK, District Judge

    In accordance with: (1) the jury verdict returned on August 2, 2007; (2) the Memorandum and Order issued this day directing judgment on the jury's special verdict and (3) the oral Order of the Court on June 15, 2007 allowing Plaintiff's Motion to Dismiss certain of her claims, it is hereby ORDERED, ADJUDGED AND DECREED;

    1.    Judgment for the Plaintiff Kimberly Stoyle against the Defendants Mansfield Municipal Electric Department and John D'Agostino, jointly and severally, for compensatory damages in the amount of three hundred thousand dollars ($300,000.00) with prejudgment interest of $72,296.00, post-judgment interest, attorneys' fees and costs as provided by law; and

2.  Judgment for the Plaintiff Kimberly Stoyle against the Defendant John D'Agostino for punitive damages in the amount of five hundred thousand dollars ($500,000.00) with post-judgment interest, attorneys' fees and costs as provided by law.

                                   BY THE COURT

                                   /s/ Jarrett Lovett

                                   Jarrett Lovett
                                   Deputy Clerk

DATED: September 26, 2007