UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY STOYLE,<br>                Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC<br>DEPARTMENT, JOHN D'AGOSTINO,<br>THE TOWN OF MANSFIELD BOARD OF<br>LIGHT COMMISSIONERS, LOUIS AMORUSO,<br>MICHAEL McCUE, DAVID McCARTER,<br>DANIEL DONOVAN, ROGER ACHILLE<br>AND STEVEN MacCAFFRIE,<br><br>                Defendants | C.A. No. 05-10354-DPW |

## RULE 7.1 CERTIFICATION

       Pursuant to Local Rule 7.1, I hereby certify that I conferred with Attorney Leonard H. Kesten, counsel for John D'Agostino, on October 3, 2007 in an effort to narrow and resolve the issues raised in the following Motions:

       1.   Plaintiff's Motion for Real Estate Attachment

       2.   Plaintiff's Motion to Freeze Assets


                                           /s/ Lynn A. Leonard
                                           _____

                                           Lynn A. Leonard
                                           Attorney At Law
                                           527 Main Street, Suite 8
                                           Melrose, MA  02176
                                           (781) 662-6161
                                           B.B.O. No. 561662

October 3, 2007