UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE, )<br>             Plaintiff )<br> )<br>v. )<br> )<br>THE MANSFIELD MUNICIPAL ELECTRIC )<br>DEPARTMENT, JOHN D'AGOSTINO, )<br>THE TOWN OF MANSFIELD BOARD OF )<br>LIGHT COMMISSIONERS, LOUIS AMORUSO, )<br>MICHAEL McCUE, DAVID McCARTER, )<br>DANIEL DONOVAN, ROGER ACHILLE )<br>AND STEVEN MacCAFFRIE, )<br> )<br>             Defendants ) | C.A. No. 05-10354-DPW |

**PLAINTIFF'S REQUEST FOR HEARING**

    Now comes the plaintiff, Kimberly Stoyle, in the above-referenced matter and respectfully requests that this Honorable Court schedule a hearing on the following Motions:

1. Plaintiff's Motion for Real Estate Attachment

2. Plaintiff's Motion to Freeze Assets

3. Plaintiff's Motion for Attorney's Fees and Costs

        Respectfully requested,
        Kimberly Stoyle
        By her Attorney


        /s/ Lynn A. Leonard
        _____
        Lynn A. Leonard
        Attorney At Law
        527 Main Street, Suite 8
        Melrose, MA  02176
        (781) 662-6161
        B.B.O. No. 561662

Dated:  October 3, 2007


**CERTIFICATE OF SERVICE**

    I, Lynn A. Leonard, hereby certify that I have served the foregoing Statement of Facts and Opposition upon all counsel of record by electronic filing service on October 3, 2007.


        /s/ Lynn  A. Leonard
        _____
        Lynn A. Leonard