UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10354-DPW

| | |
|---|---|
| KIMBERLY STOYLE,<br>      Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| THE MANSFIELD MUNICIPAL<br>ELECTRIC DEPARTMENT , JOHN<br>D'AGOSTINO, TOWN OF MANSFIELD<br>BOARD OF LIGHT COMMISSIONERS,<br>LOUIS AMORUSO, MICHAEL MCCUE<br>DAVID MCCARTER, DANIEL<br>DONOVAN, ROGER ACHILLE, AND<br>STEVEN MACCAFFRIE,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S RECENTLY FILED MOTIONS**

NOW COMES the Defendants in the above-captioned matter and hereby request this Honorable Court extend the time to file responsive pleadings to the Plaintiff's recently filed motions up to and including **October 26, 2007**. These include the Plaintiff's Motion for Preliminary Injunction Enjoining Disposal of Defendant John D'Agostino's Assets [Document 83], Plaintiff's Motion for Real Estate Attachment [Document 84], and Plaintiff's Motion to Alter or Amend Judgment [Document 90]. As grounds therefore, the Defendants state as follows:

Defendants' attorney has been on trial in the United States District Court since October 1, 2007 in the case of Brian Kennedy, et al v. Richard Nestor and Scott Parker, Civil Action No.: 04-CV-12357PBS. That trial only recently concluded. While that trial was proceeding, the Defendants' attorney was unable to devote the time to the case at hand. The Defendants are requesting the

additional time to further review the Plaintiff's motions and prepare the necessary responsive pleadings. No party will be prejudiced by this extension.

The Plaintiff's attorney has indicated she will only assent to an extension of time as regards the Motion to Alter or Amend Judgment.

WHEREFORE, the Defendants respectfully request this Honorable Court enlarge the time to file responsive pleadings to the Plaintiff's recently filed motions up to and including **October 26, 2007**.

> Respectfully submitted,
> The Defendants,
> By their attorneys,
>
> */s/ Leonard H. Kesten*
> Leonard H. Kesten, BBO# 542042
> Deborah I. Ecker, BBO# 554623
> Deidre Brennan Regan, BBO#552432
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100
>
> */s/ Susan Jacobs*
> Susan Jacobs, Esq.
> VOLTERRA, GOLDBERG & JACOBS
> Three Mill Street
> Attleboro, MA 02703
> (508) 222-1463

DATED: October 15, 2007