UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10354-DPW

KIMBERLY STOYLE, )
    Plaintiff )
)
VS. )
)
THE MANSFIELD MUNICIPAL )
ELECTRIC DEPARTMENT, JOHN )
D'AGOSTINO, TOWN OF MANSFIELD )
BOARD OF LIGHT COMMISSIONERS, )
LOUIS AMORUSO, MICHAEL MCCUE )
DAVID MCCARTER, DANIEL )
DONOVAN, ROGER ACHILLE, AND )
STEVEN MACCAFFRIE, )
    Defendants )

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the Defendants has conferred with Lynn Leonard, attorney for the Plaintiff by telephone in a good faith attempt to resolve or narrow the issues raised by the instant motion, and that we have been unable to do so.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ *Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
Deidre Brennan Regan, BBO#552432
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: October 15, 2007

1