UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY STOYLE,  )<br>                Plaintiff  )<br>)<br>v.  )<br>)<br>THE MANSFIELD MUNICIPAL ELECTRIC  )<br>DEPARTMENT, JOHN D'AGOSTINO,  )<br>THE TOWN OF MANSFIELD BOARD OF  )<br>LIGHT COMMISSIONERS, LOUIS AMORUSO,  )<br>MICHAEL McCUE, DAVID McCARTER,  )<br>DANIEL DONOVAN, ROGER ACHILLE  )<br>AND STEVEN MacCAFFRIE,  )<br>)<br>                Defendants  ) | C.A. No. 05-10354-DPW |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME**

      Now Comes the plaintiff, Kimberly Stoyle, and respectfully requests that this Honorable Court deny Defendant's Motion for Extension of Time. As grounds therefore, plaintiff states that further delay may result in a fraudulent transfer of assets affecting plaintiff's ability to collect the Judgment in this matter.

                                            Respectfully requested,

                                            Kimberly Stoyle
                                            By her Attorney


                                            /s/ Lynn A. Leonard
                                            _____

                                            Lynn A. Leonard
                                            Attorney At Law
                                            527 Main Street, Suite 8
                                            Melrose, MA 02176
                                            (781) 662-6161
                                            B.B.O. No. 561662

Dated: October 16, 2007