UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10354-DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| VS. | ) |
| | ) |
| THE MANSFIELD MUNICIPAL | ) |
| ELECTRIC DEPARTMENT and JOHN | ) |
| D'AGOSTINO, | ) |
| | ) |
| Defendants | ) |
| | ) |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendants in the above-captioned matter

hereby appeal to the United States Court of Appeals for the First Circuit from the

Memorandum and Order Directing Judgment on Jury's Special Verdict entered

on September 26, 2007 and from the Order and Judgment entered on September

26, 2007 and from any and all other orders and rulings that merged in the above.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: October 25, 2007

1