UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY STOYLE,<br>     Plaintiff<br><br>v.<br><br>THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT, JOHN D'AGOSTINO, THE TOWN OF MANSFIELD BOARD OF LIGHT COMMISSIONERS, LOUIS AMORUSO, MICHAEL McCUE, DAVID McCARTER, DANIEL DONOVAN, ROGER ACHILLE AND STEVEN MacCAFFRIE,<br><br>     Defendants | C.A. No. 05-10354-DPW |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff in the above-captioned matter hereby appeals to the United States District Court of Appeals for the First Circuit from the Memorandum and Order Altering the Jury's Special Verdict on punitive damages, pursuant to M.G.L. 151B, against the Mansfield Municipal Electric Department ("MMED") and from the Order and Judgment on punitive damages with regard to the MMED entered on September 26, 2007 and from any and all other orders and rulings that merged in the above.

          Respectfully submitted,
          Kimberly Stoyle
          By her Attorney

          /s/ Lynn A. Leonard
          _____
          Lynn A. Leonard
          Attorney At Law
          527 Main Street, Suite 8
          Melrose, MA  02176
          (781) 662-6161
          B.B.O. No. 561662

Dated:  October 25, 2007