UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10354-DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| VS. | ) |
| | ) |
| THE MANSFIELD MUNICIPAL | ) |
| ELECTRIC DEPARTMENT and JOHN | ) |
| D'AGOSTINO, | ) |
| | ) |
| Defendants | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

The Plaintiff has filed a Motion to Alter or Amend Judgment requesting that Judgment enter under M.G.L. c. 151B jointly and severally against the Municipal Electric Department ("MMED") and John D'Agostino for punitive damages in the amount of $500,000. In her Motion to Alter or Amend Judgment, the Plaintiff makes the same arguments that she did in her Motion to Enter Judgment Against the Town of Mansfield. Specifically, the Plaintiff argues that the preemption provision of G.L. c. 149, § 185 does not apply to the Plaintiff's Chapter 151B claim against the MMED and therefore that the jury verdict against the MMED for punitive damages in the amount of $500,000 should be reflected in the judgment as being against the MMED and John D'Agostino jointly and severally under M.G.L. c. 151B. The Court already addressed this very same argument made by the Plaintiff in her Motion to Enter Judgment and rightly rejected them. The Defendants oppose the Plaintiff's Motion to Alter or Amend the Judgment on the same grounds that the Defendants opposed the Plaintiff's

1

Motion for Judgment and incorporates the argument contained in that Opposition as if set forth herein.

    WHEREFORE, the Defendants respectfully request that this Court deny the Plaintiff's Motion to Amend or Alter Judgment.

        Respectfully submitted,
        The Defendants,
        By their attorneys,

        */s/ Leonard H. Kesten*
        Leonard H. Kesten, BBO# 542042
        Deborah I. Ecker, BBO# 554623
        Deidre Brennan Regan, BBO#552432
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

DATED: October 26, 2007

## **CERTIFICATE OF SERVICE**

      I, Leonard Kesten of the law firm of Brody, Hardoon, Perkins & Kesten, LLP, do hereby certify that on October 26, 2007, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which would then notify the following CM/ECF participants in this case:

Lynn A. Leonard, Esq.
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161
[Attorney for the Plaintiff]

as well as provide additional copies to Deborah Ecker and Anita Sullivan.

                                        */s/ Leonard Kesten*
                                        Leonard H. Kesten, BBO# 542042

DATED: October 26, 2007