## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10354

Kimberly Stoyle

v.

The Mansfield Municipal Electric Department, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-86, 89-100 NOA #97

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   10/25/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 7, 2007.

Sarah A Thornton, Clerk of Court

By: _Jeanette Ramos_
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _11/7/07_ .

_B Burchick_

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10354-DPW

| | |
|---|---|
| Stoyle v. Mansfield Municipal Electric Department et al | Date Filed: 02/23/2005 |
| Assigned to: Judge Douglas P. Woodlock | Date Terminated: 09/26/2007 |
| Demand: $5,000,000 | Jury Demand: Both |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kimberly Stoyle**                     represented by **Anita B. Sullivan**
Anita B. Sullivan
458 Main Street
Wakefield, MA 01880
781-224-0701
Fax: 781-224-4370
Email: attyabs@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn A. Leonard**
Suite 8
527 Main Street
Melrose, MA 02176
781-662-6161
Fax: 781-662-1625
Email: counsel@thelawbench.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mansfield Municipal Electric**          represented by **Daniel G. Skrip**
**Department**                                          Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257
617-350-0950
Fax: 617-350-7760
Email: dskrip@piercedavis.com
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**

Brody, Hardoon, Perkins & Keston
699 Exeter Street
Boston, MA 02116
617-880-7100
Fax: 617-880-7171
Email: decker@bhpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Davis**
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257
617-350-0950
Fax: 617-350-7760
Email: jdavis@piercedavis.com
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
12th Floor
Boston, MA 02116
617-880-7100
Fax: 617-880-7171
Email: lkesten@bhpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John D' Agostino**                    represented by **Daniel G. Skrip**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Davis**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**

**Michael McCue**

represented by **Daniel G. Skrip**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Davis**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David McCarter**

represented by **Daniel G. Skrip**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Davis**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Donovan**

represented by **Daniel G. Skrip**
(See above for address)
*TERMINATED: 04/06/2006*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah l. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Davis**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roger Achille**                     represented by **Daniel G. Skrip**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Davis**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven MacCaffrie**                 represented by **Daniel G. Skrip**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Davis**
(See above for address)
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2005 | 1 | COMPLAINT against Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue. David McCarter Filing fee: $ 250. receipt number 62307, filed by Kimberly Stoyle. (Attachments: # 1 Cover sheet)(Nici, Richard) (Entered: 02/24/2005) |
| 02/23/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge. the matter will be transmitted to Magistrate Judge Dein. (Niei, Richard) (Entered: 02/24/2005) |
| 02/23/2005 | | Summons Issued as to Daniel Donovan. Roger Achille. Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of. Louis Amoruso. Michael McCue, David McCarter. (Nici, Richard) (Entered: 02/24/2005) |
| 04/06/2005 | 2 | MOTION for Leave to File *extend time to respond* by Daniel Donovan, Roger Achille. Steven MacCaffrie. Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners. Town of. Louis Amoruso, Michael McCue, David McCarter.(Davis, John) (Entered: 04/06/2005) |
| 04/06/2005 | 3 | NOTICE of Appearance by John J. Davis on behalf of Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso. Michael McCue, David McCarter (Davis. John) (Entered: 04/06/2005) |
| 04/08/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 2 Motion for Leave to extend time to respond to complaint. Answer due 4/20/05. (Rynne. Michelle) (Entered: 04/08/2005) |
| 04/15/2005 | 4 | SUMMONS Returned Executed Mansfield Board of Light Commissioners, Town of served on 3/17/2005, answer due 4/6/2005. |

| | | (Nici, Richard) (Entered: 04/19/2005) |
|---|---|---|
| 04/15/2005 | 5 | SUMMONS to Trustee Returned Executed Mansfield Municipal Electric Department served on 3/17/2005, answer due 4/6/2005. (Nici, Richard) (Entered: 04/19/2005) |
| 04/15/2005 | 6 | SUMMONS Returned Executed John D' Agostino served on 3/17/2005, answer due 4/6/2005. (Nici, Richard) (Entered: 04/19/2005) |
| 04/15/2005 | 7 | SUMMONS Returned Executed Steven MacCaffrie served on 3/17/2005, answer due 4/6/2005. (Nici, Richard) (Entered: 04/19/2005) |
| 04/15/2005 | 8 | SUMMONS Returned Executed Daniel Donovan served on 3/17/2005, answer due 4/6/2005. (Nici, Richard) (Entered: 04/19/2005) |
| 04/15/2005 | 9 | SUMMONS Returned Executed Roger Achille served on 3/17/2005, answer due 4/6/2005. (Nici, Richard) (Entered: 04/19/2005) |
| 04/15/2005 | 10 | SUMMONS Returned Executed Michael McCue served on 3/17/2005, answer due 4/6/2005. (Nici, Richard) (Entered: 04/19/2005) |
| 04/15/2005 | 11 | SUMMONS Returned Executed Louis Amoruso served on 3/17/2005, answer due 4/6/2005. (Nici, Richard) (Entered: 04/19/2005) |
| 04/15/2005 | 12 | SUMMONS Returned Executed David McCarter served on 3/17/2005, answer due 4/6/2005. (Nici, Richard) (Entered: 04/19/2005) |
| 04/19/2005 | 13 | ANSWER to Complaint with Jury Demand by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Davis, John) (Entered: 04/19/2005) |
| 05/11/2005 | 14 | NOTICE of Scheduling Conference: Scheduling Conference set for 7/12/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/11/2005) |
| 05/19/2005 | 15 | Assented to MOTION to Continue Initial Scheduling Conference to 08/04/2005 by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Davis, John) (Entered: 05/19/2005) |
| 05/20/2005 | ○ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 15 Motion to Continue scheduling conference. Scheduling conference reset to 8/4/05 at 2:30 p.m. (Rynne, Michelle) (Entered: 05/20/2005) |
| 05/20/2005 | ○ | NOTICE of Rescheduling: Scheduling Conference reset for 8/4/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/20/2005) |
| 05/21/2005 | 16 | MOTION to Amend 1 Complaint, by Kimberly Stoyle.(Leonard, Lynn) (Entered: 05/21/2005) |
| 06/15/2005 | ○ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 16 |

