**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number : 05-cv-10354

Kimberly Stoyle

v.

The Mansfield Municipal Electric Department, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-86, 89-100 NOA #98

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/25/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 7, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/9/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2686

- 3/06