UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10354-DPW

| | |
|---|---|
| KIMBERLY STOYLE, | ) |
| Plaintiff | ) |
| VS. | ) |
| THE MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT and JOHN D'AGOSTINO, | ) |
| Defendants | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND PETITION FOR ATTORNEY'S FEES AND COSTS**

The Plaintiff originally brought this action against the Town of Mansfield Municipal Electric Department ("MMED"), John D'Agostino, the Town of Mansfield Board of Light Commissioners, Louis Amoruso, Michael McCue, David McCarter, Daniel Donovan, Roger Achille and Steven MacCaffrie alleging that she was the subject of sexual harassment by John D'Agostino, that the individual members of the Board of Light Commissioners failed to respond appropriately when she complained of sexual harassment, and that she was retaliated against after she filed her sexual harassment complaint with the Massachusetts Commission Against Discrimination in violation of Title VII and M.G.L. c. 151B.  The Plaintiff also alleged that she was retaliated against for engaging in so-called "whistleblowing" activities in violation of M.G.L. c. 149, §185 when she complained of alleged financial improprieties.  After a jury trial and a verdict in favor of the Plaintiff Kimberly Stoyle, a jury awarded Ms. Stoyle $300,000 in emotional distress damages and $500,000 in punitive damages against the MMED.  The Plaintiff subsequently filed her Motion for Attorney's

1

Fees and Costs and now files a Motion to Amend her Petition For Attorney's Fees and Costs to include 92.5 hours on post trial work. The Defendants oppose the Plaintiff's Motion to Amend her Petition For Attorney's Fees and Costs on the same grounds that the Defendants opposed the Plaintiff's original Motion for Attorney's Fees and Costs and incorporate their previous Opposition as if fully set forth herein.

In addition, the Defendants oppose the Plaintiff's Motion to Amend her Request for Attorney's Fees and Costs on the grounds that some of the time spent by the Plaintiff on post trial work is for her own appeal of the judgment on matters on which she did not prevail at trial. The Defendants are not responsible for that amount of time the Plaintiff spent to appeal that portion of the judgment on which she did not prevail.

WHEREFORE, for all of the reasons set forth above and in the Defendants' Opposition to Plaintiff Kimberly Stoyle's Motion For Attorney's Fees previously filed with this Court, the Defendants Oppose the Plaintiff's Motion to Amend her Petition For Attorney's Fees and Costs.

> Respectfully submitted,
> The Defendants,
> By their attorneys,
>
> /s/ *Leonard H. Kesten*
> Leonard H. Kesten, BBO# 542042
> Deborah I. Ecker, BBO# 554623
> Deidre Brennan Regan, BBO#552432
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

DATED: November 14, 2007

**CERTIFICATE OF SERVICE**

     I, Leonard Kesten of the law firm of Brody, Hardoon, Perkins & Kesten, LLP, do hereby certify that on November 14, 2007, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which would then notify the following CM/ECF participants in this case:

Lynn A. Leonard, Esq.<br>
527 Main Street, Suite 8<br>
Melrose, MA 02176<br>
(781) 662-6161<br>
[Attorney for the Plaintiff]

as well as provide additional copies to Deborah Ecker and Anita Sullivan.

                    */s/ Leonard Kesten*
                    Leonard H. Kesten, BBO# 542042

DATED: November 14, 2007