| | | |
|---|---|---|
| | | Motion to Amend complaint to amend signature page of verified complaint. (Rynne, Michelle) (Entered: 06/15/2005) |
| 07/28/2005 | 17 | JOINT SUBMISSION pursuant to Local Rule 16.1 by Daniel Donovan, Roger Achille, Steven MacCaffrie, Kimberly Stoyle, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Davis, John) (Entered: 07/28/2005) |
| 07/28/2005 | 18 | CERTIFICATE OF CONSULTATION re 17 Joint submission, by Lynn A. Leonard on behalf of Kimberly Stoyle. (Leonard, Lynn) (Entered: 07/28/2005) |
| 08/04/2005 | 19 | CERTIFICATION pursuant to Local Rule 16.1 by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Davis, John) (Entered: 08/04/2005) |
| 08/04/2005 | 20 | CERTIFICATION pursuant to Local Rule 16.1 by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Davis, John) (Entered: 08/04/2005) |
| 08/04/2005 | 21 | CERTIFICATION pursuant to Local Rule 16.1 by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Davis, John) (Entered: 08/04/2005) |
| 08/04/2005 | 22 | CERTIFICATION pursuant to Local Rule 16.1 by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Davis, John) (Entered: 08/04/2005) |
| 08/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 8/4/2005. Case is related to 04-11329-DPW. Schedule set: fact discovery 2/28/06: plaintiff's expert disclosure by 4/18/06: defendants' expert disclosure by 5/18/06; expert discovery to be completed by 6/16/06; dispositive motions by 6/30/06. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 08/04/2005) |
| 08/31/2005 | 23 | Document disclosure by Kimberly Stoyle.(Leonard, Lynn) (Entered: 08/31/2005) |
| 08/31/2005 | 24 | Document disclosure by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Davis, John) (Entered: 08/31/2005) |
| 10/10/2005 | 25 | Judge Douglas P. Woodlock : ORDER entered. SCHEDULING ORDER: |

|  |  | Further Scheduling/Status Conference set for 7/27/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Discovery due by 2/28/2006. Motions due by 6/30/2006. Status report due 7/20/06.(Rynne, Michelle) (Entered: 10/10/2005) |
|---|---|---|
| 01/10/2006 | 26 | NOTICE of Appearance by Daniel G. Skrip on behalf of all defendants (Davis, John) Modified on 1/13/2006 (Nici, Richard). (Entered: 01/10/2006) |
| 01/13/2006 | 27 | Assented to MOTION for Extension of Time to 90 days to Scheduling Order by Mansfield Municipal Electric Department.(Davis, John) (Entered: 01/13/2006) |
| 01/17/2006 | 28 | MOTION to Correct 27 Assented to MOTION for Extension of Time to 90 days to Scheduling Order by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter. (Attachments: # 1 Corrected - Defendants' Motion to Extend the Scheduling Order by 90 Days - Assented To)(Davis, John) (Entered: 01/17/2006) |
| 01/24/2006 | ❸ | Judge Douglas P. Woodlock : Electronic ORDER entered terminating 27 Motion for Extension of Time, granting 28 Motion to Correct Fact Discovery to be completed by 5/30/2006. Plaintiff expert disclosure by 7/17/06. Defendant expert disclosure by 8/17/06. Expert depositions completed by by 9/14/2006. Motions due by 9/28/2006. Status Report due by 10/19/2006. Status Conference set for 10/26/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/24/2006) |
| 04/04/2006 | 29 | NOTICE of Appearance by Deborah I. Ecker on behalf of Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter (Ecker, Deborah) (Entered: 04/04/2006) |
| 04/04/2006 | 30 | NOTICE of Appearance by Leonard H. Kesten on behalf of Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter (Kesten, Leonard) (Entered: 04/04/2006) |
| 04/05/2006 | 31 | NOTICE of Withdrawal of Appearance by John J. Davis (Davis, John) (Entered: 04/05/2006) |
| 04/05/2006 | 32 | NOTICE of Withdrawal of Appearance by Daniel G. Skrip (Skrip, Daniel) (Entered: 04/05/2006) |
| 04/07/2006 | 33 | MOTION to Amend *Answer to Add Counterclaims and Request for Hearing and Certification Pursuant to Local Rule 7.1(a)(2)* by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David |

| | | |
|---|---|---|
| | | McCarter. (Attachments: # 1)(Kesten, Leonard) (Entered: 04/07/2006) |
| 04/07/2006 | 34 | MOTION to Consolidate Cases *for Purposes of Trial Pursuant to Rule 42 of the Federal Rules of Civil Procedure and Request for Hearing and Certification Pursuant to Local Rule 7.1(A)(2)* by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Kesten, Leonard) (Entered: 04/07/2006) |
| 04/18/2006 | ● | NOTICE of Hearing on 33 MOTION to Amend *Answer to Add Counterclaims and Request for Hearing and Certification Pursuant to Local Rule 7.1(a)(2)*, 34 MOTION to Consolidate Cases *for Purposes of Trial Pursuant to Rule 42 of the Federal Rules of Civil Procedure and Request for Hearing and Certification Pursuant to Local Rule 7.1(A)(2)*: Motion Hearing regarding all pending motions set for 5/1/2006 02:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Joint hearing with 04-11329-DPW Beliveau v. Mansfield Municipal Electric Dept)(Rynne, Michelle) (Entered: 04/18/2006) |
| 04/21/2006 | 35 | Opposition re 33 MOTION to Amend *Answer to Add Counterclaims and Request for Hearing and Certification Pursuant to Local Rule 7.1(a)(2)* filed by Kimberly Stoyle. (Attachments: # 1 # 2 # 3 # 4 # 5)(Leonard, Lynn) (Entered: 04/21/2006) |
| 04/21/2006 | 36 | Opposition re 34 MOTION to Consolidate Cases *for Purposes of Trial Pursuant to Rule 42 of the Federal Rules of Civil Procedure and Request for Hearing and Certification Pursuant to Local Rule 7.1(A)(2)* filed by Kimberly Stoyle. (Leonard, Lynn) (Entered: 04/21/2006) |
| 04/27/2006 | 37 | NOTICE of Appearance by Anita B. Sullivan on behalf of Kimberly Stoyle (Sullivan, Anita) (Entered: 04/27/2006) |
| 05/01/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Combined Motion Hearing held on 5/1/2006 with 04-11329-DPW Beliveau v. Town of Mansfield, re 33 MOTION to Amend *Answer to Add Counterclaims and Request for Hearing and Certification Pursuant to Local Rule 7.1(a)(2)* - DENIED, 34 MOTION to Consolidate Cases *for Purposes of Trial Pursuant to Rule 42 of the Federal Rules of Civil Procedure and Request for Hearing and Certification Pursuant to Local Rule 7.1(A)(2)* - ALLOWED subject to refining, the parties filing by 5/8/06 a proposed schedule designed towards a consolidated trial date at the end of April 2007, and defendant to pay costs of Plaintiff Beliveau's continued participation in discovery. Discovery is available for use in both cases.(Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 05/01/2006) |
| 05/10/2006 | 38 | Judge Douglas P. Woodlock : ORDER entered. SCHEDULING ORDER: Discovery to be completed by 1/26/2007. Motions due by 3/30/2007. Motion hearing set for 4/18/07 at 2:30 p.m. Jury Trial set for 6/15/2007 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/10/2006) |
| | | |

| 08/29/2006 | 39 | MOTION to Withdraw as Attorney by Kimberly Stoyle.(Sullivan, Anita) (Entered: 08/29/2006) |
|---|---|---|
| 08/30/2006 | 40 | MOTION to Withdraw as Attorney by Kimberly Stoyle.(Sullivan, Anita) (Entered: 08/30/2006) |
| 09/01/2006 | ❸ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 39 Motion to Withdraw as Attorney., granting 40 Motion to Withdraw as Attorney. (Nici, Richard) (Entered: 09/01/2006) |
| 01/12/2007 | 41 | MOTION to Modify Trial Schedule by Kimberly Stoyle.(Leonard, Lynn) (Entered: 01/12/2007) |
| 01/12/2007 | 42 | CERTIFICATE OF SERVICE by Kimberly Stoyle re 41 MOTION to Modify Trial Schedule *Rule 7.1 Certification*. (Leonard, Lynn) (Entered: 01/12/2007) |
| 01/24/2007 | ❸ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 41 Motion for Modification of trial schedule. Trial will not sit on 7/5/07 and 7/6/07. (Rynne, Michelle) (Entered: 01/24/2007) |
| 02/02/2007 | 43 | DESIGNATION OF EXPERTS by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter. (Attachments: # 1 # 2 # 3 # 4)(Kesten, Leonard) (Entered: 02/02/2007) |
| 02/28/2007 | 44 | MOTION for Summary Judgment by Daniel Donovan, Roger Achille, Steven MacCaffric, Louis Amoruso, Michael McCue, David McCarter. (Ecker, Deborah) (Entered: 02/28/2007) |
| 02/28/2007 | 45 | MEMORANDUM in Support re 44 MOTION for Summary Judgment filed by Daniel Donovan, Roger Achille, Steven MacCaffrie, Louis Amoruso, Michael McCue, David McCarter. (Ecker, Deborah) (Entered: 02/28/2007) |
| 02/28/2007 | 46 | Statement of Material Facts L.R. 56.1 re 44 MOTION for Summary Judgment filed by Daniel Donovan, Roger Achille, Steven MacCaffrie, Louis Amoruso, Michael McCue, David McCarter. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Ecker, Deborah) (Entered: 02/28/2007) |
| 02/28/2007 | 47 | CERTIFICATE OF CONSULTATION re 44 MOTION for Summary Judgment *Pursuant to Local Rule 7.1(A)(2)*. (Ecker, Deborah) (Entered: 02/28/2007) |
| 03/30/2007 | 48 | Joint MOTION for Extension of Time to May 11, 2007 to Complete Discovery by Daniel Donovan, Roger Achille, Steven MacCaffrie, Kimberly Stoyle, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Jacobs, Susan) (Entered: 03/30/2007) |
| 03/30/2007 | 49 | Opposition re 44 MOTION for Summary Judgment filed by Kimberly Stoyle. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # |

| | | |
|---|---|---|
| | | 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21 # 22 # 23 # 24 # 25 # 26 # 27 # 28 # 29 # 30 # 31 # 32 # 33 # 34)(Leonard, Lynn) (Entered: 03/30/2007) |
| 04/13/2007 | ⏳50 | Response by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter *to Plaintiff's Concise Statement of Material Facts.* (Ecker, Deborah) (Entered: 04/13/2007) |
| 04/17/2007 | ⏳ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 48 Motion for Extension of Time to Complete Discovery: fact witness depositions noticed prior to 3/30/07 shall be completed by 5/11/07; supplement to expert disclosures by 4/17/07; and expert depositions shall be completed by 5/11/07. (Rynne, Michelle) (Entered: 04/17/2007) |
| 04/18/2007 | ⏳ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Combined Motion Hearing held on 4/18/2007 in Beliveau v. Town of Mansfield 04-11329-DPW and Stoyle v. Mansfield Municipal Electric Department et al 05-10354-DPW Beliveau Motions: Motion to Certify Questions (#84) - Denied; Motion to Amend Complaint (#83) - Taken under advisement, subject to allowance if not opposed within 14 days; Motion for Judgment on the Pleadings (#75) - Taken under advisement ; Motion to Compel Production of Documents (#79) - Motion granted to extent that parties are to work together to allow their respective technical experts to examine pertinent file servers and backups (each party to bear own costs, any disputes over attorney-client privilege, etc. to be turned over to Court) and minutes from Executive Session on or about January 14, 2004 to be turned over to the Court for examination. Motion denied as to additional documents. Stoyle Motions: Motion for Summary Judgment (#44) - Taken under advisement. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 04/19/2007) |
| 05/11/2007 | ⏳51 | Emergency MOTION for Extension of Time to Take the Deposition of George Dentino by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Ecker, Deborah) (Entered: 05/11/2007) |
| 05/11/2007 | ⏳52 | CERTIFICATE OF CONSULTATION re 51 Emergency MOTION for Extension of Time to Take the Deposition of George Dentino. (Ecker, Deborah) (Entered: 05/11/2007) |
| 05/14/2007 | ⏳53 | Opposition re 51 Emergency MOTION for Extension of Time to Take the Deposition of George Dentino filed by Kimberly Stoyle. (Attachments: # 1)(Leonard, Lynn) (Entered: 05/14/2007) |
| 06/05/2007 | ⏳54 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re pretrial/trialFinal Pretrial Conference set for 6/13/2007 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial filings due no later than noon Friday, 6/8/07. Jury Trial set for 6/18/2007 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock.Associated Cases: 1:04- |

| | | cv-11329-DPW, 1:05-cv-10354-DPW(Rynne, Michelle) (Entered: 06/05/2007) |
|---|---|---|
| 06/08/2007 | 55 | PRETRIAL MEMORANDUM by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter. (Attachments: # 1 Defendants' Jury Instructions# 2 Motion in Limine to Preclude Certain Testimony about Individual Selectmen and Board of Light Commissioners)(Ecker, Deborah) (Entered: 06/08/2007) |
| 06/08/2007 | 56 | MOTION in Limine *To Exclude Lack of Probable Cause Finding* by Kimberly Stoyle.(Leonard, Lynn) (Entered: 06/08/2007) |
| 06/08/2007 | 57 | MOTION in Limine *To Exclude Evidence Related to Settlement Negotiations* by Kimberly Stoyle.(Leonard, Lynn) (Entered: 06/08/2007) |
| 06/11/2007 | 58 | Proposed Jury Instructions by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter. (Ecker, Deborah) (Entered: 06/11/2007) |
| 06/11/2007 | 59 | MOTION in Limine *to Preclude Certain Testimony about Individual Selectmen and Board of Light Commissioners* by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Kesten, Leonard) (Entered: 06/11/2007) |
| 06/12/2007 | 60 | Proposed Jury Instructions by Kimberly Stoyle. (Leonard, Lynn) (Entered: 06/12/2007) |
| 06/12/2007 | 61 | Opposition re 56 MOTION in Limine *To Exclude Lack of Probable Cause Finding* filed by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter. (Kesten, Leonard) (Entered: 06/12/2007) |
| 06/13/2007 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Pretrial Conference held on 6/13/2007: Atty's Griffin and Balliro for Dr. John J. Beliveau, Atty Leonard for Kimberly Stoyle, Atty's Keston, Ecker and Jacobs for the Deft's. Court hears oral arguments, Court Orders response as to 57 MOTION in Limine *To Exclude Evidence Related to Settlement Negotiations* due 6/19/07, Court rules in open Court and terminates as moot 51 Emergency MOTION for Extension of Time to Take the Deposition of George Dentino filed by Louis Amoruso, John D' Agostino, Roger Achille, Michael McCue, Mansfield Municipal Electric Department, Daniel Donovan, Mansfield Board of Light Commissioners, Town of, Steven MacCaffrie, David McCarter. Court reserves ruling on 44 Motion for Summary Judgment, Court ALLOWS 56 Motion in Limine to Exclude Lack of Probable |

| | | |
|---|---|---|
| | | Cause Finding and 59 MOTION in Limine to Preclude Certain Testimony about Individual Selectmen and Board of Light Commissioners. Court sets a Further Pretrial Conference for 6/15/07 @ 3:00 PM (Associated Case 04-cv-11329-DPW) (Court Reporter Pam Owens.) (Lovett. Jarrett) (Entered: 06/14/2007) |
| 06/13/2007 | ◯ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 56 MOTION in Limine To Exclude Lack of Probable Cause Finding; granting 59 MOTION in Limine to Preclude Certain Testimony about Individual Selectmen and Board of Light Commissioners (Lovett. Jarrett) (Entered: 06/14/2007) |
| 06/13/2007 | ◯ | ELECTRONIC NOTICE of Hearing :Final Pretrial Conference set for 6/15/2007 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Lovett, Jarrett) (Entered: 06/14/2007) |
| 06/14/2007 | ◯62 | MOTION to Dismiss by Kimberly Stoyle. (Attachments: # 1)(Leonard, Lynn) (Entered: 06/14/2007) |
| 06/15/2007 | ◯63 | Response by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino. Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter *TO PLAINTIFF STOYLES REQUEST TO SEEK LEAVE OF COURT TO AMEND HER COMPLAINT*. (Kesten, Leonard) (Entered: 06/15/2007) |
| 06/15/2007 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Final Pretrial Conference held on 6/15/2007: Court hears the parties oral arguments as to 62 MOTION to Dismiss by Kimberly Stoyle. Court rules on motion in open court. Court ALLOWS 62 MOTION to Dismiss by Kimberly Stoyle. Court Orders the parties to submit special question for Jury by 6/22/07, and further Orders the defendant's to submit materials for ex parte review by 6/18/07. (Court Reporter Pam Owens.) (Lovett. Jarrett) (Entered: 06/18/2007) |
| 06/15/2007 | ◯ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 62 MOTION to Dismiss by Kimberly Stoyle (Lovett, Jarrett) (Entered: 06/18/2007) |
| 06/18/2007 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 1 held on 6/18/2007: Hearing held with counsel, after oral arguments of the parties, the Court DENIES 89 Joint MOTION for Sanctions Against Defendants MMED and John D'Agostino In Consolidated Matters by Plaintiff Kimberly Stoyle and by John J. Beliveau, and [104] MOTION to Compel Production of Documents Regarding Which Defendants Have Claimed Work Product Or Attorney/Client Privilege by John J. Beliveau. Jury pool sworn, Voir Dire begun; Jury of 12 selected, Jury dismissed to return on 6/19/07 @ 9:00 AM (Court Reporter Pam Owens.) Associated Cases: 1:04-cv-11329-DPW. 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 06/25/2007) |
| 06/21/2007 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 2 held on 6/22/2007. Hearing held with |

| | | cousel re: use of electronic equipment, permissibility re opening statements, newspaper article. Jury sworn, pltff & deft's opening statements. Pltff calls Kimberly Stoyle, witness sworn. Kimberly Stoyle's testimony begins. Jury dismissed to return on 6/22/07 @ 9:00 AM. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 06/25/2007) |
|---|---|---|
| 06/22/2007 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 3 held on 6/22/2007: Pltff's direct examination of Kimberly Stoyle continues, Pltff requests the Court to allow for interuption of Kimberly Stoyle's testimony, and allow direct examination of Ronald DeCurzio, court allows the request, Pltff calls Ronald DeCurzio, witness sworn, Ronald DeCurzio gives testimony, Pltff resumes direct examination of Kimberly Stoyle, Jury dismissed to return on 6/25/07 @ 9:00 AM. Hearing held with counsel re: Admission of Settlement Negotiations, Court Orders a brief to be filed regarding this issue by 6/25/07 in the morning. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 06/25/2007) |
| 06/24/2007 | 🔍64 | Proposed Jury Instructions by Kimberly Stoyle. (Leonard, Lynn) (Entered: 06/24/2007) |
| 06/24/2007 | 🔍65 | TRIAL BRIEF *Re: Opposition to Admission of Settlement Negotiations* by Kimberly Stoyle. (Leonard, Lynn) (Entered: 06/24/2007) |
| 06/24/2007 | 🔍66 | MOTION for Leave to File *Introduce Certain Evidence Regarding Settlement Discussions Between the Defendants and Stoyle into Evidence* by Mansfield Board of Light Commissioners, Town of.(Ecker, Deborah) (Entered: 06/24/2007) |
| 06/25/2007 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 4 held on 6/25/2007. Hearing held with counsel re: Admission of Settlement Negotiations, Jury in, Court addresses the Jury re: consolidation fo both cases and treating as seperate matters. Kimberly Stoyle's continued testimony given: Jury out, hearing held with counsel re: exhibits, Court resumes, continued testimony of Kimberly Stoyle, Court informs the Jury of schedule on 6/26/07; sitting from 9:00 AM through 11:00 AM only, Jury dismissed to return on 6/26/07 @ 9:00 AM. (Court Reporter, Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 06/25/2007) |
| 06/26/2007 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 5 held on 6/26/2007. Deft's continued cross of Kimberly Stoyle, Jury out @ 11:05 AM, hearing held with counsel re: exhibits and witnesses, Court Orders the parties to file a Joint Memorandum re: projected length of trial and time anticipated with examination of each witness by 6/28/07 by 3:00 PM. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 06/26/2007) |
| | ❍ | |

| 06/27/2007 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 6 held on 6/27/2007. Continued testimony of Kimberly Stoyle, Pltff calls Gary D'Ambra, witness sworn, Gary D'Ambra gives testimony. Pltff calls Daniel Donovan. witness sworn, Daniel Donovan gives testimony. Juror's dismissed to return on 6/28/07 @ 9:00 AM. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 06/27/2007) |
|---|---|---|
| 06/28/2007 | ◔ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 7 held on 6/29/2007: Continued testimony of the pltff's witness, Daniel Donovan: Jury out. hearing held with counsel re: statements of witness; Voire Dire held: pltff calls Brad Wills, witness sworn: Brad Wills gives testimony; Pltff decides not to call Brad Wills to testify before the Jury; Jury in; transcripts of John D'Agostino read by counsel re: 9/12/05 deposition; pltff calls Dr. John J. Beliveau; witness sworn; Dr. John J. Beliveau begins testimony; video of 2/4/02 Board of Light Commissioners Meeting viewed: Jury dismissed to return on 9/29/07 @ 9:00 AM. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 06/29/2007) |
| 06/29/2007 | ◔ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 8 held on 6/29/2007. hearing held with counsel re: [119] Witness List With Time For Direct and Cross Examination; parites inform the court of deletion of deposition reading; Court projects the end of trial on 8/3/07; with closings to take place on 8/1/07. Continued testimony of Dr. John J. Beliveau. interuption of Dr. John J. Beliveau's testimony to allow the pltff to call James Goulet; pltff call witness; James Goulet sworn and gives testimony; pltff calls back Dr. John J. Beliveau; testimony of Dr. John J. Beliveau continues; Jury dismissed to return on 7/9/07 @ 9:00 AM. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett. Jarrett) (Entered: 06/29/2007) |
| 07/09/2007 | ◖67 | MOTION in Limine *MOTION FOR MISTRIAL* by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino. Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Kesten, Leonard) (Entered: 07/09/2007) |
| 07/09/2007 | ◖68 | MOTION in Limine *regarding the Navy Lawsuit* by Daniel Donovan, Roger Achille. Steven MacCaffrie. Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners. Town of. Louis Amoruso, Michael McCue, David McCarter.(Kesten, Leonard) (Entered: 07/09/2007) |
| 07/09/2007 | ◔ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 9 held on 7/9/2007: Hearing held with counsel re: exhibit # 210, Court permits redaction of said exhibit, Continued testimony of Dr. John J. Beliveau, Jury Dismissed to return on 7/10/07 @ 9:00 AM. Hearing held with counsel re: [120] Updated Joint Witness List With Schedule for Time Needed To Question Each Witness, |

| | | |
|---|---|---|
| | | Court addresses time limits. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 07/09/2007) |
| 07/10/2007 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 10 held on 7/10/2007: Hearing held with counsel re: [121] MOTION FOR MISTRIAL by Town of Mansfield Municipal Electric Department, John O. D'Agostino. Court DENIES said motion, [122] MOTION in Limine regarding the Navy Lawsuit by Town of Mansfield Municipal Electric Department, John O. D'Agostino. Court ALLOWS said motion to the extent stated on the record at commencement of proceedings this day; continued testimony of Dr. John J. Beliveau: Jurors dismissed to return on 7/11/07 @ 9:00 AM. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 07/10/2007) |
| 07/11/2007 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 11 held on 7/11/2007: Hearing held with counsel re: 23 Updated Joint Exhibit List As of July 11, 2007; Pltff requests to call witness out of order, Deft does not object. Court allows request, Pltff calls Michael Gelbwasser, witness sworn, Michael Gelbwasser gives testimony, testimony of Dr. John J. Beliveau continues, Pltff calls Ralph Penney, witness sworn, Ralph Penney gives testimony, Pltff calls Thomas Tierney, witness sworn, Thomas Tierney gives testimony, Pltff's case in chief rests, Deft's case in Chief begins, Deft calls Robert Mangiaratti, witness sworn, Robert Mangiaratti begins testimony; Juror's dismissed to return on 7/12/07 @ 9:00 AM. Hearing held with counsel re: testimony of Robert Mangiaratti, court addresses the issues as stated and recorded in the stenographer's notes. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 07/11/2007) |
| 07/11/2007 | ❹69 | MOTION for Directed Verdict by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Kesten, Leonard) (Entered: 07/11/2007) |
| 07/12/2007 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 12 held on 7/12/2007: Viore Dire held as to the Deft's witness, Robert Mangiaratti, Court hears objections, Court addresses the parties re: permissible testimony as stated and recorded in the stenographer's notes. Jury in. continued testimony of Robert Mangiaratti, Deft calls Sandy Larosse, witness sworn, Sandy Larosse gives testimony, Deft calls Laurie Anderson, witness sworn, Laurie Anderson gives testimony, Deft calls Gary Babin. witness sworn, Gary Babin gives testimony, Juror's dismissed to return on 7/13/07 @ 9:00 AM. (Court Reporter Pam Owens.) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 07/12/2007) |
| 07/13/2007 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 13 held on 7/13/2007: Continued testimony |

| | | |
|---|---|---|
| | | of Gary Babin, Deft calls John D'Agostino, witness sworn. John D'Agostino begins testimony, hearing held with counsel. Court Orders the parties to file an updated exhibit list, court addresses the parties re: time limits for examination of witnesses. Jury dismissed to return on 7/23/07 @ 9:00 AM (Court Reporter Pam Owens.) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 07/13/2007) |
| 07/23/2007 | ◔ | Electronic Clerk's Notes JURY TRIAL DAY 14 Jury trial held on 7/23/2007 before Judge Douglas P. Woodlock : testimony of witness John D'Agostino continues; Jury dismissed to return on 7/24/07 @ 9:00 AM (Court Reporter Pam Owens.) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Nici, Richard) (Entered: 07/23/2007) |
| 07/24/2007 | ◔ | Electronic Clerk's Notes JURY TRIAL DAY 15 Jury trial held on 7/24/2007 before Judge Douglas P. Woodlock : testimony of witness John D'Agostino continues; John J. Beliveau testifies; Jury dismissed to return on 7/25/07 @ 9:00 AM (Court Reporter Pam Owens.) Court will not be held for this case on Thursday 7/26/07; Friday 7/27/07 and Monday 7/30/07. Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Nici, Richard) (Entered: 07/25/2007) |
| 07/25/2007 | ◔ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 16 held on 7/25/2007: continued testimony of John D'Agostino, Deft calls Bea Kearney, witness sworn, testimony given, Jury dismissed to return on 7/31/07 @ 9:00 AM. Hearing to be held on 7/30/07 @ 9:00 AM with counsel to resolve issues. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 07/25/2007) |
| 07/25/2007 | 🔘70 | Opposition re 69 MOTION for Directed Verdict filed by Kimberly Stoyle. (Leonard, Lynn) (Entered: 07/25/2007) |
| 07/27/2007 | 🔘71 | Second Proposed Jury Instructions by all defendants. (Kesten, Leonard) (Entered: 07/27/2007) |
| 07/29/2007 | 🔘72 | Proposed Jury Instructions by Kimberly Stoyle. (Leonard, Lynn) (Entered: 07/29/2007) |
| 07/30/2007 | ◔ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 17 held on 7/30/2007 in case 1:04-cv-11329-DPW. Counsel only present, Jury not present; Court reviews Proposed Jury Instructions by all parties, and adresses issues; Court GRANTS in part and DENIES in part (128) Motion for Leave to File for reasons as stated during and reflected in the stenographer's notes. Jury Trial continued to 7/31/07 @ 9:00 AM.(Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 07/31/2007) |
| 07/31/2007 | ◔ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 18 held on 7/31/2007: Hrg held with counsel re: verdict slip. continued tetimony of Bea Kearney; Deft calls Lou Amoruso, witness sworn, Lou Amoruso gives testimony; evidence |

|  |  | concluded; Jury dismissed to return on 8/1/07 @ 9:00 AM; hrg held with counsel re: verdict slip. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 08/01/2007) |
|---|---|---|
| 08/01/2007 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 19 held on 8/1/2007: Hrg held with counsel re: complaint againts MCAD and exhibits; Court reserves ruling on Deft's Oral Motion for a Directed Verdict; closing arguments, Jury Charge; Jury dismissed until 8/2/07 @ 9:00 AM to begin deliberations. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 08/02/2007) |
| 08/02/2007 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Jury Trial DAY 20 completed on 8/2/2007: Jury begins deliberations; Jury question (marked Jury Exhibit #1) received at 12:35 PM; hearing held with counsel; Court endorses question and returns it to the jury; Verdict returned; Jury finds for the Plaintiff's; Jury dismissed; hearing held with counsel: Court Orders Pltff's submissions re: Judgment due 8/17/07 and Deft's responses due 9/7/07; Pltff's submissions re: atty's fees and costs due 9/7/07 and Deft's response due 9/27/07. (Court Reporter Pam Owens) Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 08/03/2007) |
| 08/02/2007 | ❍73 | JURY VERDICT in favor of the Plaintiff's against the Defendant's. Associated Cases: 1:04-cv-11329-DPW, 1:05-cv-10354-DPW(Lovett, Jarrett) (Entered: 08/03/2007) |
| 08/03/2007 | ❍74 | Exhibit & Witness List re: Jury Trial Held from 6/18/07 through 8/2/07 (Lovett, Jarrett) (Entered: 08/03/2007) |
| 08/17/2007 | ❍75 | MOTION for Order to Enter Judgment by Kimberly Stoyle.(Leonard, Lynn) (Entered: 08/17/2007) |
| 09/07/2007 | ❍76 | Opposition re 75 MOTION for Order to Enter Judgment filed by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter. (Kesten, Leonard) (Entered: 09/07/2007) |
| 09/07/2007 | ❍77 | MOTION for Attorney Fees *and Costs* by Kimberly Stoyle. (Attachments: # 1 # 2 # 3 # 4 # 5)(Leonard, Lynn) (Entered: 09/07/2007) |
| 09/08/2007 | ❍78 | NOTICE by Kimberly Stoyle *of Delay* (Attachments: # 1)(Leonard, Lynn) (Entered: 09/08/2007) |
| 09/26/2007 | ❍79 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER DIRECTING JUDGMENT ON JURY'S SPECIAL VERDICT entered. (Woodlock, Douglas) (Entered: 09/26/2007) |
| 09/26/2007 | ❍80 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT in favor of plaintiff Kimberly Stoyle against defendants Mansfield Municipal Electric Dept and John D'Agostino, jointly and severally for |

| | | compensatory damages in the amount of $300,000.00 with prejudgement interest of $72,296.00, post-judgment interest, attorneys' fees and costs as provided by law; and judgment for the plaintiff against the defendant John D'Agostino for punitive damages in the amount of $500,000.00 with post-judgment interest, attorneys' fees and costs as provided by law. (Hurley, Virginia) (Entered: 09/26/2007) |
|---|---|---|
| 09/27/2007 | 81 | MOTION for Reconsideration re 79 Order, 80 Judgment,, *Awarding the Plaintiff Punitive Damages against John D'Agostino* by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter. (Attachments: # 1)(Kesten, Leonard) (Entered: 09/27/2007) |
| 09/27/2007 | 82 | Opposition re 77 MOTION for Attorney Fees *and Costs* filed by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter. (Kesten, Leonard) (Entered: 09/27/2007) |
| 10/03/2007 | 83 | MOTION for Preliminary Injunction by Kimberly Stoyle. (Attachments: # 1)(Leonard, Lynn) (Entered: 10/03/2007) |
| 10/03/2007 | 84 | MOTION for Order *for Real Estate Attachment* by Kimberly Stoyle. (Attachments: # 1)(Leonard, Lynn) (Entered: 10/03/2007) |
| 10/03/2007 | 85 | STATEMENT OF COUNSEL of Lynn A. Leonard re 84 MOTION for Order *for Real Estate Attachment*, 83 MOTION for Preliminary Injunction *Rule 7.1 Certification* by Kimberly Stoyle. (Leonard, Lynn) (Entered: 10/03/2007) |
| 10/03/2007 | 86 | NOTICE by Kimberly Stoyle re 77 MOTION for Attorney Fees *and Costs*, 84 MOTION for Order *for Real Estate Attachment*, 83 MOTION for Preliminary Injunction *Request for Hearing* (Leonard, Lynn) (Entered: 10/03/2007) |
| 10/03/2007 | 87 | EXCERPT TRANSCRIPT of Jury Trial Day Eighteen held on July 31, 2007 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at pamowens1@earthlink.net or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/03/2007) |
| 10/03/2007 | 88 | EXCERPT TRANSCRIPT of Jury Trial Day Nineteen (Jury Charge) held on August 1, 2007 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at pamowens1@earthlink.net or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/03/2007) |
| 10/05/2007 | 89 | Letter/request (non-motion). (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 10/05/2007) |
| 10/05/2007 | 90 | MOTION to Alter Judgment by Kimberly Stoyle.(Leonard, Lynn) |

| | | (Entered: 10/05/2007) |
|---|---|---|
| 10/05/2007 | 91 | Opposition re 81 MOTION for Reconsideration re 79 Order, 80 Judgment,, *Awarding the Plaintiff Punitive Damages against John D'Agostino* MOTION for Reconsideration re 79 Order, 80 Judgment,, *Awarding the Plaintiff Punitive Damages against John D'Agostino* filed by Kimberly Stoyle. (Attachments: # 1 # 2)(Leonard, Lynn) (Entered: 10/05/2007) |
| 10/09/2007 | 92 | MOTION for Judgment NOV *or, in the Alternative, For a New Trial* by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Kesten, Leonard) (Entered: 10/09/2007) |
| 10/15/2007 | 93 | MOTION for Extension of Time to October 26, 2007 to File Responsive Pleadings to Plaintiff's Recently Filed Motions by Daniel Donovan, Roger Achille, Steven MacCaffrie, Mansfield Municipal Electric Department, John D' Agostino, Mansfield Board of Light Commissioners, Town of, Louis Amoruso, Michael McCue, David McCarter.(Kesten, Leonard) (Entered: 10/15/2007) |
| 10/15/2007 | 94 | CERTIFICATE OF CONSULTATION re 93 MOTION for Extension of Time to October 26, 2007 to File Responsive Pleadings to Plaintiff's Recently Filed Motions. (Kesten, Leonard) (Entered: 10/15/2007) |
| 10/16/2007 | 95 | Opposition re 93 MOTION for Extension of Time to October 26, 2007 to File Responsive Pleadings to Plaintiff's Recently Filed Motions filed by Kimberly Stoyle. (Leonard, Lynn) (Entered: 10/16/2007) |
| 10/17/2007 | ❍ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 93 Motion for Extension of Time to File Response/Reply re 83 MOTION for Preliminary Injunction, 84 MOTION for Order *for Real Estate Attachment*, 90 MOTION to Alter Judgment: Responses are due by 10/26/2007 (Lovett, Jarrett) (Entered: 10/17/2007) |
| 10/23/2007 | 96 | Opposition re 92 MOTION for Judgment NOV *or, in the Alternative, For a New Trial* filed by Kimberly Stoyle. (Leonard, Lynn) (Entered: 10/23/2007) |
| 10/25/2007 | 97 | NOTICE OF APPEAL as to 79 Order, 80 Judgment,, by Mansfield Municipal Electric Department, John D' Agostino NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 11/14/2007. (Kesten, Leonard) (Entered: 10/25/2007) |
| 10/25/2007 | 98 | NOTICE OF APPEAL as to 79 Order by Kimberly Stoyle Filing fee $ 455, receipt number 1719460 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

|            |      |                                                                                                                                                                                                                         |
| ---------- | ---- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            |      | and submitted to the Court of Appeals.Appeal Record due by 11/14/2007. (Leonard, Lynn) (Entered: 10/25/2007)                                                                                                              |
| 10/26/2007 | 99   | Opposition re 84 MOTION for Order *for Real Estate Attachment*, 83 MOTION for Preliminary Injunction filed by Mansfield Municipal Electric Department, John D' Agostino. (Kesten, Leonard) (Entered: 10/26/2007)          |
| 10/26/2007 | 100  | Opposition re 90 MOTION to Alter Judgment filed by Mansfield Municipal Electric Department, John D' Agostino. (Kesten, Leonard) (Entered: 10/26/2007)                                                                     |